

November 11, 2020

Hon. Christian F. Hummel, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207
*Via ECF*

Re:     *Yeend et al. v. Akima Global Services, LLC*, 1:20-cv-01281-TJM-CFH

Dear Judge Hummel:

I write to respectfully request a two-week extension, until November 30, 2020, to Plaintiffs' deadline to file a motion to remand pursuant to 28 U.S.C. § 1447(c).

Counsel for the Defendant has consented to this extension. The parties propose to discuss with the Court an appropriate briefing schedule for the motion at the Rule 16 conference.

Respectfully submitted,

*s/ Maureen Hussain*
Maureen Hussain, Bar Number 702254
Attorney for Plaintiffs
Worker Justice Center of New York
9 Main Street
Kingston, NY  12401
Telephone: (845) 331-6615
E-mail: mhussain@wjcny.org



1187 Culver Rd
Rochester, NY 14609
(585) 325 3050



9 Main Street
Kingston, NY 12401
(845) 331 6615



245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532

www.wjcny.org