UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALILA YEEND and<br>BOUNNAM PHIMASONE,<br><br>       Plaintiffs,<br>  v.<br><br>AKIMA GLOBAL SERVICES, LLC,<br>a/k/a AGS,<br><br>       Defendant. | Civil Case No. 1:20-cv-01281 |

**NOTICE OF MOTION TO REMAND**

 For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion to Remand, the Plaintiffs respectfully move this Court to remand this action to the state court in which it was brought.

                Respectfully submitted,

                <u>/s/ Maureen Hussain</u>
                Maureen Hussain, Esq.
                Laura Revercomb, Esq.
                Dan Getman, Esq., Of counsel
                Worker Justice Center of New York
                9 Main St., Kingston, NY 12401
                (845) 331-6615
                mhussain@wjcny.org
                lrevercomb@wjcny.org
                dgetman@getmansweeney.com

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2020, I electronically filed Plaintiffs' Motion to Remand and its supporting documents with the Clerk of the District Court using the CM/ECF system, which sent notification to all parties of record.

                                                         */s/ Maureen Hussain*
                                                         WORKER JUSTICE CENTER OF NY