UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALILA YEEND and<br>BOUNNAM PHIMASONE,<br><br>                    Plaintiffs,<br>     v.<br><br>AKIMA GLOBAL SERVICES, LLC,<br>a/k/a AGS,<br><br>                    Defendant. | Civil Case No. 1:20-cv-01281 |

**DECLARATION OF MAUREEN HUSSAIN IN
SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

Maureen Hussain declares, under penalty of perjury, as follows:

1. I am one of the attorneys representing Plaintiffs in this matter.

2. I submit this declaration in support of Plaintiffs' Motion to Remand.

3. Attached to the accompanying memorandum of law as Exhibit A is a true and correct copy of the Defendant's Initial Disclosures.

4. Attached as Exhibit B is a courtesy copy of an unreported case.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Maureen Hussain*
Maureen Hussain, Esq.
Worker Justice Center of New York
9 Main St., Kingston, NY 12401
(845) 331-6615
mhussain@wjcny.org

Dated:  Hawthorne, NY
            November 30, 2020