

December 21, 2020

Hon. Christian F. Hummel, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207
*Via ECF*

Re:   *Yeend et al. v. Akima Global Services, LLC*, 1:20-cv-01281-TJM-CFH

Dear Judge Hummel:

I write in response to this Court's order dated November 4, 2020 (Dkt. 11), to update the Court that Mr. McCreanor expects to return from parental leave in January. Accordingly, we respectfully request a further extension of time for him to complete his admission to the NDNY by January 31, 2021.

Respectfully submitted,

*s/ Maureen Hussain*

Worker Justice Center of New York
9 Main Street
Kingston, NY  12401
Telephone: (845) 331-6615
E-mail: mhussain@wjcny.org

Attorneys for Plaintiffs


1187 Culver Rd
Rochester, NY 14609
(585) 325 3050


9 Main Street
Kingston, NY 12401
(845) 331 6615


245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532

www.wjcny.org