UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DALILA YEEND and** <br> **BOUNNAM PHIMASONE** <br><br> Plaintiffs, <br><br> v. <br><br> **AKIMA GLOBAL SERVICES, LLC,** <br> a/k/a AGS <br><br> Defendants. | Civil Case No.: 1:20-cv-01281 |

## NOTICE OF APPEARANCE

Olivia Post Rich, an attorney employed by the Worker Justice Center of New York and duly admitted to practice before this honorable court, respectfully requests the Clerk enter their appearance as one of the attorneys for Plaintiffs Dalila Yeend and Bounnam Phimasone in this action, and further requests that all papers filed through the ECF system be served by e-mail at opostrich@wjcny.org.

Respectfully submitted,

*/s/ Olivia Post Rich*

Olivia Post Rich, Esq.
Worker Justice Center of New York
1187 Culver Road
Rochester, NY 14609
646-545-2211
opostrich@wjcny.org

Dated: August 18, 2022