UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DALILA YEEND, BOUNNAM PHIMASONE,
ELVIN MINAYA RODRIGUEZ, LISA LAPOINTE,
and SHANTADEWIE RAHMEE,

                        Plaintiffs,

v.                                                  1:20-CV-1281
                                                      (TJM/CFH)

AKIMA GLOBAL SERVICES, LLC, a/k/a AGS,

                        Defendant.

---

## DECLARATION OF GEORGE HARVEY

I, George Harvey, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.     I am employed by the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), as an Assistant Field Office Director ("AFOD") at the Buffalo Federal Detention Facility ("BFDF") in Batavia, New York. I have been employed by ICE since 2007. I have held the position of AFOD since December 2022. As AFOD, I oversee detention, compliance, and the processing of detainees.

2.     The BFDF is a Service Processing Center (SPC), which is an ICE-owned facility, located at 4250 Federal Drive, Batavia, New York 14020.

3.     ICE entered into a performance-based contract with Akima Global Services, LLC (AGS) on November 26, 2014, for detention management support services at BFDF (Contract No. HSCEDM-15-D-00002) (herein after "the contract" or "Contract").

EXHIBIT 2

4. The contract incorporated the ICE 2011 Performance Based National Detention Standards (PBNDS 2011). The PBNDS 2011 were revised in 2016. Citations in this declaration are to PBNDS 2011 (Rev. 2016).

5. The contract included the requirement to have a Voluntary Work Program ("VWP") at the BFDF, which provides detainees "opportunities to work and earn money while confined, subject to the number of work opportunities available and within the constraints of the safety, security and good order of the facility". *See* PBNDS, § 5.8, II, 1; *see also* Contract at 73. Pursuant to the ICE-AGS contract, "contractor shall determine whether a detainee will be allowed to perform on voluntary work details in accordance with ICE classification standards." *See* Contract at 73.

6. Pursuant to the ICE-AGS contract, AGS must have and administer a Voluntary Work Program. AGS determines how many detainees can participate in the voluntary work program at the BFDF. Additionally, AGS determines how many detainees can participate in the voluntary work program at any given work assignment or work detail.

7. Under a 1950 law codified at 8 U.S.C. § 1555(d), ICE is authorized to pay "allowances (at such rate as may be specified from time to time in the appropriation Act involved) to aliens, while held in custody under the immigration laws, for work performed." The Agency received an appropriation from which it can make these payments. The amount of the payments was most recently specified in the appropriations act for Fiscal Year 1979, which set it at a maximum of $1 per day. Pub. L. No. 95-431. Congress set this rate in 1979 and has not adjusted it since. Per the terms of the contract, as well as the authority provided above, ICE reimburses AGS $1.00 per day for each detainee worker. Detainees are paid directly by AGS. There is no contract, rule, or law that prevents AGS from paying detainee workers more than

2

EXHIBIT 2

$1.00 per day. The PBNDS requires that detainees receive at least $1.00 (USD) per day for work performed in the VWP. *See* PBNDS, § 5.8, V. K. Accordingly, AGS has the discretion to pay detainees that participate in the VWP more than $1.00 per day.

8. Pursuant to the contract, AGS "shall maintain a clean and orderly kitchen facility in accordance with Federal, State, County and local laws and regulations". *See* Contract at 82. The Contract also states, "Historically, detainee workers have been used primarily for cleaning efforts, to include dishwashing, and serving line duties. Detainee workers must be cleared by IHSC [ICE Health Service Corp] prior to beginning work in the kitchen." *See* Contract at 83.

9. Pursuant to the contract, AGS shall ensure that detention sites conform to ICE/PBNDS and ACA Standards, which includes that "Housing units shall be kept clean and orderly." *See* Contract at 48. The contract allows the detainee work program for cleaning of housing units.

10. ICE uses the Quality Assurance Surveillance Plan (QASP) to ensure performance standards are achieved and maintained. The contractor is also responsible for having its own Quality Control Plan (QCP) to review its own performance and ensure it conforms to the performance requirements. ICE's QASP covers functional performance areas and standards and identifies acceptable, deficient, and at-risk performance areas. *See* Contract Attachment 4 – QASP. To the extent practicable, issues are resolved informally; however, when issues or deficiencies require documenting, such concern will be submitted as a Contract Discrepancy Report (CDR). If, after an ICE inspection of the BFDF, ICE finds that any part of the BFDF that AGS is responsible for the cleanliness of is not sufficiently clean, ICE would inform AGS of a discrepancy.

EXHIBIT 2

11. Pursuant to the contract, "The contractor shall serve three meals a day (breakfast, lunch and dinner), including at least two hot meals, provided at regular times during each 24-hour period. There shall be no more than 14 hours between dinner and breakfast." *See* Contract at 82. This requirement is also consistent with PBNDS, § 4.1, V. The PBNDS state that the food service program shall be under the direct supervision of an experienced food service administrator who is responsible for the following: planning, controlling, directing, and evaluating food service. The PBNDS also state that detainees are provided a nutritionally balanced diet and that ordinarily detainees shall be served three meals every day, at least two of which shall be hot meals; however, the facility administrator may approve variations in the food service schedule during religious and civic holidays, provided that basic nutritional goals are met. The PBNDS also state that the dining room schedule must allow no more than 14 hours between the evening meal and breakfast. Accordingly, AGS has the discretion to determine the specific times at which detainees are given meals, so long as it complies with the contract instruction stated in this paragraph.

12. The contract requires that the contractor allow detainees appropriate access to recreation. *See* Contract at 73. PBNDS, § 5.4 provides the standards for which AGS must provide recreation. In accordance with the PBNDS standard, AGS determines what recreational activities or services are provided to detainees.

13. The use of tablets is within the general facility recreation. AGS has the discretion to restrict detainee access to tablets, televisions, phones (other than legal calls), or other recreational activities. AGS has the discretion to turn the television in a housing unit off. AGS has the discretion to delay or deny access to the outdoor recreation yard attached to each unit on a given day.

4

EXHIBIT 2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 4, 2023
Batavia, New York

George Harvey
Assistant Field Office Director
Immigration and Customs Enforcement

EXHIBIT 2