An official website of the United States government

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

U.S. Immigration and Customs Enforcement

⊕ En Español  📱 Contact Us  🔗 Quick Links

Search

Call 1-866-DHS-2-ICE    Report Crime

ICE     DETAIN



Facility Inspections

U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) oversees the civil immigration detention of one of the most highly transient and diverse populations of any detention system in the world.

As part of its critical mission, ICE ERO ensures that each of its detention facilities adhere to the national detention standards that govern facility operations and protect the health, safety and well-being of all noncitizens in its custody.

Regardless of whether detention facilities are owned and operated by ICE, a state or local entity, or a contractor, each detention facility operates under one of several sets of ICE national detention standards which describe a facility's immigration detention responsibilities, explain what detainee services a facility must provide, and identify what a facility must do to ensure a safe and secure detention environment for staff and noncitizens in detention:

- National Detention Standards (NDS) 2000
- Performance-Based National Detention Standards (PBNDS) 2008
- PBNDS 2011
- NDS 2019

# ICE ERO Involvement in Facility Inspections

To ensure compliance with each contract's terms and conditions and the applicable detention standards, ICE and the Department of Homeland Security (DHS) employ a robust and multilevel oversight and compliance program. At the agency level, ICE ERO Detention Service Managers (DSMs) and Detention Standards Compliance Officers (DSCOs) monitor detention conditions through daily on-site compliance reviews to identify deficiencies, areas of concern, contract and facility issues, and to facilitate corrective actions.

These reviews allow ICE another layer of oversight by providing senior leadership a unique tool to quickly identify and address issues that occur between or are not identified during annual inspections.

EXHIBIT 6

# ICE and DHS Involvement in Facility Inspections

ICE and DHS provide oversight to ICE ERO detention facility inspections. Inspections and audits are conducted by the DHS Office of the Inspector General, the DHS Office of the Immigration Detention Ombudsman, and the ICE Office of Detention Oversight within ICE's Office of Professional Responsibility.

In addition, the DHS Office of Civil Rights and Civil Liberties conducts on-site investigations to address allegations made by detained noncitizens and other stakeholders. These multiple channels of oversight allow ICE to provide a high standard of care for the detained population.

Detention facilities are subject to regular inspections by ICE ERO's third-party inspection contractor. In May 2018, ICE began posting all facility inspection reports submitted by the third-party contractor. The reports are posted below in chronological order within 60 days of inspection.

## 2022

### ⊕ September 2022

- Cache County Jail (UT) - Sept. 2, 2022
  - Cover Letter
  - Detention Review Summary Form

### ⊕ August 2022

- Allen Parish Public Safety Complex (LA) - Aug. 18, 2022
  - Cover Letter
  - Detention Review Summary Form

- Buffalo Federal Detention Facility (Batavia SPC) (NY) - Aug. 25, 2022
  - Cover Letter
  - Detention Review Summary Form

- Cache County Jail (UT) - Sep. 2, 2022
  - Cover Letter

- CCA Florence Correctional Center (AZ) - Aug. 25, 2022
  - Cover Letter
  - Detention Review Summary Form

- Chase County Detention Center (KS) - Aug. 4, 2022
  - Cover Letter
  - Detention Review Summary Form

- Rolling Plains Detention Center (TX) - Aug. 4, 2022
  - Cover Letter
  - Detention Review Summary Form

- Monroe County Detention Dormitory (MI) - Aug. 11, 2022
  - Cover Letter

EXHIBIT 6

➕ **July 2022**

- Folkston ICE Processing Center - Annex (GA) - July 28, 2022
  - Cover Letter
  - Detention Review Summary Form

- Folkston ICE Processing Center - Main (GA) - July 28, 2022
  - Cover Letter
  - Detention Review Summary Form

- Henderson Detention Center (NV) - July 14, 2022
  - Cover Letter
  - Detention Review Summary Form

- Nevada Southern Detention Center (NV) - July 21, 2022
  - Cover Letter
  - Detention Review Summary Form

- Torrance County Detention Facility (NM) - July 14, 2022
  - Cover Letter
  - Detention Review Summary Form

➕ **June 2022**

- Clay County Jail (IN) - June 3, 2022
  - Cover Letter
  - Detention Review Summary Form

- Hall County Department of Corrections (NE) - June 16, 2022
  - Cover Letter
  - Detention Review Summary Form

- Kandiyohi (MN) - June 23, 2022
  - Cover Letter
  - Detention Review Summary Form

- Laredo Processing Center (TX) - May 26, 2022
  - Cover Letter
  - Detention Review Summary Form

- Mesa Verde Detention Facility (CA) - June 16, 2022
  - Cover Letter
  - Detention Review Summary Form

- Plymouth County Correctional Facility (MA) - June 23, 2022
  - Cover Letter
  - Detention Review Summary Form

- San Luis Regional Detention Center (AZ) - June 3, 2022
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- St. Clair County Jail (MI) - June 23, 2022
  - Cover Letter
  - Detention Review Summary Form

## ⊕ May 2022

- Baker County Detention Center (FL) - May 5, 2022
  - Cover Letter
  - Detention Review Summary Form
- Cibola County Correctional Center (NM) - May 5, 2022
  - Cover Letter
  - Detention Review Summary Form
- Laredo Processing Center (TX) - May 26, 2022
  - Cover Letter
  - Detention Review Summary Form
- Northwest ICE Processing Center (WA) - May 12, 2022
  - Cover Letter
  - Detention Review Summary Form
- Nye County Detention Center (NV) - May 19, 2022
  - Cover Letter
  - Detention Review Summary Form
- Okmulgee County Criminal Justice Authority (Moore) (OK) - May 12, 2022
  - Cover Letter
  - Detention Review Summary Form
- Stewart Detention Center (GA) - May 5, 2022
  - Cover Letter
  - Detention Review Summary Form

## ⊕ April 2022

- Caroline Detention Facility (VA) - April 28, 2022
  - Cover Letter
  - Detention Review Summary Form
- Dodge County Detention Facility (WI) - April 14, 2022
  - Detention Review Summary Form
- Freeborn County Adult Detention Facility (MN) - April 14, 2022
  - Cover Letter
  - Detention Review Summary Form
- Orange County Correctional Facility (NY) - April 7, 2022
  - Cover Letter
  - Detention Review Summary Form
- Pike County Correctional Facility (PA) - April 21, 2022
  - Cover Letter

EXHIBIT 6

## ⊕ March 2022

- Boone County Jail (KY) - March 3, 2022
  - Cover Letter
  - Detention Review Summary Form
- Calhoun County Jail (MI) - March 3, 2022
  - Cover Letter
  - Detention Review Summary Form
- Florence Service Processing Center (AZ) - March 17, 2022
  - Cover Letter
  - Detention Review Summary Form
- Moshannon Valley Processing Center (PA) - March 3, 2022
  - Cover Letter
  - Detention Review Summary Form
- Rio Grande Processing Center (TX) - March 10, 2022
  - Cover Letter
  - Detention Review Summary Form
- T. Don Hutto Detention Center (TX) - March 31, 2022
  - Cover Letter
  - Detention Review Summary Form
- Torrance County Detention Facility (NM) - March 31, 2022
  - Cover Letter
  - Detention Review Summary Form

## ⊕ February 2022

- Eloy Detention Center (AZ) - Feb. 3, 2022
  - Cover Letter
  - Detention Review Summary Form
- Glades County Detention Center (FL) - Feb. 10, 2022
  - Cover Letter
  - Detention Review Summary Form
- Immigration Centers of America - Farmville Detention Center (VA) - Feb. 17, 2022
  - Cover Letter
  - Detention Review Summary Form
- Krome Special Processing Center (FL) - Feb. 25, 2022
  - Cover Letter
  - Detention Review Summary Form
- Okmulgee County Criminal Justice Authority (OK) - Feb. 3, 2022
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Prairieland Detention Center (TX) - Feb. 10, 2022
  - Cover Letter
  - Detention Review Summary Form
- South Texas ICE Processing Center (TX) - Feb. 17, 2022
  - Cover Letter
  - Detention Review Summary Form
- Webb County Detention Center (TX) - Feb. 3, 2022
  - Cover Letter
  - Detention Review Summary Form

⊕ **January 2022**

- Houston Contract Detention Facility (TX) - Jan. 6, 2022
  - Cover Letter
  - Detention Review Summary Form
- Imperial Regional Detention Facility (CA) - Jan. 13, 2022
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - Jan. 18, 2022
  - Compliance Inspection Report
- Otay Mesa Detention Facility (CA) - Jan. 27, 2022
  - Cover Letter
  - Detention Review Summary Form
- Otero County Processing Center (NM) - Jan. 27, 2022
  - Cover Letter
  - Detention Review Summary Form
- Polk County Adult Detention Facility (TX) - Jan. 6, 2022
  - Cover Letter
  - Detention Review Summary Form
- Port Isabel Service Processing Center (TX) - Jan. 13, 2022
  - Cover Letter
  - Detention Review Summary Form

# 2021

⊕ **December 2021**

- Adams County Correctional Center (MS) - Dec. 2, 2021
  - Cover Letter
  - Detention Review Summary Form
- Alamance County Detention Center (NC) - Dec. 30, 2021
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Carver County Jail (MN) - Dec. 2, 2021
  - Cover Letter
  - Detention Review Summary Form
- Eden Detention Center (TX) - Dec. 17, 2021
  - Cover Letter
  - Detention Review Summary Form
- El Paso Service Processing Center (TX) - Dec. 9, 2021
  - Cover Letter
  - Detention Review Summary Form
- Montgomery Processing Center (TX) - Dec. 17, 2021
  - Cover Letter
  - Detention Review Summary Form
- Robert A. Deyton Detention Center (GA) - Dec. 2, 2021
  - Cover Letter
  - Detention Review Summary Form
- South Texas Family Residential Center (TX) - Dec. 14, 2021
  - Compliance Inspection Report

## ⊕ November 2021

- Adelanto ICE Processing Center East (CA) - Nov. 3, 2021
  - Cover Letter
  - Detention Review Summary Form
- Bluebonnet Detention Center (TX) - Nov. 4, 2021
  - Cover Letter
  - Detention Review Summary Form
- Desert View Annex (CA) - Nov. 5, 2021
  - Cover Letter
  - Detention Review Summary Form
- Geauga County Jail (OH) - Nov. 18, 2021
  - Cover Letter
  - Detention Review Summary Form
- Jackson Parish Correctional Center (LA) - Nov. 17, 2021
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - Nov. 30, 2021
  - Compliance Inspection Report
- Kay County Detention Center (OK) - Nov. 10, 2021
  - Cover Letter
  - Detention Review Summary Form
- South Louisiana Detention Center (LA) - Nov. 19, 2021
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

⊕ **October 2021**

- Aurora ICE Processing Center (CO) - Oct. 28, 2021
  - Cover Letter
  - Detention Review Summary Form
- Aurora ICE Processing Center Annex (CO) - Oct. 28, 2021
  - Cover Letter
  - Detention Review Summary Form
- Broward Transitional Center (FL) - Oct. 21, 2021
  - Cover Letter
  - Detention Review Summary Form
- El Valle Detention Facility (TX) - Oct. 7, 2021
  - Cover Letter
  - Detention Review Summary Form
- Golden State Annex (CA) - Oct. 21, 2021
  - Cover Letter
  - Detention Review Summary Form
- Joe Corley Processing Center (TX) - Oct. 28, 2021
  - Cover Letter
  - Detention Review Summary Form
- Limestone County Detention Center (TX) - Oct. 7, 2021
  - Cover Letter
  - Detention Review Summary Form
- Okmulgee County Jail (OK) - Oct. 28, 2021
  - Cover Letter
  - Detention Review Summary Form
- Sherburne County Jail (MN) - Oct. 28, 2021
  - Cover Letter
  - Detention Review Summary Form
- South Texas Family Residential Center (TX) - Oct. 5, 2021
  - Compliance Inspection Report
- Yuba County Jail (CA) - Oct. 21, 2021
  - Cover Letter
  - Detention Review Summary Form

⊕ **September 2021**

- Clinton County Correctional Facility (PA) - Sept. 30, 2021
  - Cover Letter
  - Detention Review Summary Form
- Elizabeth Contract Detention Facility (NJ) - Sept. 30, 2021
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - Sept. 14, 2021

EXHIBIT 6

- <u>Compliance Inspection Report</u>
- LaSalle ICE Processing Center (LA) - Sept. 23, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Richwood Correctional Center (LA) - Sept. 23, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Seneca County Jail (OH) - Sept. 23, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Winn Correctional Center (LA) - Sept. 30, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

## ⊕ August 2021

- Allen Parish Public Safety Complex (LA) - Aug. 19, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Buffalo Federal Detention Facility (NY) - Aug. 26, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- CCA Florence Correctional Center (AZ) - Aug. 26, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Chase County Detention Center (KS) - Aug. 5, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Frederick County Detention Center (MD) - Aug. 26, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Hall County Department of Corrections (NE) - Aug. 26, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Krome Special Processing Center (FL) - Aug. 11, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Monroe County Detention Dormitory (MI) - Aug. 12, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- River Correctional Center (LA) - Aug. 19, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Rolling Plains Detention Center (TX) - Aug. 5, 2021
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

EXHIBIT 6

- South Texas Family Residential Center (TX) - Aug. 17, 2021
  - Compliance Inspection Report
- Teller County Jail (CO) - Aug. 19, 2021
  - Cover Letter
  - Detention Review Summary Form

## ⊕ July 2021

- Etowah County Detention Center (AL) - July 15, 2021
  - Cover Letter
  - Detention Review Summary Form
- Folkston ICE Processing Center (GA) - July 28, 2021
  - Cover Letter
  - Detention Review Summary Form
- Folkston ICE Processing Center Annex (GA) - July 30, 2021
  - Cover Letter
  - Detention Review Summary Form
- Henderson Detention Center (NV) - July 22, 2021
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - July 27, 2021
  - Compliance Inspection Report
- Nevada Southern Detention Center (NV) - July 22, 2021
  - Cover Letter
  - Detention Review Summary Form
- Phelps County Jail (NE) - July 15, 2021
  - Cover Letter
  - Detention Review Summary Form
- Polk County Jail (IA) - July 29, 2021
  - Cover Letter
  - Detention Review Summary Form
- Torrance County Detention Facility (NM) - July 29, 2021
  - Cover Letter
  - Detention Review Summary Form

## ⊕ June 2021

- Alamance County Detention Center (NC) - June 17, 2021
  - Cover Letter
  - Detention Review Summary Form
- Bluebonnet Detention Center (TX) - July 1, 2021
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Kandiyohi County Jail (MN) - July 1, 2021
  - Cover Letter
  - Detention Review Summary Form

- Karnes County Residential Center (TX) - June 7, 2021
  - Compliance Inspection Report

- La Palma Correctional Center (AZ) - June 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- McHenry County Adult Correction Facility (IL) - June 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- Mesa Verde Detention Facility (CA) - June 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- Plymouth County Correction Facility (MA) - June 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- Pulaski County Detention Center (IL) - June 17, 2021
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - June 28, 2021
  - Compliance Inspection Report

## ⊕ May 2021

- Baker County Detention Center (FL) - May 20, 2021
  - Cover Letter
  - Detention Review Summary Form

- Bristol County Jail (MA) - May 13, 2021
  - Cover Letter
  - Detention Review Summary Form

- Cibola County Correctional Center (NM) - May 6, 2021
  - Cover Letter
  - Detention Review Summary Form

- Clay County Justice Center (IN) - May 20, 2021
  - Cover Letter
  - Detention Review Summary Form

- Hudson County Corrections and Rehabilitation Center (NJ) - May 6, 2021
  - Cover Letter
  - Detention Review Summary Form

- Krome North Service Processing Center (FL) - May 13, 2021
  - Cover Letter
  - Detention Review Summary Form

- Laredo Processing Center (TX) - May 27, 2021
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Northwest ICE Processing Center (WA) - May 13, 2021
  - Cover Letter
  - Detention Review Summary Form

