An official website of the United States government

 **Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

 **Secure .gov websites use HTTPS**
A **lock** ( 🔒 ) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

En Español    Contact Us    Quick Links

 U.S. Immigration and Customs Enforcement

Search

Call **1-866-DHS-2-ICE**    Report Crime

ICE    CONTACT

# ICE Field Offices

The field offices listed below are not check-in locations. To find an ICE check-in location, schedule or change an appointment time, or to update an address, please visit the ICE Check-in page.

**FILTER BY**    State ▾    Office of the Principal Lega ▾

Keyword Search...    Apply    Reset

## Adelanto - OPLA

Office of the Principal Legal Advisor, Los Angeles (Adelanto)

10250 Rancho Road
Adelanto, CA 92301

(760) 561-6460

## Annandale - OPLA

Office of the Principal Legal Advisor, Washington, D.C. (Annandale)

7619 Little River Turnpike
Suite 900
Annandale, VA 22003

(703) 962-2800

Mailing Address:
500 12th Street SW, Mail Stop 5902
Washington, D.C. 20536-5902

Area of Responsibility: District of Columbia and Virginia (Annandale Immigration Court)

## Arlington - OPLA

Office of the Principal Legal Advisor, Washington, D.C. (Arlington)
1901 S. Bell Street
Suite 900
Arlington, VA 22202

(703) 235-2700

Mailing Address:
500 12th Street SW, Mail Stop 5907
Washington, D.C. 20536-5907

## Atlanta - OPLA

Office of the Principal Legal Advisor, Atlanta
180 Ted Turner Drive, SW, Suite 332
Atlanta, GA 30303

(404) 893-1400

Area of Responsibility: Georgia, North Carolina, and South Carolina

## Atlanta - OPLA

Office of the Principal Legal Advisor, Atlanta
Peachtree Summit Federal Building
401 W. Peachtree Street, NW, Suite 2850
Atlanta, GA 30308

(404) 730-9756

## Baltimore - OPLA

Office of the Principal Legal Advisor, Baltimore
Fallon Federal Building
31 Hopkins Plaza, Room 1600
Baltimore, MD 21201

(410) 637-4060

Area of Responsibility: Maryland

## Batavia - OPLA

Office of the Principal Legal Advisor, Buffalo (Batavia)
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, NY 14020

(585) 344-6600

## Boston - OPLA

Office of the Principal Legal Advisor, Boston
JFK Federal Building
15 New Sudbury Street, Room 425
Boston, MA 02203

(617) 565-3140

EXHIBIT 7

Area of Responsibility: Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont

## Brooklyn Heights - OPLA

### Office of the Principal Legal Advisor, Detroit (Cleveland)

925 Keynote Circle, Room 201
Brooklyn Heights, OH 44131

(216) 749-9955

## Buffalo - OPLA

### Office of the Principal Legal Advisor, Buffalo

250 Delaware Avenue, Suite 773
Buffalo, NY 14202

(716) 464-6000

Area of Responsibility: Northern and Western New York

## Centennial - OPLA

### Office of the Principal Legal Advisor, Denver

12445 East Caley Avenue
Centennial, CO 80111-6432

(303) 784-6560

Area of Responsibility: Colorado, Idaho (ERO) , Montana, Utah, and Wyoming

## Chaparral - OPLA

### Office of the Principal Legal Advisor, El Paso (Chaparral)

Trial Attorney Unit
26 McGregor Range Road
Chaparral, NM 88081

(915) 834-5200

## Charlotte - OPLA

### Office of the Principal Legal Advisor, Atlanta (Charlotte)

5701 Executive Center Drive, Suite 300
Charlotte, NC 28212

(704) 248-9605

## Chicago - OPLA

### Office of the Principal Legal Advisor, Chicago

55 E. Monroe Street
Suite 1400
Chicago, IL 60603

(312) 260-9513

Area of Responsibility: Illinois, Indiana, Kansas, Kentucky, Missouri, and Wisconsin

### Conroe - OPLA

**Office of the Principal Legal Advisor, Houston (Conroe)**
Montgomery Processing Center
806 Hilbig Road
Suite 2-201
Conroe, TX 77301

(936) 520-5870

### Detroit - OPLA

**Office of the Principal Legal Advisor, Detroit**
Rosa Parks Federal Building
333 Mt. Elliott Street, 2nd Floor
Detroit, MI 48207

(313) 568-6033

Area of Responsibility: Michigan and Ohio

### Dilley - OPLA

**Office of the Principal Legal Advisor, San Antonio (Dilley)**
South Texas Family Residential Center
300 El Rancho Way
Dilley, TX 78017

