## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

DALILA YEEND and
BOUNNAM PHIMASONE,
    Plaintiffs
              CIVIL ACTION NO.1:20-cv-01281
VERSUS
AKIMA GLOBAL SERVICES, LLC,
A/k/a AGS,
    Defendant

DEPOSITION OF ELVIN MINAYA RODRIGUEZ, given via Zoom Videoconferencing in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, commencing at 12:35 o'clock p.m., on Tuesday, the 18th day of July, 2023.

## Page 2

          I N D E X
                      Page
Caption                      1
Appearances              3
Agreement of Counsel     4
Examination
  MS. CROW           6, 99
  MS. BRITO           97
Reporter's Certificate    101

## Page 3

APPEARANCES (Via Zoom Videoconferencing):

For the Plaintiff:

WORKER JUSTICE CENTER OF NEW YORK
Attorneys at Law
BY:  MAUREEN HUSSAIN, ESQ.
     CRISTINA BRITO, ESQ.
9 Main Street
Kingston, New York  12401

For the Defendant:

THE KULLMAN FIRM
A Professional Law Corporation
BY:  HEATHER F. CROW, ESQ.
     JESSICA L. MARRERO, ESQ.
1600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

Also Present:  ANNE DONOHUE, ESQ.
               IAN BOLDEN, ESQ.

Interpreter:  Marco Carbajal

Reported By:  Raynel E. Schule
             Certified Shorthand Reporter
             State of Louisiana

## Page 4

        S T I P U L A T I O N

It is stipulated and agreed by and among Counsel for the parties hereto that the deposition of ELVIN MINAYA RODRIGUEZ is hereby being taken via Zoom Videoconferencing pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of reading and signing are specifically waived;

That the formalities of sealing, certification, and filing are hereby specifically waived.

That all objections, save those as to the form of the question and responsiveness of the answer, are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

            * * * * *

Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

Page 5

```
 1              PROCEEDINGS
 2         THE COURT REPORTER:
 3         Will counsel please identify
 4    themselves and their affiliations
 5    and also stipulate that by agreement
 6    of all parties this deposition is
 7    being taken via videoconferencing
 8    and that there is no objection to
 9    the witness being sworn in remotely.
10         MS. CROW:
11         This is Heather Crow.  I'm with
12    the Kullman Firm, and I'm here on
13    behalf of the Defendant, Akima
14    Global Services and so stipulate.
15         MS. BRITO:
16         Cristina Brito from the Worker
17    Justice Center of New York on behalf
18    of Plaintiff, Minaya Rodriguez, and
19    there's no objection.
20         ELVIN MINAYA RODRIGUEZ, having been
21    first duly sworn by Raynel E. Schule,
22    Certified Shorthand Reporter, testified on
23    his oath as follows through the
24    Interpreter, who was also duly sworn.
25              EXAMINATION
```

Page 6

```
 1    BY MS. CROW:
 2    Q.  Have you ever given a deposition before?
 3    A.  Never.
 4    Q.  Do you understand that you are under oath
 5        today?
 6    A.  Yes.
 7    Q.  And this will be an ask-and-answer question
 8        session.  If you don't understand a
 9        question, please let me know; otherwise, I
10        will assume that you understood.
11    A.  Okay.
12    Q.  Please answer verbally yes or no and don't
13        nod your head or shake your head.  That
14        makes it more difficult for both the
15        translator and for the court reporter.
16    A.  That's fine.
17    Q.  Also I'll ask you not to guess, at least
18        without not letting me knowing -- know that
19        it's a guess.
20    A.  That's fine.
21    Q.  Are you on any medication or have any
22        health condition that would affect your
23        ability to give full and truthful answers
24        today?
25    A.  No, sir.
```

