# Deposition Transcript

Case Number: 1:20-cv-01281-TJM-CFH
Date: April 19, 2023

In the matter of:

# YEEND, et al. v AKIMA GLOBAL SERVICES, LLC

# Denise Bordonardo



Reported by:

Katie Wilkerson

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

EXHIBIT 14

```
 1                  UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF NEW YORK

 3                          -  -  -
     DALILA YEEND, BOUNNAM          )
 4   PHIMASONE, ELVIN MINAYA        )Case No.
     RODRIGUEZ, LISA LAPOINTE,      )1:20-cv-01281-TJM-CFH
 5   and SHANTADEWIE RAHMEE,        )
     Individually, and on behalf    )
 6   of all others similarly        )REMOTE DEPOSITION OF
     situated as Class              )DENISE BORDONARDO
 7   Representatives,               )
                                    )
 8                  Plaintiffs,     )
                                    )
 9   V.                             )
                                    )
10   AKIMA GLOBAL SERVICES, LLC,    )
                                    )
11                  Defendants.     )

12

13

14
                             -  -  -
15

16

17

18

19   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
20   AGENCY

21

22

23

24

25
```

Page 2

```
 1     REMOTE DEPOSITION OF DENISE BORDONARDO,
 2  a Witness herein, called by the Plaintiffs, for
 3  examination, taken pursuant to the Federal
 4  Rules of Civil Procedure, by and before Katie
 5  Wilkerson, a Professional Court Reporter and a
 6  notary public in and for the Commonwealth of
 7  Pennsylvania, held remotely with all parties
 8  appearing from their respective locations, on
 9  Wednesday, April 19, 2023, at 10:06 a.m.
10
11  COUNSEL PRESENT:
    For the Plaintiffs:
12  Kaufman Lieb Lebowitz & Frick, LLP
    by Alison Frick, Esq.
13  245 Saw Mill River Road, Suite 106
    Hawthorne, NY 10532
14  africk@kllf-law.com
15
    For the Defendants:
16  The Kullman Firm
    by Heather F. Crow, Esq.
17  2915 Kerry Forest Parkway, Suite 101
    Tallahassee, FL 32309
18  hfc@kullmanlaw.com
```

Page 3

```
                    I N D E X
WITNESS                                          PAGE
  Denise Bordonardo

    By Ms. Frick                               4, 182
    By Ms. Crow                                   181


                  E X H I B I T S
NUMBER             DESCRIPTION                   PAGE

Exhibit 1    Dalila Yeend photo                   50
Exhibit 2    Buffalo Federal Detention
             Facility Handbook                    66
Exhibit 3    Detainee agreement                   89
Exhibit 4    worker job list                     104
Exhibit 5    Worker list                         104
Exhibit 6    Chemical training                   124
Exhibit 7    Lockdown                            138
Exhibit 8    Pay period                          145
```

Page 4

```
               P R O C E E D I N G S
            THE REPORTER:  The attorneys
participating in this deposition acknowledge
that I am not physically present in the
deposition room and that I will be reporting
this deposition remotely.
            They further acknowledge that, in
lieu of an oath administered in person, the
witness will verbally declare her testimony in
this matter is under penalty of perjury.
            The parties and their counsel
consent to this arrangement and waive any
objections to this manner of reporting.  Please
indicate your agreement by stating your name
and your agreement on the record.
            MS. FRICK:  Alison Frick.  I
agree.
            MS. CROW:  Heather Crow.  I
agree.
            DENISE BORDONARDO, a Witness
herein, having been first duly sworn, was
examined and testified as follows:
                    EXAMINATION
BY MS. FRICK:
    Q.   Good morning, Ms. Bordonardo.  My
```

