UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DALILA YEEND, BOUNNAM PHIMASONE,
ELVIN MINAYA RODRIGUEZ, LISA LAPOINTE,
and SHANTADEWIE RAHMEE,

                      Plaintiffs,

v.                                        1:20-CV-1281 (TJM/CFH)

AKIMA GLOBAL SERVICES, LLC, a/k/a AGS,

                      Defendant.

---

## DECLARATION OF CORY REFFNER

I, Cory Reffner, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am employed by the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), as a Facility Operations Specialist at the Buffalo Federal Detention Facility ("BFDF") in Batavia, New York. I have held this position since 2016. As a Facility Operations Specialist, I oversee the maintenance of the BFDF and am responsible for facility construction project management.

2. I have determined the square footage of certain areas within the BFDF as follows:

| Area | Description | Square Footage |
|---|---|---|
| 1. | Celled housing unit (A1, A2, B1) | 4050 sq. ft. each |
| 2. | Dorm housing unit (B2, B3, C1, C2, C3, C4) | 4539 sq. ft. each |

EXHIBIT 16

| | | |
|---|---|---|
| 3. | Detainee bathrooms and showers (2) in each unit – <br><br> Celled (A1, A2, B1) <br><br> Dorm (B2, B3, C1, C2, C3, C4) | <br><br><br> 169 sq. ft. total per unit <br><br> 480 sq. ft. total per unit |
| 4. | A, B, and C corridors – <br><br> A-Pod <br><br> B-Pod <br><br> C-Pod | <br><br> 368 sq. ft. <br><br> 640 sq. ft. <br><br> 640 sq. ft. |
| 5. | Main Corridor | 5700 sq. ft. |
| 6. | SHU (area where detainees work and clean) | 3602 sq. ft. |
| 7. | Gym, law library, and library | 2912 sq. ft. |
| 8. | Multipurpose room (Chapel) | 361 sq. ft. |
| 9. | Barber Shop | 384 sq. ft. |
| 10. | Kitchen (area where detainees work and clean) | 4472 sq. ft. |
| 11. | Processing (area where detainees go – in front of desk, cells, and shower area) | 3572 sq. ft. |
| 12. | Visitation (area where detainees go to clean) | 1760 sq. ft. |
| 13. | Medical housing unit cells (2) | 140 sq. ft. each |

EXHIBIT 16

3. For Areas 1-2 and 4-12, I determined the square footage from a review of the blueprints for the 2013 BFDF expansion project.

4. For Area 3, I determined the square footage by using a measuring tape.

5. For Area 13, I determined the square footage by reviewing an air balance report prepared in 2022. I was present during the air balance testing that resulted in the air balance report and observed the square footage measurements that were taken during that testing.

6. The square footage for Areas 1-13 is reasonably accurate to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 15, 2023
Batavia, New York

_____
Cory Reffner
Facility Operations Specialist
Immigration and Customs Enforcement

EXHIBIT 16