- Nye County Detention Center (NV) - May 20, 2021
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - May 3, 2021
  - Compliance Inspection Report

- Stewart Detention Center (GA) - May 6, 2021
  - Cover Letter
  - Detention Review Summary Form

## ⊕ April 2021

- Caroline Detention Facility (VA) - April 28, 2021
  - Cover Letter
  - Detention Review Summary Form

- Dodge County Detention Center (WI) - April 16, 2021
  - Cover Letter
  - Detention Review Summary Form

- Donald W. Wyatt Detention Facility (RI) - April 8, 2021
  - Cover Letter
  - Detention Review Summary Form

- Florence Service Processing Center (AZ) - April 8, 2021
  - Cover Letter
  - Detention Review Summary Form

- Freeborn County Adult Detention Center (MN) - April 16, 2021
  - Cover Letter
  - Detention Review Summary Form

- Jerome Combs Detention Center (IL) - April 7, 2021
  - Cover Letter
  - Detention Review Summary Form

- Karnes County Residential Center (TX) - April 19, 2021
  - Compliance Inspection Report

- Orange County Correctional Facility (NY) - April 14, 2021
  - Cover Letter
  - Detention Review Summary Form

- Pike County Correctional Facility (PA) - April 21, 2021
  - Cover Letter
  - Detention Review Summary Form

- Pine Prairie ICE Processing Center (LA) - April 21, 2021
  - Cover Letter
  - Detention Review Summary Form

- San Luis Regional Detention Center (AZ) - April 28, 2021
  - Cover Letter

EXHIBIT 6

○ Detention Review Summary Form

## ⊕ March 2021

- Boone County Jail (KY) - March 3, 2021
  - Cover Letter
  - Detention Review Summary Form

- Calhoun County Jail (MI) - March 3, 2021
  - Cover Letter
  - Detention Review Summary Form

- Chippewa County Correctional Facility (MI) - March 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- David L. Moss Criminal Justice Center (OK) - March 12, 2021
  - Cover Letter
  - Detention Review Summary Form

- Desert View Annex (CA) - March 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- Dorchester County Detention Center (MD) - March 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- Dorchester County Detention Center (SC) - March 17, 2021
  - Cover Letter
  - Detention Review Summary Form

- Golden State Annex (CA) - March 17, 2021
  - Cover Letter
  - Detention Review Summary Form

- Karnes County Residential Center (TX) - March 8, 2021
  - Compliance Inspection Report

- Pulaski County Detention Center (IL) - March 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- Rio Grande Processing Center (TX) - March 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- River Correctional Center (LA) - March 17, 2021
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - March 22, 2021
  - Compliance Inspection Report

- T. Don Hutto Detention Center (TX) - March 31, 2021
  - Cover Letter
  - Detention Review Summary Form

- Teller County Jail (CO) - March 31, 2021

EXHIBIT 6

- Cover Letter
- Detention Review Summary Form

## ● February 2021

- Bergen County Jail (NJ) - Feb. 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- Berks County Residential Center (TX) - Feb. 8, 2021
  - Compliance Inspection Report

- Eloy Detention Center (AZ) - Feb. 5, 2021
  - Cover Letter
  - Detention Review Summary Form

- Glades County Detention Center (FL) - Feb. 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- Immigration Centers of America (ICA) - Farmville Detention Center (FDC) (VA) - Feb. 24, 2021
  - Cover Letter
  - Detention Review Summary Form

- Krome Special Processing Center (SPC) (FL) - Feb. 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- Morrow County Correctional Facility (OH) - Feb. 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- Otay Mesa Detention Facility (CA) - Feb. 3, 2021
  - Cover Letter
  - Detention Review Summary Form

- Prairieland Detention Center (TX) - Feb. 10, 2021
  - Cover Letter
  - Detention Review Summary Form

- South Texas Processing Center (TX) - Feb. 26, 2021
  - Cover Letter
  - Detention Review Summary Form

- Webb County Detention Center (TX) - Feb. 3, 2021
  - Cover Letter
  - Detention Review Summary Form

- Worcester County Jail (MD) - Feb. 3, 2021
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

⊕ **January 2021**

- Alamance County Detention Center (NC) - Jan. 8, 2021
  - Cover Letter
  - Detention Review Summary Form
- Aurora II Annex (CO) - Jan. 29, 2021
  - Cover Letter
  - Detention Review Summary Form
- Aurora ICE Processing Center (CO) - Jan. 27, 2021
  - Cover Letter
  - Detention Review Summary Form
- Butler County Jail (OH) - Jan. 21, 2021
  - Cover Letter
  - Detention Review Summary Form
- Chase County Detention Center (KS) - Jan. 27, 2021
  - Cover Letter
  - Detention Review Summary Form
- Christian County Jail (MO) - Jan. 13, 2021
  - Cover Letter
  - Detention Review Summary Form
- Houston Contract Detention Facility (TX) - Jan. 6, 2021
  - Cover Letter
  - Detention Review Summary Form
- Imperial Regional Detention Facility (CA) - Jan. 13, 2021
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - Jan. 11, 2021
  - Compliance Inspection Report
- Otero County Processing Center (NM) - Jan. 29, 2021
  - Cover Letter
  - Detention Review Summary Form
- Polk County Adult Detention Center (TX) - Jan. 6, 2021
  - Cover Letter
  - Detention Review Summary Form
- Port Isabel Service Processing Center (TX) - Jan. 27, 2021
  - Cover Letter
  - Detention Review Summary Form
- Seneca County Jail (OH) - Jan. 13, 2021
  - Cover Letter
  - Detention Review Summary Form
- Sherburne County Jail (MN) - Jan. 21, 2021
  - Cover Letter
  - Detention Review Summary Form
- South Texas Family Residential Center (TX) - Jan. 25, 2021

EXHIBIT 6

- ○ <u>Compliance Inspection Report</u>

# 2020

## ● December 2020

- Adams County Correctional Center (MS) - Dec. 3, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Allen Parish Public Safety Complex (LA) - Dec. 9, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Cibola County Correctional Center (NM) - Dec. 3, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Eden Detention Center (TX) - Dec. 3, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- El Paso Service Processing Center (TX) - Dec. 3, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- El Valle Detention Facility (TX) - Dec. 10, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Geauga County Jail (OH) - Dec. 10, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Howard County Detention Center (MD) - Dec. 9, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Joe Corley Processing Center (TX) - Dec. 18, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Monroe County Inmate Dormitory (MI) - Dec. 30, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Montgomery Processing Center (TX) - Dec. 16, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Northwest Contract Detention Center (WA) - Dec. 17, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>
- Plymouth County Correctional Facility (MA) - Dec. 30, 2020
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

EXHIBIT 6

- Robert A. Deyton Detention Center (GA) - Dec. 17, 2020
  - Cover Letter
  - Detention Review Summary Form

- South Louisiana ICE Processing Center (LA) - Dec. 11, 2020
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - Dec. 14, 2020
  - Compliance Inspection Report

- Strafford County Corrections (NH) - Dec. 10, 2020
  - Cover Letter
  - Detention Review Summary Form

- York County Prison (PA) - Dec. 11, 2020
  - Cover Letter
  - Detention Review Summary Form

- Yuba County Jail (CA) - Dec. 30, 2020
  - Cover Letter
  - Detention Review Summary Form

## ⊕ November 2020

- Adelanto ICE Processing Center - East (CA) - Nov. 20, 2020
  - Cover Letter
  - Detention Review Summary Form

- Adelanto ICE Processing Center - West (CA) - Nov. 18, 2020
  - Cover Letter
  - Detention Review Summary Form

- Baker County Detention Center (FL) - Nov. 5, 2020
  - Cover Letter
  - Detention Review Summary Form

- Berks County Residential Center (TX) - Nov. 30, 2020
  - Compliance Inspection Report

- Bristol County Jail and House of Correction (MA) - Nov. 18, 2020
  - Cover Letter
  - Detention Review Summary Form

- CCA Florence Correctional Center (AZ) - Nov. 6, 2020
  - Cover Letter
  - Detention Review Summary Form

- Clinton County Correctional Facility (PA) - Nov. 25, 2020
  - Cover Letter
  - Detention Review Summary Form

- Donald W. Wyatt Detention Center (RI) - Oct. 28, 2020
  - Cover Letter
  - Detention Review Summary Form

- Florence SPC (AZ) - Nov. 4, 2020
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Hardin County Jail (IA) - Nov. 11, 2020
  - Cover Letter
  - Detention Review Summary Form

- Henderson Detention Center (NV) - Nov. 20, 2020
  - Cover Letter
  - Detention Review Summary Form

- Jackson Parish Correctional Center (LA) - Nov. 20, 2020
  - Cover Letter
  - Detention Review Summary Form

- Jerome Combs Detention Center (IL) - Nov. 25, 2020
  - Cover Letter
  - Detention Review Summary Form

- Karnes County Residential Center (TX) - Nov. 16, 2020
  - Compliance Inspection Report

- La Palma Correctional Center (AZ) - Nov. 5, 2020
  - Cover Letter
  - Detention Review Summary Form

- Morgan County Adult Detention Center (MO) - Nov. 11, 2020
  - Cover Letter
  - Detention Review Summary Form

- Nye County Detention Center (NV) - Nov. 4, 2020
  - Cover Letter
  - Detention Review Summary Form

- Pine Prairie ICE Processing Center (LA) - Nov. 5, 2020
  - Cover Letter
  - Detention Review Summary Form

- San Luis Regional Detention Center (AZ) - Nov. 25, 2020
  - Cover Letter
  - Detention Review Summary Form

## ⊕ October 2020

- Bluebonnet Detention Center (TX) - Oct. 23, 2020
  - Cover Letter
  - Detention Review Summary Form

- Catahoula Correctional Center (LA) - Nov. 9, 2020
  - Cover Letter
  - Detention Review Summary Form

- Clay County Justice Center (IN) - Oct. 15, 2020
  - Cover Letter
  - Detention Review Summary Form

- Desert View Annex (CA) - Oct. 29, 2020
  - Cover Letter
  - Detention Review Summary Form

- Dodge County Detention Facility (AK) - Oct. 29, 2020
  - Cover Letter

EXHIBIT 6

- Detention Review Summary Form
- East Hidalgo Detention Center (TX) - Oct. 3, 2020
  - Cover Letter
  - Detention Review Summary Form

- Essex County Correctional Facility (NJ) - Oct. 9, 2020
  - Cover Letter
  - Detention Review Summary Form

- Etowah County Jail (AL) - Oct. 23, 2020
  - Cover Letter
  - Detention Review Summary Form

- Folkston ICE Processing Center Annex (GA) - Oct. 9, 2020
  - Cover Letter
  - Detention Review Summary Form

- Folkston ICE Processing Center (GA) - Oct. 7, 2020
  - Cover Letter
  - Detention Review Summary Form

- Golden State Annex (GA) - Oct. 16, 2020
  - Cover Letter
  - Detention Review Summary Form

- Hudson County Corrections and Rehabilitation Center (NJ) - Oct. 7, 2020
  - Cover Letter
  - Detention Review Summary Form

- Jena LaSalle Detention Facility (LA) - Oct. 7, 2020
  - Cover Letter
  - Detention Review Summary Form

- Kay County Detention Center (OK) - Oct. 15, 2020
  - Cover Letter
  - Detention Review Summary Form

- Laredo Processing Center (TX) - Oct. 23, 2020
  - Cover Letter
  - Detention Review Summary Form

- LaSalle County Regional Detention Center (TX) - Oct. 21, 2020
  - Cover Letter
  - Detention Review Summary Form

- Mesa Verde ICE Processing Facility (CA) - Oct. 14, 2020
  - Cover Letter
  - Detention Review Summary Form

- Orange County Jail (NY) - Oct. 30, 2020
  - Cover Letter
  - Detention Review Summary Form

- Pike County Correctional Facility (PA) - Oct. 28, 2020
  - Cover Letter
  - Detention Review Summary Form

- Richwood Correctional Center (LA) - Oct. 21, 2020
  - Cover Letter
  - Detention Review Summary Form

- Rolling Plains Detention Center (TX) - Oct. 21, 2020
  - Cover Letter

EXHIBIT 6

- South Texas Family Residential Center (TX) - Oct. 5, 2020
  - Compliance Inspection Report
- Teller County Jail (CO) - Oct. 29, 2020
  - Cover Letter
  - Detention Review Summary Form
- Wakulla County Detention Facility (FL) - Oct. 8, 2020
  - Cover Letter
  - Detention Review Summary Form
- Washoe County Detention Center (NV) - Oct. 15, 2020
  - Cover Letter
  - Detention Review Summary Form
- Willacy County Regional Detention Facility (TX) - Oct. 7, 2020
  - Cover Letter
  - Detention Review Summary Form
- Winn Correctional Center (LA) - Oct. 19, 2020
  - Cover Letter
  - Detention Review Summary Form

# September 2020

- Berks County Residential Center (TX) - Sept. 15, 2020
  - Compliance Inspection Report
- Broward Transitional Center (FL) - Sept. 24, 2020
  - Cover Letter
  - Detention Review Summary Form
- Caroline Detention Facility (VA) - Sept. 17, 2020
  - Cover Letter
  - Detention Review Summary Form
- Elizabeth Contract Detention Facility (NJ) - Sept. 17, 2020
  - Cover Letter
  - Detention Review Summary Form
- Freeborn County Adult Detention Center (MN) - Sept. 10, 2020
  - Cover Letter
  - Detention Review Summary Form
- Hall County Department of Corrections (NE) - Sept. 17, 2020
  - Cover Letter
  - Detention Review Summary Form
- Irwin County Detention Center (GA) - Sept. 25, 2020
  - Cover Letter
  - Detention Review Summary Form
- Johnson County Corrections Center (TX) - Sept. 17, 2020
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - Sept. 17, 2020
  - Compliance Inspection Report

EXHIBIT 6

- Limestone County Detention Center (TX) - Oct. 1, 2020
  - Cover Letter
  - Detention Review Summary Form

- McHenry County Adult Correctional Facility (IL) - Oct. 1, 2020
  - Cover Letter
  - Detention Review Summary Form

- Okmulgee County Jail - Moore Detention Facility (OK) - Oct. 1, 2020
  - Cover Letter
  - Detention Review Summary Form

- Saint Clair County Jail (MI) - Oct. 1, 2020
  - Cover Letter
  - Detention Review Summary Form

- Stewart Detention Center (GA) - Sept. 24, 2020
  - Cover Letter
  - Detention Review Summary Form

- Torrance County Detention Facility (NM) - Oct. 1, 2020
  - Cover Letter
  - Detention Review Summary Form

- West Texas Detention Facility (TX) - Sept. 29, 2020
  - Cover Letter
  - Detention Review Summary Form

## ⊕ April - August 2020

**Due to the COVID-19 CDC guidance and restrictions, no annual facility inspections were conducted during the months of April - August.**

- Berks County Residential Center (TX) - July 21, 2020
  - Compliance Inspection Report

## ⊕ March 2020

- Boone County Jail (KY) - March 5, 2020
  - Cover Letter
  - Detention Review Summary Form

- Calhoun County Correctional Center (MI) - March 5, 2020
  - Cover Letter
  - Detention Review Summary Form

- Dorchester County Detention Center (MD) - March 19, 2020
  - Cover Letter

- Glades County Detention Center (FL) - March 5, 2020
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Pulaski County Detention Center (IL) - March 12, 2020
  - Cover Letter
  - Detention Review Summary Form

- Rio Grande Processing Center (TX) - March 12, 2020
  - Cover Letter
  - Detention Review Summary Form

- River Correctional Center (LA) - March 12, 2020
  - Cover Letter
  - Detention Review Summary Form

## February 2020

- Bergen County Jail (NJ) - Feb. 27, 2020
  - Cover Letter
  - Detention Review Summary Form

- Berks County Residential Center (TX) - Feb. l8, 2020
  - Compliance Inspection Report

- Brooks County Detention Center (TX) - Feb. 21, 2020
  - Cover Letter
  - Detention Review Summary Form