(830) 378-6500

### El Paso - OPLA

**Office of the Principal Legal Advisor, El Paso**
11541 Montana Avenue, Suite O
El Paso, TX 79936

(915) 856-2316

Area of Responsibility: West Texas and New Mexico

### Elizabeth - OPLA

**Office of the Principal Legal Advisor, Newark (Elizabeth)**
Elizabeth Detention Facility
625 Evans Street, Room 135
Elizabeth, NJ 07201

(908) 282-5755

### Eloy - OPLA

**Office of the Principal Legal Advisor, Phoenix (Eloy)**
Eloy Detention Center
1705 East Hanna Road
Eloy, AZ 85131

(520) 464-3032

1 | 2 | 3 | 4 | Next › | Last ›

## ⊖ Enforcement and Removal Operations

The U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) mission is to protect the homeland through th… and removal of those noncitizens who undermine the safety of our nation's communities and the integrity of U.S. immigration laws.

ERO manages all aspects of the immigration enforcement process through the operation of 25 field offices nationwide that report to ERO headqu…

ERO is committed to transparency, collaboration and resolving concerns with community stakeholders. To ensure transparency and collaboratio… encourages its stakeholders to contact the agency with any questions or concerns:

- Concerns or questions regarding ERO practices, policies, or programs should be directed to the local field liaison
- Concerns related to immigration court proceedings should be directed to the Office of the Principal Legal Advisor (OPLA) field location han… case. Noncitizens may also check the status of their case using the Executive Office for Immigration Review's Automated Case Information … online or at 800-898-7180 (TDD: 800-828-1120), or by contacting the local Immigration Court handling their case.

Requests, inquiries, and concerns may be submitted using the ERO Contact Form. Please be aware that in choosing this mode of communication… sensitive personal information sent is not secure. To send sensitive personal information to ERO in a secure manner, please send your inquiry via…

Due to ICE privacy restrictions, in order for ERO to share information with someone other than the subject of the request, the agency requires a si… privacy waiver or, for the noncitizen's legal representative, a Form G-28, *Notice of Entry of Appearance as Attorney or Accredited Representative.*

For further assistance after contacting the field office, contact ERO by completing the ERO Contact Form or by calling the ICE Detention and Repo… Information Line (1-888-351-4024).

## ⊕ Homeland Security Investigations

HSI has 30 Special Agent in Charge (SAC) offices throughout the United States.

The SAC offices are responsible for the administration and management of all investigative and enforcement activities within the geographic bou… the office.

View for All States | View International Offices

## ⊕ Office of Partnership and Engagement

The Community Engagement Office has a cadre of 25 community relations officers (CROs) in field offices across the United States who serve as lia… the public, key stakeholders and ICE leadership. CROs are co-located throughout the country at either the Special Agent in Charge (SAC) or Field … Director (FOD) field offices.

View CRO Office Locations

### Office of Professional Responsibility

The ICE Office of Professional Responsibility (OPR) is responsible for upholding the agency's professional standards through a multi-disciplinary of security, inspections and investigations. OPR operates out of a headquarters office and three field offices across the nation.

View OPR Field Office Locations

To contact OPR about criminal or serious misconduct by an ICE employee or contractor, please call 1-833-4ICE-OPR.

For questions regarding security clearances, please contact the Personnel Security Unit at ICE-Personnel-Security@ice.dhs.gov.

### Office of the Principal Legal Advisor

In addition to its headquarters in Washington, D.C., OPLA has 25 field locations with a presence in more than 60 offices throughout the United Sta

View OPLA Field Office Locations

Updated: 02/02/2024

**CONTACT LEADERSHIP**

✉ **ICE Leadership**
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

✉ **DHS Leadership**
Department of Homeland Security
Washington, D.C. 20536

**PETITION ICE TO ADDRESS AN INFORMATION QUALITY ISSUE**

Visit the ICE Information Quality Standards page for more information.

**REPORT A WEBSITE ERROR OR TECHNICAL PROBLEM**

Use the following link to report technical errors found on the ICE.gov website: Submit website errors to Webmaster

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom

     

ICE Contact Center



Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the <u>U.S. Department of Homeland Security</u>**

| | | |
|---|---|---|
| [About ICE](#) | [Archive](#) | [The White House](#) |
| [Accessibility](#) | [No FEAR Act Data](#) | [DHS Components](#) |
| [FOIA Requests](#) | [Site Links](#) | [USA.gov](#) |
| [Privacy Policy](#) | [Performance Reports](#) | |
| [DHS.gov](#) | [Inspector General](#) | |

**National Terrorism Advisory System**