Page 7

```
 1    Q.  Please let me know if you need a break.
 2        I'm happy to take a break today as long as
 3        we finish any open question that's on the
 4        table.
 5    A.  I will let you know.
 6    Q.  Thank you.  And I'll ask of both the
 7        translator and the witness that -- that you
 8        don't have any side conversations without
 9        allowing the translator to translate each
10        element of the conversation for the record.
11    A.  That's the way it will be, yes.
12    Q.  If I say, "AGS," do you understand that I'm
13        referring to the Defendant in this matter,
14        Akima Global Services?
15    A.  Yes.
16    Q.  And do you understand that if I say, "ICE,"
17        and that's I-C-E, that I'm referring to the
18        United States Immigration and Customs
19        Enforcement?
20    A.  Yes, I understand that.
21    Q.  And today we're speaking about the Buffalo
22        Federal Detention Center located in
23        Batavia, that if we refer it to as Batavia
24        or to the Buffalo Detention Center, we're
25        talking about the same thing?
```

Page 8

```
 1    A.  Yes, I do understand that.
 2    Q.  And what is your native language?
 3    A.  Spanish.
 4    Q.  And do you speak English?
 5    A.  I'm not completely fluent.  I may be 40
 6        percent fluent in English.
 7    Q.  Okay.  So you understand some English?
 8    A.  Yeah, I -- I understand some English.
 9    Q.  Can you read English?
10    A.  I'm a much better speaker than -- than I am
11        a reader of English.
12    Q.  I will show you some documents today, some
13        just to identify for the record and some
14        that I will ask you about.
15    A.  That sounds fine.
16    Q.  When I put the documents on the screen, I
17        want you to take your time so that you can
18        answer them.  Please let me know if you
19        need additional time or if you need
20        anything on the document translated before
21        you can answer.
22    A.  That sounds fine.
23    Q.  And lastly, if I need to scroll up or down
24        or zoom in or out so that you can see the
25        entire document, please let me know.  I'm
```