Page 5

```
name is Alison Frick.  I'm the attorney for the
Plaintiffs in this matter.  I will be taking
your deposition today.
         I want to make sure that -- I
believe I misspelled your name.  I want to make
sure I pronounce your last name right.
         Can you say it for me?
    A.   Bordonardo.
    Q.   Ms. Bordonardo, have you been
deposed before?
    A.   No.
    Q.   I'm going to go over some ground
rules.
         Are you alone in the room where you
are today?
    A.   Yes, ma'am.
    Q.   Do you have any documents or
references in front of you?
    A.   No.
    Q.   I just ask if anybody comes in the
room, that you let us know and we'll take a
pause until that person leaves.
         Is that all right?
    A.   Yes, ma'am.
    Q.   How a deposition works is I'm going
```

DENISE BORDONARDO  
APRIL 19, 2023  
JOB NO. 565364

Page 10

1   A.   No.
2   Q.   Is the No. 381 affiliated with you
3   in any way?
4   A.   Yes.  It's an Echo number.
5   Q.   What's an Echo number?
6   A.   Where they call you over the radio.
7   If they need me, instead of saying my name,
8   they say my Echo number.
9   Q.   Is it E-C-H-O?
10  A.   Yes.
11  Q.   You work at AGS in Batavia,
12  New York?
13  A.   Yes.
14  Q.   What's the proper name of that
15  facility?
16  A.   Buffalo Federal Detention Facility.
17  Q.   Have you ever worked at any other
18  AGS facility?
19  A.   No.
20  Q.   How long have you -- withdrawn.
21       I'm going to refer to the Buffalo
22  Detention Center as Batavia.
23       Is that all right?
24  A.   Yes.
25  Q.   How long have you worked at the

Page 11

1   Batavia Center?
2   A.   Coming on 12 years; 12 or 13.
3   Q.   What was the job that you had before
4   you worked at Batavia Center?
5   A.   Office manager.
6   Q.   Where did you work as office
7   manager?
8   A.   Kenmore Auto Sales of Buffalo, Inc.
9   Q.   What made you decide you wanted to
10  work at AGS?
11  A.   I went to school for -- I was going
12  to college for law enforcement.
13  Q.   Did you finish your college degree?
14  A.   No, I didn't.
15  Q.   Did you acquire an associate degree?
16  A.   No.
17  Q.   Do you have any degrees or licenses,
18  professional licenses?
19  A.   No.
20  Q.   What made you want to go into law
21  enforcement?
22  A.   Something to do.
23  Q.   Any other reason?
24  A.   No.
25  Q.   What's your understanding of what

Page 12

1   the Batavia facility is for?
2   A.   It is -- what's my understanding of
3   what it's for?
4   Q.   Mmm-hmm.
5   A.   It's a holding facility for
6   detainees that are in the middle of fighting
7   their cases for deportation.
8       After they finish the state or
9   whatever jail they came from, they go to their
10  country.
11  Q.   It's an immigration detention
12  center, correct?
13  A.   Correct.
14  Q.   Have you ever worked at any other
15  jail or prison before?
16  A.   No.
17  Q.   When you started working at Batavia,
18  did you receive training about what Batavia
19  Center was used for?
20  A.   Yes.
21  Q.   What kind of training did you
22  receive?
23  A.   Classroom training.
24  Q.   When you started working at Batavia,
25  how much classroom training did you receive?

Page 13

1   A.   Two weeks.
2   Q.   Who led that classroom training?
3   A.   At the time it was Valley Metro by
4   Barbosa.
5   Q.   What is that?
6   A.   That was another company.
7   Q.   Are you saying that at the
8   time -- withdrawn.
9       It was Valley Metro.  What was the
10  third word?
11  A.   Barbosa.
12  Q.   They are the company that ran the
13  Batavia Center before AGS?
14  A.   Correct.
15  Q.   You were originally employed by
16  Valley Metro Barbosa?
17  A.   Correct.
18  Q.   Were all the employees of Valley
19  Metro Barbosa transferred automatically to AGS
20  when AGS took over?
21  A.   Yes.
22  Q.   You had never applied, specifically,
23  for a job at AGS, right?
24  A.   We did have to apply, yes.  We
25  applied.  Then we were moved over.