- Eloy Detention Center (AZ) - Feb. 6, 2020
  - Cover Letter
  - Detention Review Summary Form

- Farmville Detention Center (CA) - Feb. 27, 2020
  - Cover Letter
  - Detention Review Summary Form

- Karnes County Residential Center (TX) - Feb. 25, 2020
  - Compliance Inspection Report

- Krome Service Processing Center (FL) - Feb. 13, 2020
  - Cover Letter
  - Detention Review Summary Form

- Prairieland Detention Center (TX) - Feb. 13, 2020
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - Feb. 12, 2020
  - Compliance Inspection Report

- South Texas ICE Processing Center (TX) - Feb. 27, 2020
  - Cover Letter
  - Detention Review Summary Form

- Tulsa County Jail - David L. Moss Criminal Justice Center (OK) - Feb. 21, 2020
  - Cover Letter
  - Detention Review Summary Form

- Webb County Detention Facility (TX) - Feb. 6, 2020
  - Cover Letter

EXHIBIT 6

○ Detention Review Summary Form

⊕ **January 2020**

- Coastal Bend Detention Center (TX) - Jan. 9, 2020
  - Cover Letter
  - Detention Review Summary Form

- DeKalb County Detention Facility (GA) - Jan. 30, 2020
  - Cover Letter

- Houston CDF (TX) - Jan. 9, 2020
  - Cover Letter
  - Detention Review Summary Form

- Imperial Regional Detention Facility (CA) - Jan. 16, 2020
  - Cover Letter
  - Detention Review Summary Form

- Karnes County Residential Center (TX) - Jan. 21, 2020
  - Compliance Inspection Report

- Otay Mesa Detention Facility (CA) - Jan. 24, 2020
  - Cover Letter
  - Detention Review Summary Form

- Otero County Processing Center (NM) - Jan. 30, 2020
  - Cover Letter
  - Detention Review Summary Form

- Polk County Adult Detention Center (TX) - Jan. 9, 2020
  - Cover Letter
  - Detention Review Summary Form

- Port Isabel Service Processing Center (TX) - Jan. 30, 2020
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - Jan. 7, 2020
  - Compliance Inspection Report

- Western Tennessee Detention Facility (TN) - Jan. 16, 2020
  - Cover Letter
  - Detention Review Summary Form

# 2019

⊕ **December 2019**

- Allen Parish Public Safety Complex (LA) - Dec. 5, 2019
  - Cover Letter
  - Detention Review Summary Form

- Berks County Residential Center (TX) - Dec. 17, 2019

EXHIBIT 6

- ○ Compliance Inspection Report
- Bossier Parish Corrections Center (LA) - Dec. 5, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Carver County Jail (MN) - Dec. 5, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- El Paso Service Processing Center (TX) - Dec. 12, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Karnes County Family Residential Center (TX) - Dec. 3, 2019
  - ○ Compliance Inspection Report

- Karnes County Residential Center (TX) - Dec. 5, 2019
  - ○ Deep Dive Compliance Inspection

- Montgomery Processing Center (TX) - Dec. 19, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Platte County Detention Center (MO) - Dec. 12, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Robert A. Deyton Correctional Center (GA) - Dec. 5, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Sheriff Al Cannon Detention Center (SC) - Dec. 12, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Strafford County Corrections (NH) - Dec. 12, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

⊕ November 2019

- Adams County Correctional Center (MS) - Nov. 21, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Adelanto ICE Processing Center - East (CA) - Nov. 21, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Adelanto ICE Processing Center West (CA) - Nov. 21, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Alamance County Jail (NC) - Nov. 7, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

- Aurora ICE Processing Center (CO) - Nov. 27, 2019
  - ○ Cover Letter

EXHIBIT 6

- <u>Detention Review Summary Form</u>
- Aurora ICE Processing Center II - Annex (CO) - Nov. 27, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Berks County Residential Center (TX) - Nov. 12, 2019
  - <u>Compliance Inspection Report</u>

- Cambria County Prison (PA) - Nov. 7, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Jackson Parish Correctional Center (LA) - Nov. 7, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Joe Corley Detention Facility (TX) - Nov. 15, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Karnes County Residential Center (TX) - Nov. 6, 2019
  - <u>Compliance Inspection Report</u>

- LaSalle Correctional Center (LA) - Nov. 15, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Montgomery County Jail (MO) - Nov. 7, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Sherburne County Jail (MN) - Nov. 15, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- South Louisiana ICE Processing Center (LA) - Nov. 7, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- South Texas Family Residential Center (TX) - Nov. 12, 2019
  - <u>Compliance Inspection Report</u>

- Yuba County Jail (CA) - Nov. 15, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

## ⊕ October 2019

- Berks County Residential Center (PA) - Oct. 17, 2019
  - <u>Compliance Inspection Report</u>

- Broward Transitional Center (FL) - Oct. 31, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

- Douglas County Department of Corrections (NE) - Oct. 24, 2019
  - <u>Cover Letter</u>
  - <u>Detention Review Summary Form</u>

EXHIBIT 6

- El Valle Detention Facility (TX) - Oct. 24, 2019
  - Cover Letter
  - Detention Review Summary Form

- Elizabeth Contract Detention Facility (NJ) - Oct. 3, 2019
  - Cover Letter
  - Detention Review Summary Form

- Geauga County Jail (OH) - Oct. 10, 2019
  - Cover Letter
  - Detention Review Summary Form

- Kay County Detention Center (OK) - Oct. 24, 2019
  - Cover Letter
  - Detention Review Summary Form

- Limestone County Detention Center (TX) - Oct. 24, 2019
  - Cover Letter
  - Detention Review Summary Form

- Northern Oregon Correctional Facility (OR) - Oct. 31, 2019
  - Cover Letter
  - Detention Review Summary Form

- River Correctional Center (LA) - Oct. 24, 2019
  - Cover Letter
  - Detention Review Summary Form

- Richwood Correctional Center (LA) - Oct. 3, 2019
  - Cover Letter
  - Detention Review Summary Form

- Seneca County Jail (OH) - Oct. 3, 2019
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - Oct. 31, 2019
  - Compliance Inspection Report

- Wakulla County Detention Facility (FL) - Oct. 18, 2019
  - Cover Letter
  - Detention Review Summary Form

- Winn Correctional Center (LA) - Oct. 10, 2019
  - Cover Letter
  - Detention Review Summary Form

- York County Prison (PA) - Oct. 18, 2019
  - Cover Letter
  - Detention Review Summary Form

## ⊕ September 2019

- Berks County Residential Center (PA) - Sept. 3, 2019
  - Compliance Inspection Report

- Cass County Jail (NE) - Sept. 19, 2019
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Clinton County Correctional Facility (PA) - Sept. 26, 2019
  - Cover Letter
  - Detention Review Summary Form
- East Hidalgo Detention Center (TX) - Sept. 6, 2019
  - Cover Letter
  - Detention Review Summary Form
- Essex County Corrections Facility (NJ) - Sept. 26, 2019
  - Cover Letter
  - Detention Review Summary Form
- Hardin County Jail (IA) - Sept. 12, 2019
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - Sept. 25, 2019
  - Compliance Inspection Report
- LaSalle ICE Processing Center (LA) - Sept. 26, 2019
  - Cover Letter
  - Detention Review Summary Form
- Okmulgee County Jail-Moore Detention Facility (OK) - Sept. 19, 2019
  - Cover Letter
  - Detention Review Summary Form
- Shawnee County Department of Corrections - Adult Detention Center (KS) - Sept. 6, 2019
  - Cover Letter
  - Detention Review Summary Form
- T. Don Hutto Residential Center (TX) - Sept. 12, 2019
  - Compliance Inspection Report
- Val Verde Correctional Facility (TX) - Sept. 19, 2019
  - Cover Letter
  - Detention Review Summary Form
- Willacy County Regional Detention Facility (TX) - Sept. 12, 2019
  - Cover Letter
  - Detention Review Summary Form

## ⊕ August 2019

- Catahoula Correctional Center (LA) - Aug. 22, 2019
  - Cover Letter
  - Detention Review Summary Form
- Central Arizona Florence Correctional Complex (AZ) - Aug. 29, 2019
  - Cover Letter
  - Detention Review Summary Form
- Howard County Detention Center (MD) - Aug. 29, 2019
  - Cover Letter
  - Detention Review Summary Form
- Johnson County Corrections Center (TX) - Aug. 22, 2019
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- Karnes County Residential Center (TX) - Aug. 15, 2019
  - Compliance Inspection Report
- Monroe County Inmate Dormitory (MI) - Aug. 15, 2019
  - Cover Letter
  - Detention Review Summary Form
- Rolling Plains Detention Center (TX) - Aug. 8, 2019
  - Cover Letter
  - Detention Review Summary Form
- South Texas Family Residential Center (TX) - Aug. 19, 2019
  - Compliance Inspection Report
- Tallahatchie County Correctional Facility (MS) - Aug. 15, 2019
  - Cover Letter
  - Detention Review Summary Form
- T. Don Hutto Residential Center (TX) - Aug. 27, 2019
  - Compliance Inspection Report
- Teller County Jail (CO) - Aug. 22, 2019
  - Cover Letter
- West Texas Detention Facility (TX) - Aug. 8, 2019
  - Cover Letter
  - Detention Review Summary Form
- Worcester County Jail (MD) - Aug. 15, 2019
  - Cover Letter
  - Detention Review Summary Form

## ⊕ July 2019

- Chase County Detention Center (KS) - July 11, 2019
  - Cover Letter
  - Detention Review Summary Form
- Etowah County Jail (AL) - July 18, 2019
  - Cover Letter
  - Detention Review Summary Form
- Frederick County Detention Center (MD) - July 11, 2019
  - Cover Letter
  - Detention Review Summary Form
- Hall County Department of Corrections (NE) - July 11, 2019
  - Cover Letter
  - Detention Review Summary Form
- Henderson Detention Center (NV) - July 18, 2019
  - Cover Letter
  - Detention Review Summary Form
- Kandiyohi County Jail (MN) - July 11, 2019
  - Cover Letter
  - Detention Review Summary Form
- Karnes County Residential Center (TX) - July 30, 2019

EXHIBIT 6

- ◦ Compliance Inspection Report
- Monroe County Jail (FL) - Aug. 1, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Natchitoches Parish Detention Center (LA) - July 3, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Nevada Southern Detention Center (NV) - July 25, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Phelps County Jail (NE) - July 18, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Polk County Jail (IA) - Aug. 1, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- South Texas Family Residential Center (TX) - July 30, 2019
    - ◦ Compliance Inspection Report

## ⊕ June 2019

- Berks Family Residential Center (PA) - June 25, 2019
    - ◦ Compliance Inspection Report
- Folkston ICE Processing Center (GA) - June 6, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Folkston ICE Processing Center Annex (GA) - June 6, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Irwin County Detention Center (GA) - June 13, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Karnes County Residential Center (TX) - June 11, 2019
    - ◦ Compliance Inspection Report

- Kenosha County Detention Center (WI) - June 6, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- La Palma Correctional Center (AZ) - June 27, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Laredo Processing Center (TX) - June 6, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

- Linn County Correctional Center (IA) - June 20, 2019
    - ◦ Cover Letter
    - ◦ Detention Review Summary Form

EXHIBIT 6

- McHenry County Adult Correctional Facility (IL) - June 13, 2019
  - Cover Letter
  - Detention Review Summary Form

- Mesa Verde Detention Facility (CA) - June 27, 2019
  - Cover Letter
  - Detention Review Summary Form

- Plymouth County Correctional Facility (MA) - June 13, 2019
  - Cover Letter
  - Detention Review Summary Form

- St. Clair County Jail (MI) - June 20, 2019
  - Cover Letter
  - Detention Review Summary Form

- South Texas Family Residential Center (TX) - June 25, 2019
  - Compliance Inspection Report

## ● May 2019

- Baker County Detention Center (FL) - May 31, 2019
  - Cover Letter
  - Detention Review Summary Form

- Bristol County Jail and House of Correction (MA) - May 16, 2019
  - Cover Letter
  - Detention Review Summary Form

- Cibola County Correctional Center (NM) - May 9, 2019
  - Cover Letter
  - Detention Review Summary Form

- Clay County Jail (IN) - May 31, 2019
  - Cover Letter
  - Detention Review Summary Form

- Hudson County Corrections and Rehabilitation Center (NJ) - May 9, 2019
  - Cover Letter
  - Detention Review Summary Form

- Northwest Detention Center (WA) - May 16, 2019
  - Cover Letter
  - Detention Review Summary Form

- Stewart Detention Center (GA) - May 9, 2019
  - Cover Letter
  - Detention Review Summary Form

- Suffolk County House of Correction (MA) - May 16, 2019
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

➕ **April 2019**

- Buffalo (Batavia) Service Processing Center (NY) - April 4, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Dodge County Detention Facility (WI) - April 18, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Florence Service Processing Center (AZ) - April 11, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Freeborn County Adult Detention Center (MN) - April 18, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Jerome Combs Detention Center (IL) - April 11, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Orange County Jail (NY) - April 18, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Pike County Correctional Facility (PA) - April 25, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Pine Prairie ICE Processing Center (LA) - April 25, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Donald W. Wyatt Detention Facility (RI) - April 11, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

➕ **March 2019**

- Boone County Jail (KY) - March 7, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Calhoun County Correctional Center (MI) - March 7, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Chippewa County Correctional Facility (MI) - March 29, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form
- Glades County Detention Center (FL) - March 14, 2019
  - ○ Cover Letter
  - ○ Detention Review Summary Form

EXHIBIT 6

- Northeast Ohio Correctional Center (OH) - March 21, 2019
  - Cover Letter
  - Detention Review Summary Form
- Pulaski County Detention Center (IL) - March 14, 2019
  - Cover Letter
  - Detention Review Summary Form
- Rio Grande Detention Center (TX) - March 14, 2019
  - Cover Letter
  - Detention Review Summary Form
- Tulsa County Jail (David L. Moss Criminal Justice Center) (OK) - March 14, 2019
  - Final Recommendation
  - See the January 2019 entry for the initial reports

## ⊕ February 2019

- Allen Parish Detention Facility (LA) - Feb. 14, 2019
  - Cover Letter
  - Detention Review Summary Form
- Bergen County Jail (NJ) - Feb. 28, 2019
  - Cover Letter
  - Detention Review Summary Form
- Brooks County Detention Center (TX) - Feb. 21, 2019
  - Cover Letter
  - Detention Review Summary Form
- Eloy Detention Center (AZ) - Feb. 7, 2019
  - Cover Letter
  - Detention Review Summary Form
- Immigration Centers of America - Farmville (VA) - Feb. 28, 2019
  - Cover Letter
  - Detention Review Summary Form
- Krome SPC (FL) - Feb. 14, 2019
  - Cover Letter
  - Detention Review Summary Form
- Morgan County Adult Detention Center (MO) - Feb. 21, 2019
  - Cover Letter
  - Detention Review Summary Form
- Prairieland Detention Center (TX) - Feb. 14, 2019
  - Cover Letter
  - Detention Review Summary Form
- South Texas Detention Complex (TX) - Feb. 28, 2019
  - Cover Letter
  - Detention Review Summary Form
- Webb County Detention Center (TX) - Feb. 7, 2019
  - Cover Letter

EXHIBIT 6

Detention Review Summary Form

## ⊕ January 2019

- Bossier Parish Corrections Center (LA) - Jan. 29 - 31, 2019
  - Cover Letter
  - Detention Review Summary Form
- Coastal Bend Detention Facility (TX) - Jan. 10, 2019
  - Cover Letter
  - Detention Review Summary Form
- Houston Contract Detention Facility (TX) - Jan. 10, 2019
  - Cover Letter
  - Detention Review Summary Form
- IAH Secure Adult Detention Facility (Polk) (TX) - Jan. 10, 2019
  - Cover Letter
  - Detention Review Summary Form
- Imperial Regional Detention Facility (CA) - Jan. 17, 2019
  - Cover Letter
  - Detention Review Summary Form
- Otay Mesa Detention Center (CA) - Jan. 25, 2019
  - Cover Letter
  - Detention Review Summary Form
- Otero County Processing Center (NM) - Jan. 31, 2019
  - Cover Letter
  - Detention Review Summary Form
- Port Isabel Service Processing Center (TX) - Jan. 31, 2019
  - Cover Letter
  - Detention Review Summary Form
- Tulsa County Jail (David L. Moss Justice Center) (OK) - Jan. 25, 2019
  - Cover Letter
  - Detention Review Summary Form