SOUTHERN COURT REPORTERS, INC.
(504)488-1112

EXHIBIT 11

```
                                                 Page 13
 1    A.  NBC Manhattan.
 2    Q.  When did that happen?
 3    A.  This was in 2018.
 4    Q.  And were you injured?
 5    A.  Yes, I did.
 6    Q.  What was your injury?
 7    A.  Okay.  Yeah, I -- I -- you know, I suffered
 8        a -- a disc -- a disc dislocation in the
 9        lower back, and they also had to put my --
10        my elbow in a sling because it swelled up.
11    Q.  And so you filed suit against the owner of
12        the building?
13    A.  Well, the institution filed it.  Those --
14        those stairwells, you know, had to be --
15        you know, they had had a special
16        protection.  They were metallic, you know,
17        stairs.  So they needed a special surface
18        in order to, you know, offer -- offer
19        greater protection.
20    Q.  Were you the Plaintiff in that lawsuit?
21    A.  Yes, I -- I filed it.
22    Q.  Okay, and how did that lawsuit end?
23    A.  Well, my -- my -- the lawyer told me on the
24        phone that if -- that if I decided to wait
25        I would -- I would eventually receive a
```

```
                                                 Page 14
 1        settlement, but he said that there was also
 2        the option of, you know, taking, you know,
 3        $3000, you know, as part of an -- an
 4        agreement.  So I decided to take the money
 5        because I didn't have any money at the
 6        time.
 7    Q.  Have you ever filed an administrative
 8        complaint with any governmental agency?
 9    A.  Never.
10    Q.  Have you ever filed for bankruptcy?
11    A.  No.
12    Q.  Are you an United States citizen?
13    A.  No.
14    Q.  What country are you a citizen of?
15           THE INTERPRETER:
16           I'm sorry, counsel.  I didn't
17        hear the last part of your question.
18        Could you repeat it, please.
19           MS. CROW:
20           Sure.
21    BY MS. CROW:
22    Q.  What country or countries are you -- do you
23        have citizenship in?
24    A.  Okay.  Yeah, no, I'm a -- I'm a citizen of
25        the Dominican Republic.  I just have, you
```

```
                                                 Page 15
 1        know, one legal, you know, citizenship, and
 2        I -- I am a permanent resident here in the
 3        United States.
 4    Q.  Now, did you first come to the United
 5        States in about 2010?
 6    A.  Exactly.
 7    Q.  And what year did you receive lawful
 8        permanent resident status?
 9    A.  Yeah, I got my residency in early 2014.
10    Q.  Have you ever been arrested?
11    A.  Just when the accident happened.
12    Q.  What accident are you talking about?
13    A.  Oh, regarding the -- the criminal case upon
14        arriving at -- you know, at -- upon
15        arriving at Immigration.
16    Q.  Did you plead guilty to a felony offense
17        involving drugs in September of 2018?
18    A.  Yes.
19    Q.  And were you sentenced to the state prison
20        in New York for 18 to 24 months?
21           THE WITNESS (In English):
22           Yes.
23           THE WITNESS (Through the
24        Interpreter):
25           Exactly.
```

```
                                                 Page 16
 1    BY MS. CROW:
 2    Q.  Were you sent to the Ulster Correctional
 3        Facility?
 4    A.  Exactly.
 5    Q.  Now, you were a few months into your
 6        sentence when ICE determined that you would
 7        be taken into ICE custody?
 8    A.  Yes, yeah, at the time I had -- you know, I
 9        had served my entire sentence, you know,
10        due to, you know, good behavior and so
11        forth, so yes, that's right.
12    Q.  Were you taken into ICE custody on or
13        around April the 25th, 2019?
14    A.  Exactly.
15    Q.  Were you released from ICE custody on April
16        the 1st, 2021?
17    A.  Exactly.
18    Q.  Now, besides the period of detention that
19        we are talking about today at the Batavia
20        Facility, have you ever previously been
21        placed in ICE detention?
22           MS. BRITO:
23           Objection.
24    BY MS. CROW:
25    Q.  You can answer.
```

```
                                                  Page 21
 1     requests while you were in detention?
 2  A. Not that I -- not that I can remember.
 3  Q. Okay.  I'd like to show you another
 4     document.
 5  A. All right.
 6  Q. We'll mark this as "Exhibit 3," and it
 7     begins on D-275.  Do you recognize this
 8     handbook as the one that you mentioned
 9     earlier?
10  A. That's the one I -- I remember.
11  Q. Okay.  So did you receive a copy of this
12     handbook while you were detained at
13     Batavia?
14  A. Yes, sir.
15  Q. Was it also available in Spanish?
16  A. Yes.
17  Q. Now, when you're placed in detention, you
18     are provided with an uniform to wear.  Is
19     that correct?
20  A. That's correct, yes.
21  Q. And you get two sets of that?
22  A. Could you repeat the question, please.
23  Q. Sure.  Did you get two sets of the uniform?
24  A. Yes, sir.
25  Q. And the uniform was made up of long pants,
```

```
                                                  Page 22
 1     a shirt, and shoes?
 2  A. Exactly.
 3  Q. Okay, and did the color of your uniform
 4     depend on your classification?
 5  A. Exactly.
 6  Q. What color was your uniform?
 7  A. Orange.
 8  Q. Did you also receive four pairs of
 9     underwear, t-shirts, and socks?
10         THE INTERPRETER:
11            I'm sorry, counsel, I couldn't
12         hear the first part of your
13         question.
14  BY MS. CROW:
15  Q. Did you also receive four sets of
16     underwear, t-shirts, and socks?
17  A. Yes, sir.
18  Q. Were you also issued towels?
19  A. Towels?
20  Q. Towels, yes.
21  A. Just one towel.
22  Q. Were you issued both slip-on shower shoes
23     as well as sneakers?
24  A. Okay.  No.  Just the sneakers because there
25     was -- you know, you had to buy the -- the
```

```
                                                  Page 23
 1     shower shoes at the store, but one of my
 2     mates there, you know, gave me a pair of
 3     shower shoes.
 4  Q. Were you issued a jacket?
 5  A. Yes, sir.
 6  Q. And were you issued two pairs of shorts?
 7  A. Yes, sir.
 8  Q. Were you also given certain hygiene items
 9     such as a toothbrush, toothpaste, comb?
10  A. At that time, yes.
11  Q. And soap and shampoo were also available?
12  A. Yes, sir.
13  Q. Was your housing unit a dorm-style unit
14     that was open with multiple bunks or were
15     you placed in a housing unit with cells?
16  A. It was like a dorm.
17  Q. And were you in the same style of housing
18     the entire time you were at Batavia?
19  A. At the end I was switched.
20  Q. So for a period at the end of your
21     detention, you were in a cell unit?
22  A. Not in a cell, but I was switched to a
23     different dormitory type area.
24  Q. Okay.  You never -- you never spent time in
25     a cell unit?
```

```
                                                  Page 24
 1  A. Never.  Yeah, not in that detention center.
 2  Q. And you were issued bedding which consisted
 3     of sheets, a pillow, and blankets?
 4  A. Yes, sir.
 5  Q. Did you get one or two blankets?
 6  A. Just one.
 7  Q. Did you get a second blanket if you asked
 8     for it?
 9  A. No.  They only allowed one per person.
10  Q. Now, there were electronic tablets
11     available for detainee usage in the unit.
12     Is that correct?
13  A. That's correct.
14  Q. And those were shared among detainees?
15  A. Yes, we had to share.
16  Q. When you were processed in at Batavia, were
17     you provided with a pin number so that you
18     could use the tablet?
19  A. Yes, sir.
20  Q. Anything else that you used that pin for?
21  A. No.  Just to -- to, like, used to
22     communicate with my family.
23  Q. On the tablet?
24  A. Yeah, on the tablet, and I also used the
25     tablet to listen to music every now and
```