DENISE BORDONARDO
APRIL 19, 2023
JOB NO. 565364

Page 74

```
 1  an AGS officer, right?
 2    A.   Correct.
 3    Q.   The detainees have to sign in at the
 4  beginning of their shift?
 5    A.   No.
 6    Q.   Who signs them in?
 7    A.   I don't know.
 8         MS. CROW:  Object to the form.
 9  BY MS. FRICK:
10    Q.   How does AGS track which detainees
11  are working on any given day?
12    A.   The officer usually puts their Echo
13  number on the sheet to say that they worked.
14    Q.   On which sheet?
15    A.   On a worker sheet.
16    Q.   A worker sign-in sheet, right?
17    A.   A worker does not sign in.
18    Q.   I'm trying to understand what
19  documentation is made to show what workers were
20  working on a given day.
21         Whatever that sheet is called, can
22  you describe what documentation is made to
23  decide -- to track which workers are working on
24  a given day?
25    A.   The officer puts their Echo number
```

Page 75

```
 1  on it.
 2    Q.   On what?
 3    A.   On the sheet you're speaking of.
 4    Q.   What is the name of that sheet?
 5    A.   Worker list.
 6    Q.   AGS writes the detainees name or the
 7  worker list?
 8    A.   Correct.
 9    Q.   The officer puts their own Echo
10  number to show that that worker was there for
11  that day?
12    A.   Correct.
13    Q.   Which -- the AGS Officer whose Echo
14  number appears on the worker list, does that
15  indicate the officer who was assigned to that
16  work detail?
17    A.   No.  It could be the unit officer
18  also.
19    Q.   The Echo numbers don't necessarily
20  reflect the officer who was overseeing the work
21  being done.
22         Is that true?
23    A.   No.
24    Q.   It's not true?
25    A.   No.
```

Page 76

```
 1    Q.   So the Echo number does reflect the
 2  officer who is overseeing the work being done
 3  by a detainee, correct?
 4    A.   Correct.
 5    Q.   How many jobs -- worker program jobs
 6  are available at Batavia?
 7         MS. CROW:  Objection to the
 8  form.
 9  BY MS. FRICK:
10    Q.   You can answer.
11    A.   How many jobs are in the unit or?
12    Q.   In the entire facility?  How many
13  jobs are available to workers?
14    A.   I'm not sure.
15    Q.   How many jobs are available in each
16  uncelled housing unit?
17    A.   The same as the celled units.
18    Q.   What is that number?
19    A.   I don't know.
20    Q.   Is it more than five?
21    A.   Yes.
22    Q.   More than ten?
23    A.   I'm not sure.
24    Q.   Who would know the answer to that
25  question?
```

Page 77

```
 1    A.   Officers, lieutenants.
 2    Q.   Just not you?
 3    A.   No.  I'm not looking at a sheet.  I
 4  can't tell you.  I'm not going to answer the
 5  question wrong.  I just don't know.
 6    Q.   The detainees who participate in the
 7  worker program are only working with other
 8  detainees from their housing unit?
 9    A.   Correct.
10    Q.   Housing units don't mix?
11    A.   No.
12    Q.   Over your time at Batavia, have
13  there been any change in the number of jobs
14  available for detainee workers?
15    A.   Yes.
16    Q.   What has been that change?
17    A.   The pandemic.
18    Q.   How did the pandemic change the
19  number of jobs available for detainee workers?
20    A.   They stopped going to laundry.  They
21  stopped going to kitchen.  They stopped doing
22  work detail.
23    Q.   You're saying those jobs were
24  eliminated?
25    A.   Yes, ma'am.
```