# 2018

## ⊕ December 2018

- El Paso Service Processing Center (TX) - Dec. 13, 2018
  - Cover Letter
  - Detention Review Summary Form
- El Valle Detention Facility (TX) - Dec. 6, 2018
  - Cover Letter
  - Detention Review Summary Form
- Kandiyohi County Jail (MN) - Dec. 6, 2018

EXHIBIT 6

- Cover Letter
- Detention Review Summary Form
- Morgan County Adult Detention Center (MO) - Dec. 6, 2018
  - Cover Letter
  - Detention Review Summary Form

- Montgomery Processing Center (TX) - Dec. 20, 2018
  - Cover Letter
  - Detention Review Summary Form

- Northern Oregon Correctional Facility (OR) - Dec. 13, 2018
  - Cover Letter
  - Detention Review Summary Form

- River Correctional Center (LA) - Dec. 6, 2018
  - Cover Letter
  - Detention Review Summary Form

- Strafford County Department of Corrections (DE) - Dec. 13, 2018
  - Cover Letter
  - Detention Review Summary Form

- Wakulla County Detention Facility (FL) - Dec. 13, 2018
  - Cover Letter
  - Detention Review Summary Form

## ⊕ November 2018

- Cache County Jail (UT) - Nov. 8, 2018
  - Cover Letter
  - Detention Review Summary Form

- Cambria County Prison (PA) - Nov. 8, 2018
  - Cover Letter
  - Detention Review Summary Form

- Sheriff Al Cannon Detention Center (SC) - Nov. 29, 2018
  - Cover Letter
  - Detention Review Summary Form

- Clinton County Correctional Facility (PA) - Nov. 8, 2018
  - Cover Letter
  - Detention Review Summary Form

- Geauga County Jail (OH) - Nov. 29, 2018
  - Cover Letter
  - Detention Review Summary Form

- Howard County Detention Center (MD) - Nov. 29, 2018
  - Cover Letter
  - Detention Review Summary Form

- Joe Corley Detention Facility (TX) - Nov. 16, 2018
  - Cover Letter
  - Detention Review Summary Form

- Sherburne County Jail (MN) - Nov. 16, 2018
  - Cover Letter

EXHIBIT 6

  - ○ <u>Detention Review Summary Form</u>
- Theo Lacy Facility (CA) - Nov. 8, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Yuba County Jail (CA) - Nov. 16, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

## ⊕ October 2018

- Adelanto ICE Processing Center-East (CA) - Oct. 11, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Adelanto ICE Processing Center-West (CA) - Oct. 11, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Clinton County Jail (NY) - Oct. 25, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Aurora ICE Processing Center (CO) - Oct. 4, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Douglas County Department of Corrections (NE) - Oct. 25, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Elizabeth Contract Detention Facility (NJ) - Oct. 12, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Marshall County Jail (IA) - Oct. 25, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- James A. Musick Facility (CA) - Oct. 18, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Okmulgee County Jail - Moore Detention Facility (OK) - Oct. 4, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- Seneca County Jail (OH) - Oct. 4, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

- York County Prison (PA) - Oct. 18, 2018
  - ○ <u>Cover Letter</u>
  - ○ <u>Detention Review Summary Form</u>

EXHIBIT 6

## ⊕ September 2018

- Albany County Correctional Facility (NY) - Sept. 27, 2018
  - Cover Letter
  - Detention Review Summary Form
- Cass County Jail (NE) - Sept. 13, 2018
  - Cover Letter
  - Detention Review Summary Form
- Essex County Correctional Facility (NJ) - Sept. 27, 2018
  - Cover Letter
  - Detention Review Summary Form
- Hardin County Jail (IA) - Sept. 13, 2018
  - Cover Letter
  - Detention Review Summary Form
- LaSalle ICE Processing Center (LA) - Sept. 27, 2018
  - Cover Letter
  - Detention Review Summary Form
- Willacy County Regional Detention Facility (TX) - Sept. 13, 2018
  - Cover Letter
  - Detention Review Summary Form

## ⊕ August 2018

- Central Arizona Florence Correctional Complex (AZ) - Aug. 30, 2018
  - Cover Letter
  - Detention Review Summary Form
- Johnson County Corrections Center (TX) - Aug. 23, 2018
  - Cover Letter
  - Detention Review Summary Form
- Monroe County Detention Center (FL) - Aug. 23, 2018
  - Cover Letter
  - Detention Review Summary Form
- Monroe County Inmate Dormitory (MI) - Aug. 16, 2018
  - Cover Letter
  - Detention Review Summary Form
- Polk County Jail (IA) - Aug. 2, 2018
  - Cover Letter
  - Detention Review Summary Form
- St. Clair County Jail (MI) - Aug. 9, 2018
  - Cover Letter
  - Detention Review Summary Form
- Washoe County Detention Center (NV) - Aug. 30, 2018
  - Cover Letter
  - Detention Review Summary Form

EXHIBIT 6

- West Texas Detention Facility (TX) - Aug. 9, 2018
  - Cover Letter
  - Detention Review Summary Form
- Worcester County Jail (MD) - Aug. 16, 2018
  - Cover Letter
  - Detention Review Summary Form

## ⊕ July 2018

- Chase County Detention Center (KS) - July 12, 2018
  - Cover Letter
  - Detention Review Summary Form
- East Hidalgo Detention Center (TX) - July 26, 2018
  - Cover Letter
  - Detention Review Summary Form
- Etowah County Jail (AL) - July 19, 2018
  - Cover Letter
  - Detention Review Summary Form
- Hall County Department of Corrections (NE) - July 12, 2018
  - Cover Letter
  - Detention Review Summary Form
- Henderson Detention Center (NV) - July 19, 2018
  - Cover Letter
  - Detention Review Summary Form
- Nevada Southern Detention Center (NV) - July 26, 2018
  - Cover Letter
  - Detention Review Summary Form

## ⊕ June 2018

- Atlanta City Detention Center (GA) - June 21, 2018
  - Cover Letter
  - Detention Review Summary Form
- Baker County Detention Center (FL) - June 1, 2018
  - Cover Letter
  - Detention Review Summary Form
- Clay County Jail (IN) - June 1, 2018
  - Cover Letter
  - Detention Review Summary Form
- Irwin County Detention Center (GA) - June 14, 2018
  - Cover Letter
  - Detention Review Summary Form
- Kenosha County Detention Center (WI) - June 7, 2018

EXHIBIT 6

- _Cover Letter_
  - _Detention Review Summary Form_
- Laredo Processing Center (TX) - June 7, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- McHenry County Adult Correctional Facility (IL) - June 14, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Mesa Verde Detention Facility (CA) - June 28, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Plymouth County Correctional Facility (MA) - June 14, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Tulsa County Jail (OK) - June 1, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_

## ➕ May 2018

- Bristol County Jail and House of Correction (MA) - May 10, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Caldwell County Detention Center (MO) - May 24, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Christian County Jail (MO) - May 24, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Cibola County Correctional Center (NM) - May 10, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Grand Forks County Correctional Facility (ND) - May 17, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Nobles County Jail (MN) - May 24, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Stewart Detention Center (GA) - May 3, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Suffolk County House of Correction (MA) - May 3, 2018
  - _Cover Letter_
  - _Detention Review Summary Form_
- Virginia Peninsula Regional Jail (VA) - May 17, 2018
  - _Cover Letter_

EXHIBIT 6

- Detention Review Summary Form
- San Luis Regional Detention Center (AZ) - May 3, 2018
    - Cover Letter
    - Detention Review Summary Form

Updated: 09/08/2023

**ADDRESS**

📍 500 12th St SW
Washington, DC 20536

📞 Report Crimes: Call 1-866-DHS-2-ICE

**RELATED INFORMATION**

🔗 ODO ICE Facility Inspections

📄 Dedicated and Non Dedicated Facility List

📄 Over-72-Hour ICE Detention Facilities

**INSPECTION WAIVERS**

📄 Inspection Waivers Master File

📄 Inspection Waivers (compressed file)

**About Us**

**Combating Transnational Crime**

**Immigration Enforcement**

**Newsroom**



     

**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the U.S. Department of Homeland Security**

About ICE

Accessibility

FOIA Requests

Privacy Policy

DHS.gov

Archive

No FEAR Act Data

Site Links

Performance Reports

Inspector General

The White House

DHS Components

USA.gov

**National Terrorism Advisory System**

EXHIBIT 6



The Nakamoto Group, Inc.

April 4, 2019

TO:          ████████████
             Assistant Director for Detention Management

FROM:        ████████████
             Lead Compliance Inspector
             The Nakamoto Group, Inc.

SUBJECT:     **Annual Detention Inspection of the Buffalo (Batavia) Service Processing Center**

The Nakamoto Group, Inc. performed an annual inspection for compliance with the ICE Performance-Based National Detention Standards (PBNDS 2011) of the Buffalo (Batavia) Service Processing Center in Batavia, NY, during the period of April 2-4, 2019. This is an SPC.

The inspection was performed under the guidance of ████████████, Lead Compliance Inspector. Team Members were:

| Subject Matter Field | Team Member |
|---|---|
| Security | ████████████ |
| Detainee Rights | ████████████ |
| Medical Care | ████████████ |
| Medical Care | ████████████ |
| Safety | ████████████ |

**Type of Inspection**

This is a scheduled annual inspection, which is performed to determine overall compliance with the ICE PBNDS 2011 for Over 72 hour facilities. The facility received a previous rating of Meets Standards during the March 2018 inspection.

**Inspection Summary**

The Buffalo (Batavia) Service Processing Center is currently accredited by:
- The American Correctional Association (ACA) - Yes
- The National Commission on Correctional Health Care (NCCHC) - Yes
- The Joint Commission (TJC) - No
- Prison Rape Elimination Act (PREA) - No

**Standards Compliance**

The following information is a summary of the standards that were reviewed and overall compliance that was determined as a result of the 2018 and 2019 PBNDS 2011 compliance annual inspections:

EXHIBIT 6



The Nakamoto Group, Inc.

| 2018 Annual Inspection | |
| --- | --- |
| Meets Standards | 42 |
| Does Not Meet Standard | 0 |
| Repeat Finding | 0 |
| Not Applicable | 0 |

| 2019 Annual Inspection | |
| --- | --- |
| Meets Standards | 42 |
| Does Not Meet Standard | 0 |
| Repeat Finding | 0 |
| Not Applicable | 0 |

The inspection team identified one (1) deficient component in the following one (1) standard:

Hold Rooms in Detention Facilities – 1, which is a priority component

**Facility Snapshot/Description**

The Buffalo (Batavia) Service Processing Center is owned and operated by Immigration and Customs Enforcement, and is located in Batavia, NY, approximately thirty miles east of the Buffalo-Niagara International Airport. A contracted security company supplies detention officers, detention supervisors and other staff. ████████████████████████████████████████████████████████████████████████████████████████████████████████

The facility is a single level structure. There are nine general population housing units; six contain dormitory beds and three contain cell housing. The three housing units with cell beds contain two cells designed for detainees with disabilities. Additionally, the facility has a special management unit (SMU) consisting of 32 single cells. Officers are posted in the housing units providing direct supervision.

The general population housing units have a dayroom area with tables, chairs, two televisions, telephones, a computer equipped with LexisNexis, electronic tablets equipped with games and music, board games, exercise equipment, a ping-pong table, microwave ovens, an ice machine with water, a toaster and a sufficient number of showers and wash basins. Detainees are provided access during daylight hours to an outdoor recreation yard attached to each housing unit. Detainees may participate in the voluntary work program.

The inspection team visited the housing units multiple times during the inspection and found the atmosphere to be calm. The facility employs the concepts of civil detention and all staff interviewed during the inspection were professional and well-versed in the requirements of the standards. Interactions between facility staff and detainees were observed to be professional and cordial. Sanitation throughout the facility was observed to be above average.

Detainees were relaxed and approached the inspectors without hesitation. Detainees were interviewed in groups or in a private, confidential setting. LEP detainees speaking languages other than Spanish were interviewed using a telephonic translation line. Spanish speaking detainees were interviewed by a bilingual inspector. All stated that they were being treated respectfully by contract security staff and ICE officers and all stated they felt safe at the facility. There were no complaints about recreation or law library access. The only complaints regarding food were about cereal being served for breakfast and a female detainee complained that she was vegetarian due to her religious beliefs and she was being served meat. The Safety SME followed up on the complaint and found that she has not spoken to the chaplain and requested a religious diet. The detainee was informed of the process required to receive the requested diet.

EXHIBIT 6



The Nakamoto Group, Inc.

Another female detainee complained that a number of topical pain relief ointments were confiscated from her during a random housing unit search. The Medical SME followed up on her complaint and found that medical staff had not prescribed the ointments and had no knowledge of how the detainee procured the ointments.

Detainees are not charged co-pay fees for medical, dental or mental health services. Medical care is provided by ICE Health Services Corp (IHSC).

Detainee telephone services are provided via the ICE national contract with Talton Communications, Inc. Food service, security services, mail, transportation, commissary and maintenance operations are all provided via a contract with Akima Global Services LLC.

**Areas of Concern/Significant Observations**

The inspection team identified one (1) deficient priority component:

**Hold Rooms in Detention Facilities**

*Priority Component #16:*  Officers closely supervise hold rooms through direct supervision to ensure.
- Continuous auditory monitoring,
- Visual monitoring at irregular intervals at least every 15 minutes,
- Constant surveillance of any detainee exhibiting signs of hostility, depression, or similar behaviors.

*Finding:*  No documentation was provided to verify that officers visually monitor the hold rooms every fifteen minutes on an irregular basis.

*Recommendation:* Officers should visually monitor detainees in the hold rooms every fifteen minutes on an irregular basis and the checks should be documented.

**Recommended Rating and Justification**

The Lead Compliance Inspector recommends that the facility receive a rating of Meets Standards. The facility complies with the ICE Performance-Based National Detention Standards (PBNDS) 2011. No (0) standards were found Does Not Meet Standards and no (0) standard was Not Applicable (N/A). All forty-two (42) standards were found to be in compliance.

**LCI Assurance Statement**

The findings of compliance and non-compliance are accurately and completely documented on the G-324 Inspection Form and are supported by documentation in the inspection file. An out brief was conducted at the facility and in addition to the entire Nakamoto Group, Inc. Inspection Team, the following were present:

- ICE Officials – ███████████████████████████████
  ███████████
- IHSC Staff - ██████████████████████████████████
  ████
- Facility Staff – █████████████ and numerous other staff

███████████████████████████████████

EXHIBIT 6



The Nakamoto Group, Inc.