Page 53

1   survive, you know, through this -- you
2   know, through this activity.
3          MS. BRITO:
4              Translation verification. It's
5          not "to buy better quality food."
6          It's to get better quality food.
7   BY MS. CROW:
8   Q. I'm going to ask you some questions in just
9      a moment about what you actually did when
10     you worked in the kitchen, but I'd like to
11     ask you a couple of other questions first,
12     and I want to share another document with
13     you. We'll mark this --
14         MS. CROW:
15             Apologies.
16         THE WITNESS (Through the
17         Interpreter):
18             Sounds good.
19  BY MS. CROW:
20  Q. All right. We'll mark this as "Exhibit 6."
21     It's two pages, D-1121 and 1122, and we'll
22     start by looking at 1122. Can you see
23     that?
24  A. Yeah, yes.
25  Q. Okay. Do you recognize this form?

Page 54

1   A. Yes, perfectly.
2   Q. Is that your signature?
3   A. Yes, it's my signature.
4   Q. All right, and this was dated September
5      29th, 2019?
6   A. Yes.
7   Q. And this is your agreement to participate
8      in the voluntary work program. Is that
9      correct?
10  A. Yes.
11  Q. All right. If we go up to the first page,
12     do you recognize this form?
13  A. No, I don't recognize it.
14  Q. Is that your signature?
15  A. It's my signature.
16  Q. And this document indicates that you
17     participated in some training on the
18     kitchen operation of the dish machine and
19     using the cleaning chemicals on September
20     the 29th. Is that accurate?
21  A. Yeah, now, I remember that we received this
22     training.
23  Q. Okay, and so did you begin working in the
24     voluntary work program in September of
25     2019?