DENISE BORDONARDO
APRIL 19, 2023
JOB NO. 565364

Page 78

1  Q. Laundry was still getting done
2  during the pandemic, right?
3  A. Correct.
4  Q. Who did the laundry during the
5  pandemic?
6  A. **They have AGS employees that do**
7  **laundry that aren't officers.**
8  Q. They're employed by AGS?
9  A. **Correct.**
10 Q. During the pandemic, who was working
11 in the kitchen?
12 A. **Kitchen officers. AGS kitchen**
13 **officers. They're not officers. They're just**
14 **kitchen employees.**
15 Q. Same with the work detail?
16 A. **Yes.**
17 Q. When you say work detail, does that
18 mean cleaning?
19 A. **Yes.**
20 Q. Have detainees gone back to be --
21 withdrawn.
22 In the current time, are detainee
23 workers back to doing those jobs?
24 A. **No. Sorry. The kitchen, yes.**
25 Q. There are still no detainee workers

Page 79

1  doing laundry?
2  A. **No.**
3  Q. Why not?
4  A. **I'm not sure.**
5  Q. There are still no detainees workers
6  doing the cleaning jobs?
7  A. **No.**
8  Q. That was a bad question.
9  Is it true that there are no
10 detainee workers doing cleaning jobs presently?
11 A. **Correct.**
12 Q. How does a detainee join the worker
13 program?
14 A. **They sign up.**
15 Q. Can any detainee sign up?
16 A. **Yes.**
17 Q. If there were only a certain number
18 of jobs available -- withdrawn.
19 What happens if all the jobs are
20 filled?
21 A. **The officer would create a waiting**
22 **list.**
23 Q. Have you ever had to create a
24 waiting list for jobs?
25 A. **Yes.**

Page 80

1  Q. Can detainees that sign up request
2  to do specific jobs?
3  A. **Yes. When they first sign up, yes.**
4  Q. Are they guaranteed to be given one
5  of the jobs they requested?
6  A. **No.**
7  Q. Who chooses where detainees are
8  assigned?
9  A. **Once a detainee leaves, the person**
10 **on the list goes to that job. Then the next**
11 **person in line.**
12 Q. If there was more than one job open,
13 who decides what job a detainee has?
14 A. **Whoever is next on the list.**
15 **Whoever leaves first, gets it. We go down the**
16 **list like that.**
17 Q. What's the point of allowing
18 detainees to request certain jobs?
19 A. **I have no idea.**
20 Q. It sounds like you're saying it's
21 just a first-come, first-served basis, correct?
22 A. **Correct.**
23 Q. It doesn't make any difference if a
24 detainee expresses interest in working in the
25 kitchen, correct?

Page 81

1  A. **We can't put them in the kitchen. I**
2  **thought you were talking about the unit. The**
3  **unit is first-come, first-served basis.**
4  **The kitchen, they have to request**
5  **for the kitchen.**
6  Q. Let's go back.
7  What are the jobs that detainees
8  perform in the worker program?
9  MS. CROW: Objection to form.
10 BY MS. FRICK:
11 Q. Go ahead.
12 A. **There's kitchen workers and unit**
13 **workers.**
14 Q. Any other kind of workers?
15 A. **There were laundry workers. There**
16 **were work detail workers.**
17 Q. What do the unit workers do?
18 A. **Escort.**
19 Q. What are their duties?
20 What are the job duties of the unit
21 workers?
22 A. **Cleaning tables, chairs, juice bar,**
23 **stairs, sweeping, mopping, buffing.**
24 Q. What were the job duties of the work
25 detail workers?

DENISE BORDONARDO
APRIL 19, 2023

JOB NO. 565364

Page 142

1  should say court -- people affiliated with the
2  court?
3      A.   There's deportation officers,
4  maintenance.  That's about it -- medical staff,
5  obviously.
6      Q.   Are the medical staff employed by
7  AGS?
8      A.   No.
9      Q.   Do you know who they're employed by?
10     A.   I have no idea.
11     Q.   Is the maintenance staff employed by
12 AGS?
13     A.   No.
14     Q.   Do you know who they're employed by?
15     A.   No idea.
16     Q.   Do you ever remember hearing about
17 detainees complaining about it being cold?
18     A.   No.
19     Q.   Is it cold in the facility in the
20 winter?
21     A.   No.
22          MS. CROW:  Objection to the
23 form.
24 BY MS. FRICK:
25     Q.   NO?