████ , Lead Compliance Inspector          April 4, 2019
Printed Name of LCI                              Date

EXHIBIT 6

**Department Of Homeland Security**
**Immigration and Customs Enforcement**

Detention Review Summary Form
Facilities Used Over 72 hours

**A.  Type of Facility Reviewed**

- ☒ **ICE Service Processing Center**
- ☐ **ICE Contract Detention Facility**
- ☐ **ICE Intergovernmental Service Agreement**

**B.  Current Inspection**

| Type of Inspection |
|---|
| ☐ Field Office   ☒ HQ Inspection |
| Date[s] of Facility Review |
| 4/2/2019 - 4/4/2019 |

**C.  Previous/Most Recent Facility Review**

| Date[s] of Last Facility Review |
|---|
| 3/20/2018 - 3/22/2018 |
| Previous Rating |
| ☒ Meets Standards      ☐ Does Not Meet Standards |

**D.  Name and Location of Facility**

| |
|---|
| Name |
| Buffalo (Batavia) Service Processing Center |
| Address (Street and Name) |
| 4250 Federal Drive |
| City, State and Zip Code |
| Batavia, NY 14020 |
| County |
| Genesee |
| Name and Title of Facility Administrator (Warden/OIC/Superintendent) ████ |
| Telephone # (Include Area Code) |
| Field Office / Sub-Office (List Office with oversight responsibilities) Buffalo |
| Distance from Field Office |
| 30 miles |

**E.  ICE Information**

| |
|---|
| Name of Inspector (Last Name, Title and Duty Station) ████ / LCI/Security SME / / Nakamoto Group |
| Name of Team Member / Title / Duty Location ████ / Medical SME / Nakamoto Group |
| Name of Team Member / Title / Duty Location ████ / Safety SME / Nakamoto Group |
| Name of Team Member / Title / Duty Location ████ / Detainee Rights SME / Nakamoto Group |
| Name of Team Member / Title / Duty Location ████ / Medical SME / Nakamoto Group |

**F.  CDF/IGSA Information Only**

| Contract Number | Date of Contract or IGSA |
|---|---|
| Basic Rates per Man-Day | |
| Other Charges: (If None, Indicate N/A)   ;    ;    ; | |
| Estimated Man-days Per Year | |

**G.  Accreditation Certificates**

| List all State or National Accreditation[s] received: ACA and NCCHC |
|---|
| ☐ Check box if facility has no accreditation[s] |

**H.  Problems / Complaints  (Copies must be attached)**

| The Facility is under Court Order or Class Action Finding |
|---|
| ☐ Court Order    ☒ Class Action Order |
| The Facility has Significant Litigation Pending |
| ☐ Major Litigation    ☐ Life/Safety Issues |
| ☐ Check if None. |

**I.  Facility History**

| Date Built ████ |
|---|
| Date Last Remodeled or Upgraded ████ |
| Date New Construction / Bedspace Added |
| Future Construction Planned ☐ ████ ☒ Date: |

| Current Bedspace ████ | Future Bedspace (# New Beds only) Number:    Date: |
|---|---|

**J.  Total Facility Population**

| Total Facility Intake for previous 12 months ████ |
|---|
| Total ICE Mandays for Previous 12 months ████ |

**K.  Classification Level  (ICE SPCs and CDFs Only)**

| | L-1 | L-2 | L-3 |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

**L.  Facility Capacity**

| | Rated | Operational | Emergency |
|---|---|---|---|
| ████ | ████ | ████ | |

**M.  Average Daily Population**

| | ICE | USMS | Other |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

**N.  Facility Staffing Level**

| Security: ████ | Support: ████ |
|---|---|

**Significant Incident Summary Worksheet**

For The Nakamoto Group to complete its review of your facility, the following information <u>must be completed</u> prior to the scheduled review dates. The information on this form should contain data for the past twelve months in the boxes provided. The information on this form is used in conjunction with the ICE Detention Standards in assessing your Detention Operations against the needs of the ICE and its detained population. This form should be filled out by the facility prior to the start of any inspection. Failure to complete this section will result in a delay in processing this report and the possible reduction or removal of ICE' detainees at your facility.

| *Incidents* | *Description* | Jan – Mar | Apr – Jun | Jul – Sept | Oct – Dec |
|---|---|---|---|---|---|
| Assault: Offenders on Offenders[1] | Types (Sexual[2], Physical, etc.) | P | P | P | P |
| | With Weapon | 0 | 0 | 0 | 0 |
| | Without Weapon | 16 | 29 | 31 | 43 |
| Assault: Detainee on Staff | Types (Sexual Physical, etc.) | 0 | 0 | 0 | 0 |
| | With Weapon | 0 | 0 | 0 | 0 |
| | Without Weapon | 0 | 0 | 0 | 0 |
| Number of Forced Moves, incl. Forced Cell moves[3] | | 2 | 7 | 4 | 3 |
| Disturbances[4] | | 0 | 0 | 0 | 0 |
| Number of Times Chemical Agents Used | | 0 | 0 | 0 | 0 |
| Number of Times Special Reaction Team Deployed/Used | | 0 | 0 | 0 | 0 |
| # Times Four/Five Point Restraints applied/used | Number/Reason (M=Medical, V=Violent Behavior, O=Other) | 0 | M-2 | M-1 | 0 |
| | Type (C=Chair, B=Bed, BB=Board, O=Other) | 0 | C | C | 0 |
| Number of Times Canines Used in Facility | | 0 | 0 | 0 | 0 |
| Offender / Detainee Medical Referrals as a result of injuries sustained. | | 0 | 0 | 0 | 0 |
| Escapes | Attempted | 0 | 0 | 0 | 0 |
| | Actual | 0 | 0 | 0 | 0 |
| Grievances: | # Received | 80 | 90 | 75 | 85 |
| | # Resolved in favor of Offender/Detainee | 76 | 90 | 73 | 84 |
| Deaths | Reason (V=Violent, I=Illness, S=Suicide, A=Attempted Suicide, O=Other) | 0 | 0 | 0 | 0 |
| | Number | 0 | 0 | 0 | 0 |
| Psychiatric / Medical Referrals | # Medical Cases referred for Outside Care | 260 | 348 | 358 | 405 |
| | # Psychiatric Cases referred for Outside Care | 16 | 4 | 2 | 4 |

---

[1]    Any attempted physical contact or physical contact that involves two or more offenders
[2]    Oral, anal or vaginal penetration or attempted penetration involving at least 2 parties, whether it is consenting or non-consenting
[3]    Routine transportation of detainees/offenders is not considered "forced"
[4]    Any incident that involves four or more detainees/offenders, includes gang fights, organized multiple hunger strikes, work stoppages, hostage situations, major fires, or other large scale incidents.

| DHS/ICE Detention Standards Review Summary Report | | | | | |
|---|---|---|---|---|---|
| **1. Meets Standards   2. Does Not Meet Standards  3.Repeat Finding  4. Not Applicable** | | 1 | 2 | 3 | 4 |
| **PART 1 SAFETY** | | | | | |
| 1 | Emergency Plans | ☒ | ☐ | ☐ | |
| 2 | Environmental Health and Safety | ☒ | ☐ | ☐ | |
| 3 | Transportation (By Land) | ☒ | ☐ | ☐ | ☐ |
| **PART 2 SECURITY** | | | | | |
| 4 | Admission and Release | ☒ | ☐ | ☐ | |
| 5 | Classification System | ☒ | ☐ | ☐ | |
| 6 | Contraband | ☒ | ☐ | ☐ | |
| 7 | Facility Security and Control | ☒ | ☐ | ☐ | |
| 8 | Funds and Personal Property | ☒ | ☐ | ☐ | ☐ |
| 9 | Hold Rooms in Detention Facilities | ☒ | ☐ | ☐ | |
| 10 | Key and Lock Control | ☒ | ☐ | ☐ | |
| 11 | Population Counts | ☒ | ☐ | ☐ | |
| 12 | Post Orders | ☒ | ☐ | ☐ | |
| 13 | Searches of Detainees | ☒ | ☐ | ☐ | |
| 14 | Sexual Abuse and Assault Prevention and Intervention | ☒ | ☐ | ☐ | |
| 15 | Special Management Units | ☒ | ☐ | ☐ | |
| 16 | Staff-Detainee Communication | ☒ | ☐ | ☐ | |
| 17 | Tool Control | ☒ | ☐ | ☐ | |
| 18 | Use of Force and Restraints | ☒ | ☐ | ☐ | |
| **PART 3 ORDER** | | | | | |
| 19 | Disciplinary System | ☒ | ☐ | ☐ | |
| **PART 4 CARE** | | | | | |
| 20 | Food Service | ☒ | ☐ | ☐ | |
| 21 | Hunger Strikes | ☒ | ☐ | ☐ | |
| 22 | Medical Care | ☒ | ☐ | ☐ | |
| 23 | Personal Hygiene | ☒ | ☐ | ☐ | |
| 24 | Suicide Prevention and Intervention | ☒ | ☐ | ☐ | |
| 25 | Terminal Illness, Advance Directives, and Death | ☒ | ☐ | ☐ | |
| **PART 5 ACTIVITIES** | | | | | |
| 26 | Correspondence and Other Mail | ☒ | ☐ | ☐ | |
| 27 | Escorted Trips for Non-Medical Emergencies | ☒ | ☐ | ☐ | ☐ |
| 28 | Marriage Requests | ☒ | ☐ | ☐ | ☐ |
| 29 | Recreation | ☒ | ☐ | ☐ | |
| 30 | Religious Practices | ☒ | ☐ | ☐ | |
| 31 | Telephone Access | ☒ | ☐ | ☐ | |
| 32 | Visitation | ☒ | ☐ | ☐ | |
| 33 | Voluntary Work Program | ☒ | ☐ | ☐ | ☐ |
| **PART 6 JUSTICE** | | | | | |
| 34 | Detainee Handbook | ☒ | ☐ | ☐ | |
| 35 | Grievance System | ☒ | ☐ | ☐ | |
| 36 | Law Libraries and Legal Material | ☒ | ☐ | ☐ | |
| 37 | Legal Rights Group Presentations | ☒ | ☐ | ☐ | |
| **PART 7 ADMINISTRATION & MANAGEMENT** | | | | | |
| 38 | Detention Files | ☒ | ☐ | ☐ | |
| 39 | News Media Interviews and Tours | ☒ | ☐ | ☐ | |
| 40 | Staff Training | ☒ | ☐ | ☐ | |
| 41 | Transfer of Detainees | ☒ | ☐ | ☐ | |

Form G-324 Rev (Rev 9/2/08)

EXHIBIT 6

**LCI Review Assurance Statement**

By signing below, the Lead Compliance Inspector (LCI) certifies that all findings of noncompliance with policy or inadequate controls contained in the Inspection Report are supported by evidence that is sufficient and reliable.  Furthermore, findings of noteworthy accomplishments are supported by sufficient and reliable evidence.  Within the scope of the review, the facility is operating in accordance with applicable law and policy, and property and resources are efficiently used and adequately safeguarded, except for the deficiencies noted in the report.

| Lead Compliance Inspector:  (Print Name) | Signature |
|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| Title & Duty Location | Date |
| Lead Compliance Inspector/Security SME, The Nakamoto Group, Inc. | 4/4/2019 |

**Team Members**

| Print Name, Title, & Duty Location | Print Name, Title, & Duty Location |
|---|---|
| ▮▮▮▮▮▮, Medical SME, The Nakamoto Group, Inc. | ▮▮▮▮▮▮ Safety SME, The Nakamoto Group, Inc. |
| Print Name, Title, & Duty Location | Print Name, Title, & Duty Location |
| ▮▮▮▮▮▮, Detainee Rights SME, The Nakamoto Group, Inc. | ▮▮▮▮▮▮, Medical SME, The Nakamoto Group, Inc. |

**Recommended Rating:**      ☒ **Meets Standards**
                             ☐ **Does Not Meet Standards**

Comments:        This inspection was conducted to determine the overall compliance with the ICE Performance-Based National Detention Standards (PBNDS) 2011. The following are the PBNDS 2011 additions/changes to the standards listed on page three:

- Medical Care (Women), a new standard, was rated Meets Standard;
- Classification System is now titled Custody Classification System;
- Suicide Prevention and Intervention is now titled Significant Self-Harm and Suicide Prevention and Intervention;
- Escorted Trips for Non-Medical Emergencies is now titled Trips for Non-Medical Emergencies;
- News Media Interviews and Tours is now titled Interviews and Tours;
- Transfer of Detainees is now titled Detainee Transfers

The facility had one allegation of sexual abuse/assault since the previous inspection. The allegation involved detainee-on-detainee assault. The allegation was reported and investigated promptly and appropriately. The allegation was determined to be unsubstantiated.

There were seven detainee hunger strikes since the previous inspection. The review of detainee health records confirmed compliance with facility and medical hunger strike policies. None of the detainees required involuntary evaluation, treatment, or feeding.

There have been no deaths or serious suicide attempts during this inspection period.

The use of Tasers is not permitted. The facility does not use canines. The only chemical agent approved for use is oleoresin capsicum/pepper spray (OC) which is only carried by trained officers working an armed post.

During this inspection period there were nine incidents involving calculated use of force. Two incidents involved detainees who were threatening self-harm and refused orders to stop and exit their cells. One incident involved a detainee who was attempting to damage his cell in SMU and refused orders to stop. One incident involved a detainee who refused to comply with repeated orders to return a disposable razor. Two incidents involved detainees who were spreading feces on the cell windows and exhibiting other bizarre behavior. Both detainees refused orders to exit their cells. Three incidents involved detainees who refused to comply with repeated orders to exit their cells. Two of the three detainees were male and the other was a female. Medical staff were consulted prior to each calculated use of force and were present during the cell extractions.  There were eleven incidents involving immediate use of force. Seven incidents involved detainees who refused to comply with orders from officers and became combative. Three incidents involved detainees who were attempting to harm themselves and had to be restrained. All three detainees were placed in the restraint chair. One incident involved a detainee who was threatening the officers and other detainees with a mop handle. The detainee was restrained and removed from the area. No detainees were injured in any of the incidents. One incident resulted in a minor injury to an officer. All reports were reviewed and it was noted that all reports were complete and had been reviewed by the use of force committee and it had been determined that all uses of force were within policy and the standard.



The Nakamoto Group, Inc.

August 26, 2021

TO:            ███████████  Acting Assistant Director Custody Management

FROM:        ██████████  Lead Compliance Inspector
               The Nakamoto Group, Inc.

SUBJECT:     **Annual Detention Inspection of the Buffalo Federal Detention Facility**

The Nakamoto Group, Inc. performed an annual hybrid inspection for compliance with the ICE Performance Based National Detention Standards (PBNDS 2011) of the Buffalo Federal Detention Facility in Batavia, New York during the period of August 24-26, 2021. This is an SPC.

The inspection was performed under the guidance of Lead Compliance ███████ Team Members were:

| Subject Matter Field | Team Member |
|---|---|
| Detainee Rights | ██████████ |
| Security | |
| Medical Care | |
| Medical Care | |
| Safety | |

**Type of Inspection**
This is a scheduled annual inspection which is performed to determine overall compliance with the ICE PBNDS 2011 for Over 72 hour facilities. The facility received a previous rating of Meets Standards during the 2020 annual inspection which was conducted in March 2021 due to COVID-19 cancellations.

**Inspection Summary**
The Buffalo Federal Detention Facility is currently accredited by:
- The American Correctional Association (ACA) - Yes
- The National Commission on Correctional Health Care (NCCHC) - Yes
- The Joint Commission (TJC) - No
- Prison Rape Elimination Act (PREA) - Yes

**Standards Compliance**
The following information is a summary of the standards that were reviewed and overall compliance that was determined as a result of the 2020 (conducted March 2021) and 2021 PBNDS 2011 compliance annual inspections:

EXHIBIT 6



The Nakamoto Group, Inc.

| 2020 Annual Inspection | |
| --- | --- |
| Meets Standards | 42 |
| Does Not Meet Standard | 0 |
| Repeat Finding | 0 |
| Not Applicable | 1 |

| 2021 Annual Inspection | |
| --- | --- |
| Meets Standards | 41 |
| Does Not Meet Standard | 0 |
| Repeat Finding | 0 |
| Not Applicable | 2 |

There were no deficient components identified during this inspection.

**Facility Snapshot/Description**
The Buffalo Federal Detention Facility is owned and operated by Immigration and Customs Enforcement and is located in the northern outskirts of Batavia, New York in a primarily commercial area. The direct supervision facility houses adult male ICE detainees of all custody levels. ██████████████████
██████████████████████████████████████████████

The facility is a single level structure, save the two-leveled tiers in the housing units. There are nine general population housing units; six dormitories and three cellblocks. Three of the housing units contain two cells each designed for detainees with disabilities. Additionally, the facility has a special management unit (SMU) consisting of 32 single cells. The special management unit was under COVID-19 quarantine during the inspection.