Page 55

1   A. Exactly.
2   Q. And how did you learn that a position in
3      the work program was available?
4   A. The -- the official in charge of our -- of
5      our house, you know, let all of us who were
6      -- who were Latinos who had signed up for
7      the voluntary work program, you know, he
8      let us know that, you know, there was a
9      position available in the -- in the
10     kitchen, and he -- he came to me, and, you
11     know, let me know that there was a -- you
12     know, there was the availability to work in
13     the kitchen and told me -- you know, and
14     reminded me that I -- that I had signed up
15     for this program, and, you know, I, of
16     course, said yes, because, you know,
17     because aside from earning the dollar, it
18     would -- it would give me the opportunity,
19     you know, to eat better.
20  Q. Were you signed up a wait list before you
21     were offered this position?
22  A. Exactly.
23  Q. How long were you on the wait list before
24     you were able to get a job?
25  A. I don't remember precisely, but I can give

Page 56

1      you an estimate.
2   Q. Okay.
3   A. It could be three -- two months and a half.
4   Q. Okay, and that was the first job that you
5      had in Batavia?
6   A. No.
7   Q. What was your first job at Batavia?
8   A. Sweep the floors and mop.
9   Q. Was this part of the -- the work program
10     that paid you $1.00?
11  A. Yeah, they were part of the -- all the --
12     you know, the job opportunities at Batavia,
13     and for every job you were paid a dollar.
14  Q. So what's the first job that you had that
15     was part of the voluntary work program?
16  A. Yeah, the -- the one that involved cleaning
17     the floors, sweeping them as well as, you
18     know, mopping them.
19  Q. When did you begin that job?
20  A. Yeah, a few -- a few short weeks after, you
21     know, arriving at this facility.
22  Q. And did you ask to be placed in a job in
23     one of the these positions?
24  A. Yeah, well, you know -- you know, when
25     someone either desserts or is deported or

14 (Pages 53 to 56)

SOUTHERN COURT REPORTERS, INC.
(504)488-1112

EXHIBIT 11

Page 101

```
 1           CERTIFICATE
 2      THIS CERTIFICATION IS VALID ONLY FOR
   A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3 SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
   PAGE.
 4
        I, RAYNEL E. SCHULE, Certified Court
 5 Reporter, #77005, in good standing, in and for
   the State of Louisiana, as the officer before
 6 whom this testimony was taken, do hereby certify
   that ELVIN MINAYA RODRIGUEZ, after having been
 7 duly sworn by me upon authority of R.S. 37:2554,
   did testify as hereinbefore set forth in the
 8 foregoing 100 pages; that this testimony was
   reported by me in stenotype reporting method,
 9 was prepared and transcribed by me or under my
   personal direction and supervision, and is a
10 true and correct transcript to the best of my
   ability and understanding; that the transcript
11 has been prepared in compliance with transcript
   format guidelines required by statute or by
12 rules of the Board, that I have acted in
   compliance with the prohibition on contractual
13 relationships, as defined by Louisiana Code of
   Civil Procedure Article 1434 and in rules and
14 advisory opinions of the Board; that I am not of
   counsel, not related to counsel or to the
15 parties herein, nor am I otherwise interested in
   the outcome of this matter.
16
17
18
19 Date     Raynel E. Schule, CSR
             Certified Shorthand Reporter
20           State of Louisiana
21
22
23
24
25
```

26 (Page 101)

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

EXHIBIT 11

## Detainee Voluntary Work Program Agreement
## Buffalo Federal Detention Facility

Detainees that participate in the volunteer work program will not be permitted to work to excess of 8 hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the volunteer work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, Minaya Rodriguez. Elvin. , ID# 207 359 653   Unit/Bed: B3/072

(Detainee Name)

Have read, understand, and agree to comply with the above. I have received and understand relevant safety training regarding my work assignment.

_____Kitchen_____
(Work Assignment)

_____
(Detainee Signature)

_____9-29-19_____
(Date)

_____
Department Manager Signature

- Original: Department Manager
- Cc: Detainee
  Detention Detainee File

Revised 2009

EXHIBIT 11