Page 143

1      A.   No.
2      Q.   Do you ever remember hearing
3  detainees complain about not having enough
4  food?
5      A.   No.
6      Q.   You've never heard detainees say
7  that they're hungry?
8      A.   No.
9      Q.   Where do the guards eat their meals?
10     A.   We have a little lunchroom away from
11 the down range.  We call it down range.
12     Q.   Is lunch provided to you?
13     A.   No.
14     Q.   Do you need to bring your own?
15     A.   Yes.  We can get it in the kitchen
16 if we want, but we don't.
17     Q.   You could eat the kitchen food
18 that's provided to the detainees, correct?
19     A.   Yes.
20     Q.   But you don't?
21     A.   No.  I don't, no.
22     Q.   Do any of the officers eat the
23 kitchen food?
24     A.   Yes, ma'am.
25     Q.   Have you ever?

Page 144

1      A.   Yes.
2      Q.   How often do you eat the kitchen
3  food?
4      A.   Maybe once a year.
5      Q.   Have detainees ever asked you
6  questions about the detainee handbook?
7      A.   Where they can get it from, yes.
8      Q.   If they have questions about what's
9  in it, who should they talk to?
10     A.   They can ask me.  I point it out to
11 them.
12     Q.   Have you ever been asked to?
13     A.   Yes.
14     Q.   What have you been asked about the
15 handbook?
16     A.   Where to mail things to, what's the
17 phone number here, what the address is, how to
18 put money on their accounts, stuff like that.
19          How much stuff they can get in a
20 bag, what kind of clothes they can have brought
21 in, if they can have cell phones, watches,
22 stuff like that.
23     Q.   Do you speak any languages other
24 than English?
25     A.   No.

Page 145

1      Q.   Are there any interpreters on the
2  staff at AGS?
3      A.   Not that I know of.
4      Q.   Are there any staff members that
5  speak more than one language?
6      A.   Yes.
7      Q.   If you're the only officer and some
8  of the detainees don't speak English, how do
9  you communicate with them?
10     A.   I would ask for an interpreter
11 inside the unit.
12     Q.   Have you ever had to do that?
13     A.   Yes.
14     Q.   When you say you would ask for an
15 interpreter, do you mean another detainee?
16     A.   Yes, ma'am.
17     Q.   If there is no other person who
18 speaks this person's language, are there any
19 procedures at AGS to ensure that that person
20 can understand?
21     A.   No.  I usually tell them to get
22 ahold of their deportation officer.
23     Q.   I want to show you what I'm marking
24 as Exhibit 8.
25          (Deposition Exhibit No. 8 was marked