The general population housing unit dayrooms are furnished with tables, chairs, televisions, telephones, a computer equipped with LexisNexis, electronic tablets programmed with games and music, board games, and exercise equipment such as pull-up bars, exercise bikes, and eliptical machines. Detainees are provided access to an outdoor recreation yard attached to each housing unit which they may frequent from dawn until dusk weather permitting. The facility has a gymnasium for basketball and cardiovascular exercises. The gymnasium is not currently being used due to COVID-19 restrictions. The outdoor recreation hours allotted for detainees in both the general and SMU population meets the benchmark for optimum compliance.

Facility staff were professional in appearance and demeanor, and most possess a working knowledge of the standards as they apply to their individual duties. Interactions between staff and detainees, and among detainees in the housing units, appeared relaxed.

The inspection team conducted no less than 35 detainee interviews including ten formal interviews. Several LEP detainees were interviewed as well. A few detainees stated that they were not permitted to visit; however, visitation is being offered. The detainees were referred to the visitation information in the handbooks and on the bulletin boards to access visitation. A few detainees stated that they did not get enough food. The safety SME confirmed that the portions and caloric content of the meals were within the requirements of the standards. Seven detainees stated that the commissary prices were too high. Commissary prices are not addressed in the standards. A number of detainees complimented the food, and the general sentiment is that they are treated with respect at this facility.

LEP detainees gave no indications, nor made any claims, that they were not safe. They further did not complain about any issues with access to services or communication in the housing units; although, the housing unit officers indicated that they seldom utilize the language line with LEP detainees. The officers stated that they communicate through other detainees. As none of the information announced in the housing units is confidential ostensibly there is no conflict with the standards; however, the resulting conver-

EXHIBIT 6



The Nakamoto Group, Inc.

sations when a detainee responds or approaches an officer for assistance, and does so through another detainee, could in fact raise issues of confidentiality, HIPPA, etc.

Detainees are not charged a co-pay for any health services. Medical care is provided by ICE Health Services Corp (IHSC). Akima Global Services, LLC provides security, food service, and laundry staff. Chenega Facilities Management provides maintenance services.

**Areas of Concern/Significant Observations**
The inspection was conducted as a hybrid. Four inspectors were onsite and one inspector worked remotely.

Of note is that the facility achieves optimum compliance in regards to outdoor recreation time; SMU recreation time; retention of physical response documentation; NCCHC accreditation; adequate space and staff for tele-health systems; prevention, treatment, and therapeutic aftercare for suicidal detainees within NCCHC Standards; medical care for terminally ill within NCCHC Standards; opportunity to access the law library at least fifteen hours per week; wireless headsets for television viewing offered to detainees; and at least one telephone for every ten detainees.

**Recommended Rating and Justification**
The Lead Compliance Inspector recommends that the facility receive a rating of Meets Standards unless unobserved practices and conditions are contrary to what was reported to the inspection team. The facility complies with the ICE Performance-Based National Detention Standards (PBNDS) 2011. No (0) standards were found Does Not Meet Standards and two (2) standards were Not Applicable (N/A). All remaining forty-one (41) standards were found to Meet Standards.

**LCI Assurance Statement**
The findings of compliance and non-compliance are accurately and completely documented on the G-324 Inspection Form and are supported by documentation in the inspection file. An out brief was conducted and in addition to the entire Nakamoto Group, Inc. Inspection Team, the following participated:

- ICE Officials - ███████████████████████████████████
  ████████████████████████████████████████████

- Facility Staff - ██████████████████████████████████
  ████████████████████████████████████████

██████████                              August 26, 2021
─────────────                           ──────────────────
Printed Name of LCI                     Date

███████████████████████████████████████████

EXHIBIT 6

**Department of Homeland Security**
Immigration and Customs Enforcement: Office of Enforcement and Removal Operations

*U.S. Immigration and Customs Enforcement*



**Facility Significant Incident Summary (SIS)**

| Facility Information | | |
|---|---|---|
| **Facilty Name:** | Buffalo Federal Detention Facilityy | |
| **Name of Facility Administrator:** | ███████████████ | |
| **Facility Operator:** | Akima Global Services | |
| **Date Current Contract Started\*:** | ███████ | **Contract Number:** | ████████ |

| Inspection Information | | | | |
|---|---|---|---|---|
| **Current Inspection Dates\*:** | From: | 08/24/2021 | To: | 08/26/2021 |
| **Recommended Rating:** | Meets Standards | | | |
| **Previous Inspection Completion Date\*:** | 03/11/2021 | | | |
| **Previous Rating:** | Meets Standards | | | |
| **SIS Comments:** | No Final Reports on Recent PBNDS, PREA, ODO and NCCHC Audits | | | |

| ICE HQ USE ONLY: *(Do Not Edit)* | | | |
|---|---|---|---|
| **Form Key:** | 33 | **Revision Date:** | 10/17/2019 |
| **Notes:** | | | |

\*please enter dates in format MM/DD/YYYY

Form G-324A SIS

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement

**Facility SIS**

| A: Accreditation Certificates | | | |
|---|---|---|---|
| Does the facility have accreditation(s)? | Yes | | |
| Type of Accreditation: | | | |
| American Correctional Association( ACA) | Yes | *Date of Last: | 08/21/2017 |
| National Commision on Correctional Health Care (NCCHC) | Yes | *Date of Last: | 06/30/2021 |
| Joint Commission on Healthcare | No | *Date of Last: | |
| Department of Justice Prison Rape Elimination Act (PREA) | Yes | *Date of Last: | 06/08/2021 |
| If there are other accreditations list here: | *Waiting on results from PREA and NCCHC | | |

| B: Legal Action(s) (Copies must be attached) | |
|---|---|
| The Facility is under Court Order or Class Action Finding: | Class Action Order |
| The Facility has Significant Litigation Pending: | Life/Safety Issues |

| C: Facility History | | | |
|---|---|---|---|
| *Date Built: | ■ | *Date of Last Remodel or Upgrade: | ■ |
| Future Construction Planned? | ■ | *Future Construction Date if Applicable: | |
| Current Bedspace: | ■ | | |
| Future ICE Bedspace (# New Beds only): | ■ | *Date Future ICE Bedspace Available: | |
| Curent Total Bedspace: | ■ | | |
| Future Total Bedspace (# New Beds only): | ■ | *Date Future Total Bedspace Available: | |

| D: Total Facility Population | |
|---|---|
| Total Facility Intake for Previous 12 Months: | ■ |
| Total ICE Intake for Previous 12 Months: | ■ |
| Total ICE Mandays for Previous 12 Months: | ■ |

| E: Number of Beds by Classification Level (ICE Beds Only) | | | | | |
|---|---|---|---|---|---|
| Type: | L-1 (Low) | L-2 (Medium) | L-3 (High) | Medical | Segregation |
| Adult Male | ■ | ■ | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ | ■ | ■ |

| F: ICE Facility Capacity | | | |
|---|---|---|---|
| Type: | Rated | Operational | Emergency |
| Adult Male | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ |

Form G-324A Facilty SIS  *please enter dates in format MM/DD/YYYY

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                    **Facility SIS**

### G: Total Facility Capacity

| Type: | Rated | Operational | Emergency |
|---|---|---|---|
| Adult Male | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ |
| Does Facility hold Juveniles Offenders 16 and Older as Adults?: | No | | |

### H: Average Daily Population

| Type: | ICE | USMS | Other (i.e. Local Jail Inmates) |
|---|---|---|---|
| Adult Male | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ |

### I: Facility Staffing Levels

| | Number Currently |
|---|---|
| Authorized Correctional/Security Positions (FTE): | ■ |
| Correctional/Security Position(s) Vacant: | ■ |
| Authorized Medical Staff Positions (FTE): | ■ |
| Medical Staff Position(s) Vacant: | ■ |
| Authorized Non-Correctional Positions (FTE): | ■ |
| Non-Correctional Position(s) Vacant: | ■ |
| | Number in the Previous 12 Months |
| Correctional/Security Staff Who Left Employment: | ■ |
| Correctional/Security Staff Hired: | ■ |
| Medical Staff Who Left Employment: | ■ |
| Medical Staff Hired: | ■ |
| Number of Non-Correctional Staff Who Left Employment: | ■ |
| Number of Non-Correctional Staff Hired: | ■ |

Form G-324A Facilty SIS   *please enter dates in format MM/DD/YYYY

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                    **Facility SIS**

### *Facility Incidents*

The following information <u>must be completed</u> prior to the scheduled inspection dates. The information on this form is used in conjunction with the ICE Detention Standards in assessing your Detention Operations against the needs of ICE and its detained population. Failure to provide this information will delay the processing of this report and possibly reduce the number of detainees at your facility and/or could lead to possible sanctions.

Complete the following items for each month going back the previous 12 months in the boxes provided below. For example, if the inspection is on May 3, 2019, then the months that should be filled out should be from May 2018 through April 2019.
- Definitions are included in Appendix A.
- The majority of the items below pertain to ICE detainees only, as identified in the headings for each category. The only items which include non-ICE detainees (e.g. local/state/or other Federal inmates) are sexual assault allegations (marked with an *) and the items on Page 7 (i.e. deaths, segregation, critical incidents and contraband).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Physical Assaults/Fights (ICE Only)** | | | | | | | | | | | | |
| Detainee physical assault on staff – with serious injury | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Detainee physical assault on staff – no serious injury | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Detainee on detainee physical assault/fight – with serious injury | | | 0 | 0 | 0 | 1 | 0 | | | | | |
| Detainee on detainee physical assault/fight – no serious injury | | | 0 | 1 | 0 | 5 | 1 | | | | | |
| **Disciplinary (ICE Only)** | | | | | | | | | | | | |
| Disciplinary infractions | | | 10 | 14 | 8 | 16 | 10 | | | | | |
| Disciplinary infractions - Guilty | | | 10 | 14 | 8 | 16 | 10 | | | | | |
| Disciplinary appeals | | | 0 | 3 | 5 | 5 | 0 | | | | | |
| Disciplinary appeals found in favor of detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sanctions over 60 days | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Special Housing Units (ICE Only)** | | | | | | | | | | | | |
| Detainees placed in administrative segregation | | | 24 | 33 | 54 | 90 | 117 | | | | | |
| Detainees placed in disciplinary segregation | | | 5 | 10 | 5 | 10 | 5 | | | | | |
| Detainees placed in segregation for medical reasons | | | 22 | 2 | 1 | 8 | 8 | | | | | |
| Detainees placed in segregation for mental health reasons | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Use of Force/Restraints/Strip Searches (ICE Only)** | | | | | | | | | | | | |
| Immediate use of force incidents | | | 0 | 0 | 0 | 1 | 0 | | | | | |
| Calculated use of force incidents | | | 0 | 0 | 0 | 0 | 1 | | | | | |
| Uses of force with chemical agents | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Incidents where non-lethal weapons were used | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Number of times 4/5 point restraints were used (e.g. restraint chair or bed) | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Use of force with serious injury | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Strip Searches | | | 18 | 31 | 47 | 63 | 29 | | | | | |

Page **4** of **9**

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                                          **Facility SIS**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sexual Abuse and Assault Allegations** | | | | | | | | | | | | |
| Sexual abuse allegations – detainee on detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| *Sexual abuse allegations – inmate on detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| *Sexual abuse allegations – detainee on inmate | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sexual abuse allegations – staff/contractor/volunteer on detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Number of sexual abuse allegations – detainee on staff/contractor/volunteer | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Substantiated Sexual Assault Allegations** | | | | | | | | | | | | |
| Sexual abuse allegations – detainee on detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| *Sexual abuse allegations – inmate on detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| *Sexual abuse allegations – detainee on inmate | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sexual abuse allegations – staff/contractor/volunteer on detainee | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Number of sexual abuse allegations – detainee on staff/contractor/volunteer | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Medical (ICE Only)** | | | | | | | | | | | | |
| Detainees in medical observation | | | 22 | 2 | 1 | 8 | 8 | | | | | |
| Detainees in mental health observation | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Infectious diseases reported (e.g. TB) | | | 23 | 21 | 17 | 12 | 26 | | | | | |
| Infectious diseases confirmed | | | 23 | 21 | 17 | 12 | 26 | | | | | |
| Outside medical referrals | | | 21 | 59 | 48 | 65 | 57 | | | | | |
| Detainees transported to off-site hospitals for emergency care | | | 6 | 9 | 6 | 11 | 14 | | | | | |
| Admissions to off-site hospitals for medical reasons | | | 0 | 0 | 0 | 1 | 1 | | | | | |
| Admissions to off-site hospitals for mental health reasons | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sick call requests | | | 195 | 272 | 220 | 264 | 440 | | | | | |
| Sick call encounters | | | 164 | 218 | 204 | 247 | 440 | | | | | |
| Suicide watches/constant watch/mental health observation | | | 1 | 1 | 0 | 2 | 0 | | | | | |
| Suicide attempts (or self harm) | | | 1 | 1 | 0 | 1 | 0 | | | | | |
| Hunger strikes | | | 15 | 12 | 3 | 3 | 1 | | | | | |

Form G-324A Facilty SIS  *please enter dates in format MM/DD/YYYY

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                                    **Facility SIS**

| For the Past Year: | | Number of ICE Detainees | Number of Non-ICE Inmates |
|---|---|---|---|
| **Causes of Death** | Natural | 0 | 0 |
| | Homicide | 0 | 0 |
| | Suicide | 0 | 0 |
| | Other | 0 | 0 |
| **Segregation** | Number of administrative segregation stays over 60 days | 4 | 0 |
| | Number of disciplinary segregation stays over 60 days | 0 | 0 |
| **Contraband** | Weapons confiscated | 0 | 0 |
| | Drugs (or paraphernalia) confiscated | 0 | 0 |
| | Cell phones confiscated | 0 | 0 |

| For the Past Year: | | Number of ICE Detainees | Number of Non-ICE Inmates | Total Number of Incidents (or events) |
|---|---|---|---|---|
| **Critical Incidents** | Attempted escapes | 0 | 0 | 0 |
| | Successful escapes | 0 | 0 | 0 |
| | Hostage situations | 0 | 0 | 0 |
| | Work stoppages | 0 | 0 | 0 |
| | Major Disturbances involving four or more detainees/offenders* | 0 | 0 | 0 |
| | Total number of grievances filed | 232 | 0 | 232 |

*includes gang fights, organized hunger strikes, work stoppages, hostage situations, major fires, or other large-scale incidents

Form G-324A Facilty SIS  *please enter dates in format MM/DD/YYYY

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement

**Facility SIS**

| Grievances (ICE Only) | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Safety: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sanitation: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Medical: | # filed | | | 8 | 10 | 6 | 20 | 7 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Property: | # filed | | | 1 | 2 | 2 | 7 | 4 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 1 | 0 | | | | | |
| Staff misconduct: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Use of force: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Food: | # filed | | | 3 | 5 | 3 | 0 | 4 | | | | | |
| | # Substantiated | | | 0 | 1 | 0 | 0 | 1 | | | | | |
| Sexual abuse or assault: | # filed | | | 2 | 0 | 1 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Law library: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Mail/Correspondence: | # filed | | | 0 | 0 | 0 | 2 | 3 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Segregation Placements: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Disciplinary: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Visitation: | # filed | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| | # Substantiated | | | 0 | 0 | 0 | 0 | 0 | | | | | |
| Other: | # filed | | | 18 | 28 | 20 | 53 | 23 | | | | | |
| | # Substantiated | | | 2 | 4 | 2 | 5 | 0 | | | | | |

Form G-324A Facilty SIS  *please enter dates in format MM/DD/YYYY

EXHIBIT 6

## APPENDIX A - Definitions

**Administrative segregation:** A non-punitive form of separation from the general population to ensure the safety of detainees or others, the protection of property, or the security or good order of the facility, as determined by a facility administrator or supervisor. Administrative segregation may be available, among other reasons, for detainees awaiting investigations or hearings for violations of facility rules, detainees scheduled for release, removal, or transfer within 24 hours, and, under more limited circumstances, detainees who require protective custody or separation from the general population for medical reasons.