DENISE BORDONARDO                                                         JOB NO. 565364
APRIL 19, 2023

```
                                                           Page 154
 1  and see if we can get something from it.
 2              MS. CROW:  Objection to the
 3  form of your questions.
 4              MS. FRICK:  Also, that's not a
 5  form of objection but whatever.
 6  BY MS. FRICK:
 7      Q.   Ms. Bordonardo, so I understand your
 8  testimony, when you were working on the
 9  processing post, there were no detainee workers
10  in processing, correct?
11      A.   Correct.
12      Q.   You think that was some time around
13  five or six years ago?
14      A.   Or longer.
15      Q.   Have you worked on the processing
16  post at any time in the last five years?
17      A.   No.
18      Q.   Is it true today that there are more
19  detainee workers who worked the P.M. shift in
20  the kitchen than the A.M. shift in the kitchen?
21      A.   I don't know.
22      Q.   Do you know why it might be the case
23  that there would be more workers on the P.M.
24  shift?
25      A.   I have no idea.
```

```
                                                           Page 155
 1      Q.   Going back to the people who strip
 2  and wax the floor, was that something that
 3  happened every day, every few days, every week?
 4      A.   No.  They do it, like, once or twice
 5  a year.
 6      Q.   It's detainees who did that job?
 7      A.   Yes.
 8      Q.   If they only work once or twice a
 9  year, do they only get paid for that once or
10  twice a year?
11      A.   Yes.
12      Q.   What's your understanding of how
13  much detainees earn when they participate in
14  the worker program?
15      A.   A dollar a day.
16      Q.   Have you read a copy of the lawsuit
17  in this Complaint?
18      A.   No.
19      Q.   I would like to take a seven-minute
20  break to assess whether I have more.
21           Can we come back at five after?
22      A.   Sure.
23           (Short recess taken.)
24  BY MS. FRICK:
25      Q.   I want to make sure I understand.
```

```
                                                           Page 156
 1  There were detainee workers who worked in the
 2  barbershop before the pandemic, and it's now
 3  starting again?
 4      A.   Correct.
 5      Q.   What is it that they do in the
 6  barbershop?
 7      A.   Cut hair.
 8      Q.   Do they need to be trained to do
 9  that?
10      A.   No.
11      Q.   Why not?
12      A.   They usually volunteer.
13      Q.   I thought you testified earlier that
14  you can't volunteer for a specific job?
15      A.   When they have their hair cut, it's
16  usually one to three detainees per unit that
17  cut hair, so they say, "I'll cut" so they can
18  all get their haircuts.  We can't have a
19  detainee from A1 cutting A2's hair.
20           They cut by pods, by units.  One
21  week A1 would go in and take three to four days
22  to cut A1's hair.  It would be people inside
23  their own unit.
24           Do you understand?
25      Q.   Are the barbers separate from the
```

```
                                                           Page 157
 1  rest of the detainee workers in terms of how
 2  they're selected for that position?
 3      A.   They usually volunteer for it.
 4      Q.   Earlier in the day you told me that
 5  detainees cannot volunteer or express
 6  preference for a specific job?
 7      A.   Correct.
 8      Q.   You told me that jobs are assigned
 9  on a first-come, first-served basis?
10      A.   Correct.  Do they want someone who
11  doesn't know how to cut hair cutting their
12  hair?  I think not.
13      Q.   That's my question.  How is it that
14  the barbers are chosen?
15           Let me ask a better question:  How
16  does AGS ensure that the people working as
17  barbers know how to cut hair?
18      A.   They don't.  When a detainee
19  volunteers, they assume that they know how
20  to -- I would assume -- that they know how to
21  cut hair.
22      Q.   Who do the detainees volunteer to?
23      A.   The barbershop officer.
24      Q.   There is an AGS officer who
25  supervises the barbershop?
```

DENISE BORDONARDO  JOB NO. 565364
APRIL 19, 2023

Page 158

1   A.   Correct.
2   Q.   During the pandemic, who was cutting
3   hair?
4   A.   Nobody.
5   Q.   There was no way to get your hair
6   cut during the pandemic?
7   A.   Nope.
8   Q.   For how long?
9   A.   They just lifted it recently.
10   Q.   For almost three years?
11   A.   Yes.  Almost.
12   Q.   Have you heard of someone working in
13   the barbershop and also working another
14   volunteer worker duty job?
15   A.   No.  They can't do that.
16   Q.   If there are detainees who are
17   working multiple jobs, would that be against
18   the rules?
19   A.   Yes.
20   Q.   You're saying there can't be a
21   detainee working multiple jobs?
22   A.   No.  One job per detainee.
23   Q.   The law library/rec, what tasks do
24   detainees provide?
25   A.   The law library clerk?  They help

Page 159

1   them with addresses, phone numbers, computer
2   tasks.  Just your basic looking up in the
3   encyclopedia.  They have lawbooks in there.
4        If they can't speak, read or write,
5   they would do that for them.
6   Q.   Earlier you mentioned each housing
7   unit has a library?
8   A.   Yes.  It is called a computer room
9   where they go in and they have a computer
10   there.  There's a typewriter so they can type
11   legal papers and use the computer.
12   Q.   Is there a separate law library in
13   the facility?
14   A.   Yes.
15   Q.   There's one for the whole facility?
16   A.   Yes.
17   Q.   There would be a law library clerk
18   from A1 who assists people from different units
19   coming to the law library, correct?
20   A.   No.
21   Q.   Why not?
22   A.   A1 is high.  They would do A1 and A2
23   and B1, because those are high detainees that
24   are in the lockdown units.
25        Then one for B1, and B2 and