**Attempted Escape:** a detainee or an inmate did something that was a substantial step toward escaping from custody, mere preparation would not be considered a substantial step toward committing the crime of attempted escape. A person missing a count because they were not in the specified location during the count, but are still on the grounds of the facility should not be counted as an attempted escape. Some examples of attempted escape are an overt act to break out of custody, such as trying to break free from an escorting Officer when at an outside clinic or damaging facility plant features to gain access to the outside (i.e. tunneling, scraping bars or walls to create egress).

**Average daily population (ADP):** The average daily population is based on the Manday count. For every detainee in a facility for the midnight count corresponds to one Manday. The ADP is the number of Mandays for a given time period, divided by the number of days in that time period.

**Calculated use of force:** Calculated use of force occurs in situations where the detainee is disruptive and is not complying with verbal directions. If a detainee is in a location where there is no immediate threat to the detainee or others (for example, a locked cell or range), staff shall take the time to assess the possibility of resolving the situation without resorting to force. Calculated use of force typically involves specially trained staff and needs to be authorized in advance by the facility administrator (or designee).

**Chemical use of force:** The use of chemical agents, such as pepper spray, to temporarily immobilize or incapacitate a detainee in order to bring a situation under control.

**Detainee physical assault on staff:** This includes one or more detainees engaging in an act of violence against a staff member(s) with the intention to harm through force or violence. The item labeled with serious injury required urgent/immediate medical attention and restricted usual activities for the staff member(s).

**Disciplinary infractions:** Enter the number of charges for each month, not the number of detainees charged. For example, if one incident incurred five charges, enter five not one. This is also the case for disciplinary infractions found guilty.

**Disciplinary segregation:** A punitive form of separation from the general population used for disciplinary reasons that is available only after a formal finding that the detainee is guilty of a serious prohibited act or rule violation.

**Facility operator:** This can be either a public or private entity, such as GEO, CoreCivic or a Sheriff etc.

**Four/five point restraints:** A restraint system that confines an individual to a bed, bunk or restraint chair in either a

EXHIBIT 6

supine or prone position.

**Formal grievance:** A written complaint by a detainee regarding custody treatment, medial treatment, policies and procedures, or other unsatisfactory conditions of confinement.

**Hunger strike:** A voluntary fast undertaken as a means of protest or manipulation, regardless if the detainee actually declares that he or she is on a hunger strike. Staff are required to refer any detainee who is observed to have not eaten for 72 hours for medical evaluation and monitoring.

**Immediate use of force:** This occurs when staff must respond without delay to a situation because a detainee's behavior constitutes a serious and immediate threat to self, staff, another detainee, property, or the security and orderly operation of the facility.

**Manday(s):** A measure of bed space use by detainees. The Manday count is based on whether a detainee is in the facility for the midnight count. For every detainee in a facility for the midnight count, that corresponds to one Manday. The book-in day is counted as a manday. The book-out day is not counted as a manday. A detainee may occupy two mandays on one calendar day if he is booked-in and booked-out from one facility and booked in at another facility on the same day.

**Non-lethal weapons:** Examples of non-lethal weapons are a collapsible steel baton, a straight or riot baton, taser or impact munitions. Do not include OC (pepper spray) under the use of force and restraints: incidents where non-lethal weapons were used; OC (pepper spray) should be counted under the uses of force with chemical agents.

**Outside medical referrals:** This includes medical appointments, non-emergency referrals, or specialty appointments.

**Physical assault(s):** This includes one or more detainees or inmates engaging in an act of violence against another ICE detainee or staff member with the intention to harm through force or violence. The items labeled with serious injury required urgent/immediate medical attention and restricted usual activities.

**Sexual abuse and assault:** Sexual abuse or assault involves one or more detainees or inmates who, by force, coercion, or intimidation, engages in or attempts to engage in a sexual act. This includes touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing. Sexual abuse of an ICE detainee by a staff member, contractor, or volunteer includes the above and also indecent, profane or abusive language aimed at coercing or pressuring a detainee to engage in a sexual act; repeated sexual statements or comments; display of his or her uncovered genitalia, buttocks, or breast in the presence of a detainee; and voyeurism, which is defined as the inappropriate visual surveillance of a detainee for reasons unrelated to official duties. For a more detailed definition, refer to the Department of Homeland Security regulation 6 CFR Part 115 titled "Standards To Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities."

**Staff misconduct:** Any incident or allegation of staff misconduct if that misconduct relates to treatment of ICE detainees, to the security or safety of the facility, or to compliance with detention standards or the provisions of the facility's contract with ICE.

EXHIBIT 6



The Nakamoto Group, Inc.

August 25, 2022

TO:          ███████████

Acting Assistant Director Custody Management

FROM:    ███████

Lead Compliance Inspector
The Nakamoto Group, Inc.

SUBJECT:   **Annual Detention Inspection of the Buffalo Federal Detention Facility (Batavia SPC)**

The Nakamoto Group, Inc. performed an annual inspection for compliance with the ICE Performance-Based National Detention Standards (PBNDS) 2011 of the Buffalo Federal Detention Facility (Batavia SPC) in Batavia, New York during the period of August 23-25, 2022. This is an SPC.

The annual inspection was performed under the guidance of ███████ Lead Compliance Inspector.  Team members were:

| Subject Matter Field | Team Member | |
|---|---|---|
| Safety | ███████ | |
| Security | ███████ | |
| Medical Care | ███████ | |
| Detainee Rights | ███████ | |
| Medical Care | ███████ | |

## Type of Inspection

This is a scheduled annual inspection to determine overall compliance with the ICE PBNDS 2011 for Over 72-hour facilities. The facility received a rating of Meets Standards during the August 2021 Inspection.

## Inspection Summary

The Buffalo Federal Detention Facility (Batavia SPC) is currently accredited by:

- The American Correctional Association (ACA) -  Yes
- The National Commission on Correctional Health Care (NCCHC) - Yes
- The Joint Commission (TJC) - No
- Prison Rape Elimination Act (PREA) - Yes

### Standards Compliance

The following information is a summary of the standards that were reviewed and overall compliance that was determined as a result of the August 2021 and August 2022 PBNDS annual inspections:

EXHIBIT 6



The Nakamoto Group, Inc.

| August 2021 Annual Inspection | |
|---|---|
| Meets Standards | 40 |
| Does Not Meet Standards | 0 |
| Repeat Finding | 0 |
| Not Applicable | 3 |

| August 2022 Annual Inspection | |
|---|---|
| Meets Standards | 40 |
| Does Not Meet Standards | 0 |
| Repeat Finding | 0 |
| Not Applicable | 3 |

The inspection team identified one (1) deficient component in the following one (1) standard:

Hunger Strikes – 1

**Facility Snapshot/Description**

The Buffalo Federal Detention Facility (Batavia SPC) is owned and operated by Immigration and Customs Enforcement and is located in the northern outskirts of Batavia, New York. The management structure of the facility consists of security officers employed by Akima Global Services (a protective services and management company) that serve as operational line and command staff, and ICE/ERO staff that serve as administrative and supervisory staff over Akima personnel. During the first day of the inspection the facility housed ▮ adult male ICE detainees of all custody levels. Female detainees are not currently housed at the facility. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The facility was built in ▮▮▮ The complex is comprised of a ▮▮▮ ▮▮-story building. All housing and support services in the building are accessed off the main corridor that stretches the length of the building. The outer perimeter of the compound is encircled by two twelve-foot chain link fences with rows of razor ribbon affixed to both fencing runs and a paved perimeter road that is constantly patrolled by an armed officer in a vehicle 24 hours a day. Surveillance cameras offer visibility around the perimeter, into the housing units and common areas, onto the recreation yards, and down the interior movement corridor. All exterior building doors are controlled by central control staff and are under constant camera surveillance through a 198 surveillance camera network that is monitored 24 hours a day. All security and medical staff carry a radio.

The facility consists of nine two-tier general population housing units: ▮▮▮ units have ▮▮▮-bed cells, and ▮▮ units are open dormitory design all with ▮ beds. There is one special management unit (SMU) designed with ▮▮▮-bed cells. The health care unit is not an infirmary, but does contain ▮ observation/treatment rooms, ▮▮ room with ▮ beds and ▮ rooms with ▮ bed each; ▮ of the rooms have negative air pressure. Each general population housing unit has cell accommodations for a wheelchair.

The SMU is currently used as the COVID-19 quarantine/isolation unit where newly admitted detainees and existing detainees are housed until they are asymptomatic and have negative COVID-19 testing results. During the inspection there was one active COVID-19 case in the facility.

EXHIBIT 6



The Nakamoto Group, Inc.

Each housing unit has a common dayroom equipped with two televisions, individual telephone stations, a bank of electronic tablets, an adjacent private LexisNexis computer workstation room, and fixed table/chair units for detainees to eat their meals, play games, and gather for conversation. Tablets are accessible daily from the housing unit officers between 7:00 a.m. to 11:20 p.m. Tablets provide detainees the ability to retrieve the handbooks in several languages; access commissary account balances; submit ICE/facility requests; retrieve all program/activity schedules; send and receive emails; conduct video-visits; file non-medical grievances; view the law library Lexis/Nexis collection; retrieve ICE/ERO and non-profit NGO contact information; use a translation app; read books; play games; watch television programs; and listen to music. Each housing unit has a kiosk for detainees to order their weekly commissary. Each housing unit has direct access to their own recreation yard/area. Indoor/outdoor recreation is provided daily to all detainees. The facility has a gymnasium that serves as an additional indoor recreation space during the winter months.

The inspection team conducted 32 detainee interviews including fifteen formal interviews held in a private office. Seventeen informal detainee interviews were conducted in the housing units, on job assignments, and in the special management unit. Four of the detainee formal interviews required the use of a language line. The detainees' length of stay in the facility ranged from one week to ten months. All of the detainees stated they felt safe at the facility and had not been threatened or mistreated by staff or other detainees. Recreation time was satisfactory. Medical services were satisfactory. Food services were acceptable with minor preferences expressed on variety, taste, and preparation techniques. There were no substantive concerns expressed except for one medical care issue. That concern was discussed with the health services administrator by the medical SME. The concern had previously been addressed and follow-up care had already been scheduled. No further action was necessary. The comments about the food were discussed with the food service manager by the safety SME. All cycle menus have been approved by a registered dietician as meeting or exceeding the nutritional requirements set by the U.S. Recommended Daily Allowance. Detainees meals are based on a 35-day rotation. No further action was necessary. And one detainee complained about mold in the showers of housing unit, C4. This issue was investigated with the complainant by the LCI at the conclusion of our interview. There was no mold in any of the showers anywhere. Upon discovery of the false allegation the detainee proceeded with a litany of other faint concerns. No further action was taken on his comments.

Overall, the detainees were very content with their living conditions, their safety and treatment, the cleanliness of the facility, the food, medical care, and responsiveness from facility and ICE/ERO staff. Most of the detainees were unaware of OIG services, but were instructed as to its purpose and how to contact them. The facility is maintaining an above average level of cleanliness.

Facility staff (ICE/ERO and Akima) were professional in appearance and demeanor. They were informed and responsive when questioned about the expectations of the ICE/ERO standards, their post order duties, and standard operating procedures when carrying out the daily schedule. Interactions between staff and detainees was open and relaxed.

EXHIBIT 6



The Nakamoto Group, Inc.

Medical, dental, and mental health services are provided by IHSC and various contract medical employees. Detainee telephone and tablet services are provided by Talton Communication. Line and command security are provided by Akima Global Service, LLC. Maintenance services are provided by Chenga Facilities Management, Inc. Religious services are provided by Jesuit Refugee Service USA. Detainees are not charged co-pays for medical, mental health, or dental care services.

**Areas of Concern/Significant Observations**

The facility is providing the following optimal levels of service, as described in the standards: 2.12 – Special Management Units (SMU), detainees in the SMU in disciplinary segregation status receive a daily recreation period of one hour per day, and SMU administrative segregation status detainees receive two hours of daily recreation per day; 2.15 – Use of Force and Restraints, use of force audiovisual records are retained by the facility for at least one year after litigation or after any investigation has concluded or been resolved; 4.3 – Medical Care, the facility is accredited by NCCHC; 4.6 – Significant Self-Harm and Suicide Prevention and Intervention, prevention/treatment and therapeutic aftercare for suicidal detainees or detainees at risk for self-harm are within NCCHC standards; 4.7 – Terminal Illness, Advance Directives, and Death, medical care for terminally ill detainees are within NCCHC standards; 5.4 - Recreation, SMU detainees in administrative segregation status are provided outdoor recreation daily for two hours, SMU detainees in disciplinary segregation status are provided outdoor recreation daily for one hour, but detainees are not currently provided a free set of audio ear buds during intake; 5.6 - Telephone Access, the housing units are providing telephones at a ratio of one phone for every ten detainees; and 6.3 - Law Libraries and Legal Materials, detainees are provided law library access hours for more than fifteen hours per week.

This was a hybrid inspection in which some inspectors worked remotely. Remote inspectors were unable to personally observe practices and procedures within the facility and relied upon photographs and/or videos to validate the observation of many standards.

**Recommended Rating and Justification**

The Lead Compliance Inspector recommends that the facility receive a rating of Meets Standards unless unobserved practices and conditions are contrary to what was reported to the inspection team. The facility complies with the ICE Performance-Based National Detention Standards (PBNDS) 2011 for Over 72-hour facilities. No (0) standards were rated as Does Not Meet Standard and three (3) standards were Not Applicable (N/A). The remaining forty (40) standards were found to Meet Standards.

**<u>LCI Assurance Statement</u>**

The findings are accurately and completely documented on the G-324A Inspection Form and are supported by documentation in the inspection file. An out-brief was conducted at the facility. In addition to the entire Nakamoto Group, Inc. Inspection Team (two SMEs via conference call) the following were present:

EXHIBIT 6



The Nakamoto Group, Inc.

- ICE Officials/Facility Staff – █████████████████████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

████████ Lead Compliance Inspector            August 25. 2022
Printed Name of LCI                           Date

███████████████████████████████████████

EXHIBIT 6

**Department of Homeland Security**
Immigration and Customs Enforcement: Office of Enforcement and Removal Operations

---

### *U.S. Immigration and Customs Enforcement*



### Facility Significant Incident Summary (SIS)

| Facility Information | |
|---|---|
| **Facilty Name:** | Buffalo Federal Detention Center (Batavia SPC) |
| **Name of Facility Administrator:** | ███████████████ |
| **Facility Operator:** | Akima Global Services |
| **Date Current Contract Started:** | ████████  **Contract Number:** ███████████ |

| Inspection Information | | | | |
|---|---|---|---|---|
| **Current Inspection Dates:** | **From:** | 08/23/2022 | **To:** | 08/25/2022 |
| **Recommended Rating:** | Meets Standards | | | |
| **Previous Inspection Completion Date:** | 08/26/2021 | | | |
| **Previous Rating:** | Meets Standards | | | |
| **SIS Comments:** | All incident information is recorded on this form and detailed on the G324 or Cover Letter. | | | |

| ICE HQ USE ONLY: *(Do Not Edit)* | | | |
|---|---|---|---|
| **Form Key:** | 41 | **Revision Date:** | 4/22/2020 |
| **Notes:** | | | |

\* Enter date fields in format MM/DD/YYYY. Enter year only fields in format YYYY.
\* If a field is not applicable, please leave it empty DO NOT USE N/A.
Include any comments in SIS Comments on the first page.