Page 160

1   throughout the C units.
2   Q.   I'm talking about the one library
3   for the whole facility.  Is it your
4   testimony -- let me ask:
5        Are detainees working as law library
6   clerks, again, now today?
7   A.   No, ma'am.
8   Q.   That has not restarted after the
9   pandemic?
10   A.   No.
11   Q.   Is the law library closed?
12   A.   No.
13   Q.   It's open?
14   A.   Yes.
15   Q.   There's just not a detainee clerk?
16   A.   Correct.
17   Q.   Before the pandemic, when there was
18   a detainee clerk, is it your testimony that
19   every unit had their own detainee clerk?
20   A.   No.  There would be one for A1, A2,
21   and B1.  Those are the lockdown units.  There
22   would be one for B2, and B3, and one for C1,
23   C2, C3, C4.
24        They didn't mix the units.  They
25   didn't mix the high with the medium and low.

Page 161

1   Q.   There could be a clerk within C1,
2   and he's assisting someone from C2 or C3?
3   A.   Yes, ma'am.
4   Q.   Before the pandemic, were there
5   limits to the amount of time that a given
6   detainee could spend in the law library per
7   day?
8   A.   It's usually an hour because they
9   have to do all the units.  Mondays, at a
10   certain time, one unit would go down and the
11   next hour there would be one from B that would
12   go down.
13        The third hour of the day, after
14   count, there would be one or two from the C
15   unit that would go down.  They would do the
16   next unit the next day and go on from there.
17   Q.   Earlier in the day when you had
18   testified about people in lockdown or people in
19   the celled units who were allowed to go to the
20   library for an hour, were you talking about the
21   law library or the library in each unit?
22   A.   The law library outside of the unit.
23   They do it in the morning and in the evening.
24        Twice a day.
25   Q.   Does every unit have their own

Page 186

```
 1   ERRATA SHEET              REASON FOR
     PAGE     LINE           CHANGE/CORRECTION
 2   _____    _____    _____
 3   _____    _____    _____
 4   _____    _____    _____
 5   _____    _____    _____
 6   _____    _____    _____
 7   _____    _____    _____
 8   _____    _____    _____
 9   _____    _____    _____
10   _____    _____    _____
11   _____    _____    _____
12   _____    _____    _____
13   _____    _____    _____
14   _____    _____    _____
15   _____    _____    _____
16   _____    _____    _____
17   _____    _____    _____
18   _____    _____    _____
19   _____    _____    _____
20   _____    _____    _____
21   _____    _____    _____
22   _____    _____    _____
23   _____    _____    _____
24
25
```

Page 187

```
 1   COMMONWEALTH OF PENNSYLVANIA    )
                                     ) SS
 2   COUNTY OF ALLEGHENY             )
 3                 CERTIFICATE
 4       I, Katie Wilkerson, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, DENISE BORDONARDO,
     was by me first duly sworn to testify the
 6   truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
 7   at the time and place stated herein; and that
     the said deposition was recorded
 8   stenographically by me and then reduced to
     typewriting under my direction, and constitutes
 9   a true record of the testimony given by said
     witness.
10
         I further certify that the inspection,
11   reading and signing of said deposition were
     waived by counsel for the respective parties
12   and by the witness.
13       I further certify that I am not a
     relative, employee or attorney of any of the
14   parties, or a relative or employee of either
     counsel, and that I am in no way interested
15   directly or indirectly in this action.
16       IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office this 2nd day
17   of May, 2023.
18                Katie Wilkerson
                  Professional Reporter
19
         My Commission Expires February 14, 2026
20
21
22
23
24
25
```