Form G-324A SIS

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement

**Facility SIS**

| A: Accreditation Certificates | | | |
|---|---|---|---|
| Does the facility have accreditation(s)? | Yes | | |
| Type of Accreditation: | | | |
| American Correctional Association( ACA) | Yes | Date of Last: | 08/01/2017 |
| National Commision on Correctional Health Care (NCCHC) | Yes | Date of Last: | 02/16/2022 |
| Joint Commission on Healthcare | No | Date of Last: | |
| Department of Justice Prison Rape Elimination Act (PREA) | Yes | Date of Last: | 11/01/2021 |
| If there are other accreditations list here: | | | |

| B: Legal Action(s) (Copies must be attached) | |
|---|---|
| The Facility is under Court Order or Class Action Finding: | Class Action Order |
| The Facility has Significant Litigation Pending: | Major Litigation |

| C: Facility History | | | |
|---|---|---|---|
| Year Built: | ██ (yyyy) | Year Last Remodel or Upgrade Completed: | ██ (yyyy) |
| Future Construction Planned? | ██ | Future Construction Date if Applicable: | |
| Items Below Apply to <u>Total Facility Bedspace</u> (all bed types including ICE) | | | |
| Curent Bedspace: | | | |
| Future Bedspace (# New Beds only): | ██ | Date Future Bedspace Available: | |
| Items Below Apply to <u>ICE Only</u> Facility Bedspace | | | |
| Current ICE Bedspace: | ██ | | |
| Future ICE Bedspace (# New Beds only): | ██ | Date Future ICE Bedspace Available: | |

| D: Total Facility Population | |
|---|---|
| Total Facility Intake for Previous 12 Months: | ██ |
| Total ICE Intake for Previous 12 Months: | ██ |
| Total ICE Mandays for Previous 12 Months: | ██ |

| E: Number of Beds by Classification Level (ICE Beds Only) | | | | | |
|---|---|---|---|---|---|
| Type: | L-1 (Low) | L-2 (Medium) | L-3 (High) | Medical | Segregation |
| Adult Male | ██ | ██ | ██ | ██ | ██ |
| Adult Female | ██ | ██ | ██ | ██ | ██ |

Form G-324A Facilty SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                    **Facility SIS**

## F: ICE Facility Capacity

| Type: | Rated | Operational | Emergency |
|---|---|---|---|
| Adult Male | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ |

## G: Total Facility Capacity

| Type: | Rated | Operational | Emergency |
|---|---|---|---|
| Adult Male | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ |
| Does Facility hold Juveniles Offenders 16 and Older as Adults?: | ■ | | |

## H: Average Daily Population

| Type: | ICE | USMS | Other (i.e. Local Jail Inmates) |
|---|---|---|---|
| Adult Male | ■ | ■ | ■ |
| Adult Female | ■ | ■ | ■ |

## I: Facility Staffing Levels

| | Number Currently |
|---|---|
| Authorized Correctional/Security Positions (FTE): | ■ |
| Correctional/Security Position(s) Vacant: | ■ |
| Authorized Medical Staff Positions (FTE): | ■ |
| Medical Staff Position(s) Vacant: | ■ |
| Authorized Non-Correctional Positions (FTE): | ■ |
| Non-Correctional Position(s) Vacant: | ■ |
| | Number in the Previous 12 Months |
| Correctional/Security Staff Who Left Employment: | ■ |
| Correctional/Security Staff Hired: | ■ |
| Medical Staff Who Left Employment: | ■ |
| Medical Staff Hired: | ■ |
| Number of Non-Correctional Staff Who Left Employment: | ■ |
| Number of Non-Correctional Staff Hired: | ■ |

## J: EMDD (electro-muscular disruption device, e.g. taser) Usage

| The Facility had EMDD on premises during inspection: | ■ |
|---|---|
| If there are comments regarding the use of EMDD at the Facility, enter them here: | |

Form G-324A Facilty SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                    **Facility SIS**

### *Facility Incidents*

The following information <u>must be completed</u> prior to the scheduled inspection dates. The information on this form is used in conjunction with the ICE Detention Standards in assessing your Detention Operations against the needs of ICE and its detained population. Failure to provide this information will delay the processing of this report and possibly reduce the number of detainees at your facility and/or could lead to possible sanctions.

Complete the following items for each month going back the previous 12 months in the boxes provided below. For example, if the inspection is on May 3, 2019, then the months that should be filled out should be from May 2018 through April 2019. Numbers only.
- Definitions are included in Appendix A.
- The majority of the items below pertain to ICE detainees only, as identified in the headings for each category. The only items which include non-ICE detainees (e.g. local/state/or other Federal inmates) are sexual assault allegations (marked with an *) and the items on Page 7 (i.e. deaths, segregation, critical incidents and contraband).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Physical Assaults/Fights (ICE Only)** | | | | | | | | | | | | |
| Detainee physical assault on staff – with serious injury | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Detainee physical assault on staff – no serious injury | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Detainee on detainee physical assault/fight – with serious injury | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Detainee on detainee physical assault/fight – no serious injury | 6 | 2 | 0 | 8 | 3 | 4 | 8 | 2 | 10 | 4 | 4 | 14 |
| **Disciplinary (ICE Only)** | | | | | | | | | | | | |
| Disciplinary infractions | 14 | 8 | 14 | 18 | 24 | 16 | 22 | 21 | 54 | 26 | 34 | 24 |
| Disciplinary infractions - Guilty | 13 | 8 | 13 | 17 | 23 | 16 | 22 | 20 | 53 | 25 | 32 | 24 |
| Disciplinary appeals | 3 | 0 | 4 | 3 | 7 | 2 | 3 | 5 | 5 | 6 | 9 | 6 |
| Disciplinary appeals found in favor of detainee | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 6 | 0 |
| Sanctions over 60 days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Special Housing Units (ICE Only)** | | | | | | | | | | | | |
| Detainees placed in administrative segregation | 106 | 51 | 78 | 95 | 68 | 127 | 114 | 106 | 76 | 116 | 87 | 54 |
| Detainees placed in disciplinary segregation | 12 | 4 | 13 | 13 | 19 | 11 | 18 | 12 | 28 | 24 | 30 | 20 |
| Detainees placed in segregation for medical reasons | 66 | 41 | 72 | 94 | 93 | 106 | 102 | 111 | 70 | 94 | 82 | 44 |
| Detainees placed in segregation for mental health reasons | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Use of Force/Restraints/Strip Searches (ICE Only)** | | | | | | | | | | | | |
| Immediate use of force incidents | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 |
| Calculated use of force incidents | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uses of force with chemical agents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Incidents where non-lethal weapons were used | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of times 4/5 point restraints were used (e.g. restraint chair or bed) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Use of force with serious injury | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Strip Searches | 19 | 32 | 53 | 40 | 70 | 98 | 92 | 27 | 64 | 89 | 49 | 33 |

Form G-324A Facilty SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement

**Facility SIS**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sexual Abuse and Assault Allegations** | | | | | | | | | | | | |
| Sexual abuse allegations – detainee on detainee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| *Sexual abuse allegations – inmate on detainee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Sexual abuse allegations – detainee on inmate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sexual abuse allegations – staff/contractor/volunteer on detainee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Number of sexual abuse allegations – detainee on staff/contractor/volunteer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Substantiated Sexual Assault Allegations** | | | | | | | | | | | | |
| Sexual abuse allegations – detainee on detainee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Sexual abuse allegations – inmate on detainee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Sexual abuse allegations – detainee on inmate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sexual abuse allegations – staff/contractor/volunteer on detainee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of sexual abuse allegations – detainee on staff/contractor/volunteer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Medical (ICE Only)** | | | | | | | | | | | | |
| Detainees in medical observation | 66 | 41 | 72 | 94 | 93 | 106 | 102 | 111 | 70 | 94 | 82 | 44 |
| Detainees in mental health observation | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Infectious diseases reported (e.g. TB) | 7 | 3 | 5 | 9 | 12 | 13 | 8 | 2 | 10 | 19 | 19 | 14 |
| Infectious diseases confirmed | 7 | 3 | 5 | 9 | 12 | 13 | 8 | 2 | 10 | 19 | 19 | 14 |
| Outside medical referrals | 34 | 68 | 102 | 84 | 91 | 112 | 96 | 23 | 116 | 111 | 112 | 128 |
| Detainees transported to off-site hospitals for emergency care | 5 | 6 | 12 | 10 | 16 | 24 | 10 | 2 | 14 | 17 | 17 | 11 |
| Admissions to off-site hospitals for medical reasons | 0 | 0 | 3 | 4 | 2 | 1 | 0 | 0 | 1 | 0 | 1 | 1 |
| Admissions to off-site hospitals for mental health reasons | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sick call requests | 443 | 290 | 167 | 141 | 326 | 453 | 419 | 62 | 494 | 471 | 457 | 445 |
| Sick call encounters | 294 | 197 | 175 | 173 | 351 | 390 | 451 | 49 | 434 | 374 | 392 | 312 |
| Suicide watches/constant watch/mental health observation | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 5 | 1 | 3 | 0 | 4 |
| Suicide attempts (or self harm) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Hunger strikes | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 4 |

Form G-324A Faclity SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                    **Facility SIS**

| For the Past Year: | | Number of ICE Detainees | Number of Non-ICE Inmates |
|---|---|---|---|
| **Causes of Death** | Natural | 0 | 0 |
| | Homicide | 0 | 0 |
| | Suicide | 0 | 0 |
| | Other | 0 | 0 |
| **Segregation** | Number of administrative segregation stays over 60 days | 3 | 0 |
| | Number of disciplinary segregation stays over 60 days | 0 | 0 |
| **Contraband** | Weapons confiscated | 2 | 0 |
| | Drugs (or paraphernalia) confiscated | 15 | 0 |
| | Cell phones confiscated | 0 | 0 |

| For the Past Year: | | Number of ICE Detainees | Number of Non-ICE Inmates | Total Number of Incidents (or events) |
|---|---|---|---|---|
| **Critical Incidents** | Attempted escapes | 0 | 0 | 0 |
| | Successful escapes | 0 | 0 | 0 |
| | Hostage situations | 0 | 0 | 0 |
| | Work stoppages | 0 | 0 | 0 |
| | Major Disturbances involving four or more detainees/offenders* | 0 | 0 | 0 |
| | Total number of grievances filed | 549 | 0 | 549 |

*includes gang fights, organized hunger strikes, work stoppages, hostage situations, major fires, or other large-scale incidents

Form G-324A Facilty SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                                            **Facility SIS**

| Grievances (ICE Only) | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Safety: | # filed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sanitation: | # filed | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical: | # filed | 15 | 4 | 4 | 4 | 1 | 5 | 3 | 0 | 18 | 15 | 22 | 14 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| Property: | # filed | 4 | 2 | 2 | 2 | 4 | 2 | 1 | 2 | 8 | 0 | 6 | 1 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Staff misconduct: | # filed | 0 | 0 | 0 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 3 | 1 |
| | # Substantiated | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Use of force: | # filed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food: | # filed | 0 | 2 | 0 | 2 | 14 | 5 | 5 | 2 | 8 | 7 | 13 | 1 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sexual abuse or assault: | # filed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Law library: | # filed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mail/Correspondence: | # filed | 3 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 3 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Segregation Placements: | # filed | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Disciplinary: | # filed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visitation: | # filed | 2 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 4 |
| | # Substantiated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Other: | # filed | 23 | 21 | 14 | 33 | 40 | 26 | 30 | 16 | 30 | 27 | 31 | 18 |
| | # Substantiated | 0 | 0 | 2 | 6 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

Form G-324A Facilty SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

Department of Homeland Security
Immigration and Customs Enforcement                                                    **Facility SIS**

## APPENDIX A - Definitions

**Administrative segregation:** A non-punitive form of separation from the general population to ensure the safety of detainees or others, the protection of property, or the security or good order of the facility, as determined by a facility administrator or supervisor. Administrative segregation may be available, among other reasons, for detainees awaiting investigations or hearings for violations of facility rules, detainees scheduled for release, removal, or transfer within 24 hours, and, under more limited circumstances, detainees who require protective custody or separation from the general population for medical reasons.

**Attempted Escape:** a detainee or an inmate did something that was a substantial step toward escaping from custody, mere preparation would not be considered a substantial step toward committing the crime of attempted escape. A person missing a count because they were not in the specified location during the count, but are still on the grounds of the facility should not be counted as an attempted escape. Some examples of attempted escape are an overt act to break out of custody, such as trying to break free from an escorting Officer when at an outside clinic or damaging facility plant features to gain access to the outside (i.e. tunneling, scraping bars or walls to create egress).

**Average daily population (ADP):** The average daily population is based on the Manday count. For every detainee in a facility for the midnight count corresponds to one Manday. The ADP is the number of Mandays for a given time period, divided by the number of days in that time period.

**Calculated use of force:** Calculated use of force occurs in situations where the detainee is disruptive and is not complying with verbal directions. If a detainee is in a location where there is no immediate threat to the detainee or others (for example, a locked cell or range), staff shall take the time to assess the possibility of resolving the situation without resorting to force. Calculated use of force typically involves specially trained staff and needs to be authorized in advance by the facility administrator (or designee).

**Chemical use of force:** The use of chemical agents, such as pepper spray, to temporarily immobilize or incapacitate a detainee in order to bring a situation under control.

**Detainee physical assault on staff:** This includes one or more detainees engaging in an act of violence against a staff member(s) with the intention to harm through force or violence. The item labeled with serious injury required urgent/immediate medical attention and restricted usual activities for the staff member(s).

**Disciplinary infractions:** Enter the number of charges for each month, not the number of detainees charged. For example, if one incident incurred five charges, enter five not one. This is also the case for disciplinary infractions found guilty.

**Disciplinary segregation:** A punitive form of separation from the general population used for disciplinary reasons that is available only after a formal finding that the detainee is guilty of a serious prohibited act or rule violation.

**Facility operator:** This can be either a public or private entity, such as GEO, CoreCivic or a Sheriff etc.

**Four/five point restraints:** A restraint system that confines an individual to a bed, bunk or restraint chair in either a

Form G-324A Facilty SIS * If a field is not applicable, please leave it empty DO NOT USE N/A.

EXHIBIT 6

supine or prone position.

**Formal grievance:** A written complaint by a detainee regarding custody treatment, medial treatment, policies and procedures, or other unsatisfactory conditions of confinement.

**Hunger strike:** A voluntary fast undertaken as a means of protest or manipulation, regardless if the detainee actually declares that he or she is on a hunger strike. Staff are required to refer any detainee who is observed to have not eaten for 72 hours for medical evaluation and monitoring.

**Immediate use of force:** This occurs when staff must respond without delay to a situation because a detainee's behavior constitutes a serious and immediate threat to self, staff, another detainee, property, or the security and orderly operation of the facility.

**Manday(s):** A measure of bed space use by detainees. The Manday count is based on whether a detainee is in the facility for the midnight count. For every detainee in a facility for the midnight count, that corresponds to one Manday. The book-in day is counted as a manday. The book-out day is not counted as a manday. A detainee may occupy two mandays on one calendar day if he is booked-in and booked-out from one facility and booked in at another facility on the same day.

**Non-lethal weapons:** Examples of non-lethal weapons are a collapsible steel baton, a straight or riot baton, taser or impact munitions. Do not include OC (pepper spray) under the use of force and restraints: incidents where non-lethal weapons were used; OC (pepper spray) should be counted under the uses of force with chemical agents.

**Outside medical referrals:** This includes medical appointments, non-emergency referrals, or specialty appointments.

**Physical assault(s):** This includes one or more detainees or inmates engaging in an act of violence against another ICE detainee or staff member with the intention to harm through force or violence. The items labeled with serious injury required urgent/immediate medical attention and restricted usual activities.

**Sexual abuse and assault:** Sexual abuse or assault involves one or more detainees or inmates who, by force, coercion, or intimidation, engages in or attempts to engage in a sexual act. This includes touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing. Sexual abuse of an ICE detainee by a staff member, contractor, or volunteer includes the above and also indecent, profane or abusive language aimed at coercing or pressuring a detainee to engage in a sexual act; repeated sexual statements or comments; display of his or her uncovered genitalia, buttocks, or breast in the presence of a detainee; and voyeurism, which is defined as the inappropriate visual surveillance of a detainee for reasons unrelated to official duties. For a more detailed definition, refer to the Department of Homeland Security regulation 6 CFR Part 115 titled "Standards To Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities."

**Staff misconduct:** Any incident or allegation of staff misconduct if that misconduct relates to treatment of ICE detainees, to the security or safety of the facility, or to compliance with detention standards or the provisions of the facility's contract with ICE.

EXHIBIT 6