## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CASE NO: 1:20-CV-1281

| | |
|---|---|
| **Yeend et. al.** | ) |
|      *Plaintiffs,* | ) |
| **v.** | ) |
| | ) |
| **Akima Global Services, LLC** | ) |
|      *Defendant.* | ) |
| _____ | ) |

I, Robert V. Roberts, certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the copy of the Chenega Facilities Management LLC (Chenega) contract, No. 70CMSW18FR0000002, produced to plaintiffs' and defendant's counsel on September 25, 2023, as Bates Stamp ICE-00161 through ICE-00523, is an authentic, true, and correct copy of the contract between Chenega and U.S. Immigration and Customs Enforcement.

Signed this the <u>17th</u> day of November 2023.

ROBERT V
ROBERTS
Digitally signed by ROBERT V
ROBERTS
Date: 2023.11.17 07:33:17
-05'00'

_____

Robert V. Roberts
Contracting Officer
Office of Acquisition Management
U.S. Immigration and Customs Enforcement

EXHIBIT 17

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|
| 192118OFA2510F002 | | 1 | 40 |

| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS06Q16BQDS105 | | 70CMSW18FR0000002 | HSCEMR-17-Q-00002 | 08/15/2017 |

**7. FOR SOLICITATION INFORMATION CALL:** ▶

| a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|
| DONNA WESSEL | 407-440-█████ | |

| 9. ISSUED BY | CODE | ICE/MS/OAQ-OR |
|---|---|---|

ICE Mission Support-ORLANDO
Immigration and Customs Enforcement
Office of Acquisition Management
9495 Delegates Drive
Attn: ████████ ████████
ORLANDO FL 32837-8347

**10. THIS ACQUISITION IS** ☐ UNRESTRICTED OR ☒ SET ASIDE: ____ % FOR:

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☒ 8(A)

NAICS: 561210

SIZE STANDARD: $ ████

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

| 15. DELIVER TO | CODE | ICE/CFO/FA | 16. ADMINISTERED BY | CODE | ICE/MS/OAQ-ORLAN |
|---|---|---|---|---|---|

ICE CFO Ofc of Facilities Admin
Immigration and Customs Enforcement
500 12th Street, NW
Washington DC 20536

ICE/Mission Support-ORLANDO
Immigration and Customs Enforcement
Office of Acquisition Management
9495 Delegates Drive
Attn: ████████ ████████
Orlando FL 32837-8347

| 17a. CONTRACTOR/ OFFEROR | CODE | 0786504780000 | FACILITY CODE | | 18a. PAYMENT WILL BE MADE BY | CODE | ICE-OCFO-OFA |
|---|---|---|---|---|---|---|---|

CHENEGA FACILITIES MANAGEMENT LLC
3000 C STREET SUITE 301
ANCHORAGE AK 99503

DHS, ICE
Burlington Finance Center
P.O. Box 1620
Attn: ICE-OCFO-OFA
Williston VT 05495-1620

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

DUNS Number: 078650478
COR: ████████ ; ████████ ;

Acquisition POC: ████████ ; ████████ ;
████████

The contractor shall not accept any instruction that would result in any change to the supplies/services herein by any entity other than the issuing office's contracting officer.

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| See schedule | $ ████████ |

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4.  FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA | ☐ ARE | ☒ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE.  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | ☒ 29. AWARD OF CONTRACT: _____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| | Digitally signed by ██████ DN: c=US, o=U.S. Government, ou=Department of Homeland Security, ou=ICE, ou=People, cn=ROBERT V ROBERTS, 0.9.2342.19200300.100.1.1=65748019004.ICE Date: 2017.11.22 11:01:44 -05'00' |

| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* ████████ | 31c. DATE SIGNED |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00161

Exhibit 17-A

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Exempt Action: Y Sensitive Award: NONE | | | | |
| | Accounting Info: | | | | |
| | ██████████████████ | | | | |
| | █████████████████████████ | | | | |
| | ████████████████ | | | | |
| | █████████████████████ | | | | |
| | Period of Performance: 12/11/2017 to 12/10/2027 | | | | |
| 0001 | Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017 Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████████████████ | |
| 0002 | General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017 Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████████████████ | |
| 0003 | Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017 Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D Continued ... | 12 | MO | ███████████████████ | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |

| 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |
|---|---|

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00162

STANDARD FORM 1449 (REV. 2/2012) BACK

Exhibit 17-A

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | | PAGE<br>3 | OF<br>40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | FACILITIES | | | | |
| 0004 | Groundskeeping/Landscaping Services IAW PWS dated<br>July 2017 and Quote dated October 5, 2017<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 0005 | Trash Hauling IAW PWS dated July 2017 and Quote<br>dated October 5, 2017<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 0006 | Pest Control Services IAW PWS dated July 2017 and<br>Quote dated October 5, 2017<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 0007 | Contract Access Fee<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 0008 | Parts and Material IAW PWS dated July 2017 and<br>Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | ▮▮▮ |
| 0009 | Snow Maintenance/Removal Services IAW PWS dated<br>July 2017 and Quote dated October 5, 2017<br><br>Continued ... | | | | ▮▮▮ |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00163

OPTIONAL FORM 336 (4-86)

EXHIBIT 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>4 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 0010 | Emergency Maintenance Services IAW PWS dated July<br>2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval<br>shall be obtained PRIOR to commencing work.<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | ███████ |
| 0011 | Over and Above Services IAW PWS dated July 2017<br>and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form<br>must be provided to the COR/CO for approval PRIOR<br>to commencing work.<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | ███████ |
| 0012 | Transition Services IAW PWS dated July 2017 and<br>Quote dated October 5, 2017<br><br>This is a reimbursable Line Item;<br>Not to Exceed $█████<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | ███████ |
| 1001 | OPTION PERIOD ONE - Preventative Maintenance IAW<br>PWS dated July 2017 and Quote dated October 5,<br>2017<br>Amount: $███████(Option Line Item)<br>12/11/2018<br>Continued ... | 12 | MO | ███████████ | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE | OF |
|---|---|---|---|
| | | 5 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 1002 | OPTION PERIOD ONE - General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $ ▇▇▇▇ (Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 1003 | OPTION PERIOD ONE - Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $ ▇▇▇▇ (Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 1004 | OPTION PERIOD ONE - Groundskeeping/Landscaping Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $ ▇▇▇▇ (Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 1005 | OPTION PERIOD ONE - Trash Hauling IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $ ▇▇▇▇ (Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES<br><br>Continued ... | 12 | MO | ██████████ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00165

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

**CONTINUATION SHEET**

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 1006 | OPTION PERIOD ONE - Pest Control Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████████ | |
| 1007 | OPTION PERIOD ONE - Contract Access Fee<br>Amount: $███████(Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████████ | |
| 1008 | OPTION PERIOD ONE - Parts and Material IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $███████(Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 1009 | OPTION PERIOD ONE - Snow Maintenance/Removal Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $███████(Option Line Item)<br>11/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 1010 | OPTION PERIOD ONE - Emergency Maintenance<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00166

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>7 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval shall be obtained PRIOR to commencing work.<br>Amount: $███████(Option Line Item)<br>12/10/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 1011 | OPTION PERIOD ONE - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Amount: $███████(Option Line Item)<br>12/11/2018<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 2001 | OPTION PERIOD TWO - Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 2002 | OPTION PERIOD TWO - General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES<br>Continued ... | 12 | MO | ████████ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00167

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | PAGE<br>8 | OF<br>40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 2003 | OPTION PERIOD TWO - Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 2004 | OPTION PERIOD TWO - Groundskeeping/Landscaping Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: ███████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 2005 | OPTION PERIOD TWO - Trash Hauling IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 2006 | OPTION PERIOD TWO - Pest Control Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 2007 | OPTION PERIOD TWO - Contract Access Fee<br>Amount: $███████(Option Line Item)<br>12/11/2019<br>Continued ... | 12 | MO | ████████ | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00168

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | GS06Q16BQDS105/70CMSW18FR0000002 | | 9 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 2008 | OPTION PERIOD TWO - Parts and Material IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $████████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 2009 | OPTION PERIOD TWO - Snow Maintenance/Removal<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $████████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 2010 | OPTION PERIOD TWO - Emergency Maintenance<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval<br>shall be obtained PRIOR to commencing work.<br>Amount: $████████(Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 2011 | OPTION PERIOD TWO - Over and Above Services IAW<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00169

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>10 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Amount: $███████ (Option Line Item)<br>12/11/2019<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 3001 | OPTION PERIOD THREE - Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████ (Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████ | |
| 3002 | OPTION PERIOD THREE - General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████ (Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████ | |
| 3003 | OPTION PERIOD THREE - Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████ (Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████ | |
| 3004 | OPTION PERIOD THREE - Groundskeeping/Landscaping<br>Continued ... | 12 | MO | ███████ | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00170

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>11 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $████████(Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 3005 | OPTION PERIOD THREE - Trash Hauling IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $████████(Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████████ | |
| 3006 | OPTION PERIOD THREE - Pest Control Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $████████(Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████████ | |
| 3007 | OPTION PERIOD THREE - Contract Access Fee<br>Amount: $████████(Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████████ | |
| 3008 | OPTION PERIOD THREE - Parts and Material IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $████████(Option Line Item)<br>11/11/2020<br>Product/Service Code:  Z1HB<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | | PAGE<br>12 | OF<br>40 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 3009 | OPTION PERIOD THREE - Snow Maintenance/Removal Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $▮▮▮▮▮▮(Option Line Item)<br>11/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 3010 | OPTION PERIOD THREE - Emergency Maintenance Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval shall be obtained PRIOR to commencing work.<br>Amount: $▮▮▮▮▮▮(Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 3011 | OPTION PERIOD THREE - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Amount: $▮▮▮▮▮▮(Option Line Item)<br>12/11/2020<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES<br><br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima  ICE  00172

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | | PAGE 13 | OF 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 4001 | OPTION PERIOD FOUR - Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 4002 | OPTION PERIOD FOUR - General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 4003 | OPTION PERIOD FOUR - Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 4004 | OPTION PERIOD FOUR - Groundskeeping/Landscaping Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████████ | |
| 4005 | OPTION PERIOD FOUR - Trash Hauling IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████████(Option Line Item)<br>Continued ... | 12 | MO | ██████████ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima   ICE  00173

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>14 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 4006 | OPTION PERIOD FOUR - Pest Control Services IAW<br>PWS dated July 2017 and Quote dated October 5,<br>2017<br>Amount: $███████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ██████████ | |
| 4007 | OPTION PERIOD FOUR - Contract Access Fee<br>Amount: $███████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████████ | |
| 4008 | OPTION PERIOD FOUR - Parts and Material IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $███████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 4009 | OPTION PERIOD FOUR - Snow Maintenance/Removal<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $███████(Option Line Item)<br>12/11/2021<br>Continued ... | | | | 0.00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00174

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS06Q16BQDS105/70CMSW18FR0000002 | PAGE 15 | OF 40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 4010 | OPTION PERIOD FOUR - Emergency Maintenance Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval shall be obtained PRIOR to commencing work.<br>Amount: $██████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 4011 | OPTION PERIOD FOUR - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Amount: $██████(Option Line Item)<br>12/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 5001 | OPTION PERIOD FIVE - Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████(Option Line Item)<br>11/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 5002 | OPTION PERIOD FIVE - General Maintenance IAW PWS Continued ... | 12 | MO | ████████ | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00175

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE | OF |
|---|---|---|---|
| | | 16 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████ (Option Line Item)<br>11/11/2021<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 5003 | OPTION PERIOD FIVE - Janitorial/Custodial<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br>Amount: $███████ (Option Line Item)<br>11/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | |
| 5004 | OPTION PERIOD FIVE - Groundskeeping/Landscaping<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br>Amount: $███████ (Option Line Item)<br>11/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | |
| 5005 | OPTION PERIOD FIVE - Trash Hauling IAW PWS dated<br>July 2017 and Quote dated October 5, 2017<br>Amount: $███████ (Option Line Item)<br>11/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | |
| 5006 | OPTION PERIOD FIVE - Pest Control Services IAW<br>PWS dated July 2017 and Quote dated October 5,<br>2017<br>Amount: $███████ (Option Line Item)<br>12/11/2022<br>Product/Service Code:  Z1HB<br>Continued ... | 12 | MO | ████████ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima  ICE  00176

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

Prescribed by GSA FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | PAGE OF<br>17 | 40 OF |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 5007 | OPTION PERIOD FIVE - Contract Access Fee<br>Amount: $████████ (Option Line Item)<br>12/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 5008 | OPTION PERIOD FIVE - Parts and Material IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $████████ (Option Line Item)<br>12/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 5009 | OPTION PERIOD FIVE - Snow Maintenance/Removal Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $████████ (Option Line Item)<br>12/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 5010 | OPTION PERIOD FIVE - Emergency Maintenance Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval shall be obtained PRIOR to commencing work.<br>Amount: $████████ (Option Line Item)<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima  ICE  00177

Exhibit 17-A

| | | | | | PAGE | OF |
|---|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | | 18 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 5011 | OPTION PERIOD FIVE - Over and Above Services IAW<br>PWS dated July 2017 and Quote dated October 5,<br>2017<br><br>This is a reimbursable Line Item. The O&A form<br>must be provided to the COR/CO for approval PRIOR<br>to commencing work.<br>Amount: $███████(Option Line Item)<br>12/11/2022<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 6001 | OPTION PERIOD SIX - Preventative Maintenance IAW<br>PWS dated July 2017 and Quote dated October 5,<br>2017<br>Amount: $██████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ███████ | |
| 6002 | OPTION PERIOD SIX - General Maintenance IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br>Amount: $██████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ██████ | |
| 6003 | OPTION PERIOD SIX - Janitorial/Custodial Services<br>IAW PWS dated July 2017 and Quote dated October<br>5, 2017<br>Amount: $██████(Option Line Item)<br>Continued ... | 12 | MO | ██████ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima  ICE  00178

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | | | | PAGE OF<br>19      40 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 6004 | OPTION PERIOD SIX - Groundskeeping/Landscaping<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br>Amount: $█████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | █████████ | |
| 6005 | OPTION PERIOD SIX - Trash Hauling IAW PWS dated<br>July 2017 and Quote dated October 5, 2017<br>Amount: $█████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | █████████ | |
| 6006 | OPTION PERIOD SIX - Pest Control Services IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br>Amount: $█████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | |
| 6007 | OPTION PERIOD SIX - Contract Access Fee<br>Amount: $█████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES<br><br>Continued ... | 12 | MO | █████████ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima  ICE  00179

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE | OF |
|---|---|---|---|
| | | 20 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 6008 | OPTION PERIOD SIX - Parts and Material IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $██████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 6009 | OPTION PERIOD SIX - Snow Maintenance/Removal Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $██████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 6010 | OPTION PERIOD SIX - Emergency Maintenance Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval shall be obtained PRIOR to commencing work.<br>Amount: $██████(Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 6011 | OPTION PERIOD SIX - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima   ICE  00180

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>21 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Amount: $ ███████ (Option Line Item)<br>12/11/2023<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 7001 | OPTION PERIOD SEVEN - Preventative Maintenance<br>IAW PWS dated July 2017 and Quote dated October<br>5, 2017<br>Amount: $ ███████ (Option Line Item)<br>12/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | ████████ |
| 7002 | OPTION PERIOD SEVEN - General Maintenance IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br>Amount: $ ███████ Option Line Item)<br>12/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | ████████ |
| 7003 | OPTION PERIOD SEVEN - Janitorial/Custodial<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br>Amount: $ ██████ (Option Line Item)<br>12/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ████████ | ████████ |
| 7004 | OPTION PERIOD SEVEN - Groundskeeping/Landscaping<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br>Amount: $ ███████ (Option Line Item)<br>11/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>Continued ... | 12 | MO | ████████ | ████████ |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima   ICE  00181

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE | OF |
|---|---|---|---|
| | | 22 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 7005 | OPTION PERIOD SEVEN - Trash Hauling IAW PWS dated<br>July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>11/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ██████████ | |
| 7006 | OPTION PERIOD SEVEN - Pest Control Services IAW<br>PWS dated July 2017 and Quote dated October 5,<br>2017<br>Amount: $██████Option Line Item)<br>11/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ██████████ | |
| 7007 | OPTION PERIOD SEVEN - Contract Access Fee<br>Amount: $███████(Option Line Item)<br>11/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | 12 | MO | ██████████ | |
| 7008 | OPTION PERIOD SEVEN - Parts and Material IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $████████(Option Line Item)<br>11/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 7009 | OPTION PERIOD SEVEN - Snow Maintenance/Removal<br>Continued ... | | | | 0.00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima   ICE  00182

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE<br>23 | OF<br>40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Services IAW PWS dated July 2017 and Quote dated October 5, 2017 | | | | |
| | NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $█████(Option Line Item)<br>11/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 7011 | OPTION PERIOD SEVEN - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Amount: $█████(Option Line Item)<br>12/11/2024<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 8001 | OPTION PERIOD EIGHT - Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $█████(Option Line Item)<br>12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ████████ | |
| 8002 | OPTION PERIOD EIGHT - General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $█████(Option Line Item)<br>12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES<br>Continued ... | 12 | MO | ████████ | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00183

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED GS06Q16BQDS105/70CMSW18FR0000002 | | PAGE 24 | OF 40 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 8003 | OPTION PERIOD EIGHT - Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017 <br> Amount: $██████ (Option Line Item) <br> 12/11/2025 <br> Product/Service Code: Z1HB <br> Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████ | |
| 8004 | OPTION PERIOD EIGHT - Groundskeeping/Landscaping Services IAW PWS dated July 2017 and Quote dated October 5, 2017 <br> Amount: $██████ (Option Line Item) <br> 12/11/2025 <br> Product/Service Code: Z1HB <br> Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████ | |
| 8005 | OPTION PERIOD EIGHT - Trash Hauling IAW PWS dated July 2017 and Quote dated October 5, 2017 <br> Amount: $██████ (Option Line Item) <br> 12/11/2025 <br> Product/Service Code: Z1HB <br> Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████ | |
| 8006 | OPTION PERIOD EIGHT - Pest Control Services IAW PWS dated July 2017 and Quote dated October 5, 2017 <br> Amount: $██████ (Option Line Item) <br> 12/11/2025 <br> Product/Service Code: Z1HB <br> Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ██████ | |
| 8007 | OPTION PERIOD EIGHT - Contract Access Fee <br> Amount: $██████ (Option Line Item) <br> Continued ... | 12 | MO | ██████ | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER <br> Yeend v. Akima ICE 00184

Exhibit 17-A

Case 1:20-cv-01281-TJM-CEH   Document 117-19   Filed 02/08/24   Page 26 of 41

**CONTINUATION SHEET**

REFERENCE NO OF DOCUMENT BEING CONTINUED
GS06Q16BQDS105/70CMSW18FR0000002

PAGE   OF
25   40

NAME OF OFFEROR OR CONTRACTOR
CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | |
| 8008 | OPTION PERIOD EIGHT - Parts and Material IAW PWS<br>dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $███████(Option Line Item)<br>12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 8009 | OPTION PERIOD EIGHT - Snow Maintenance/Removal<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br><br>NTE 100" per calendar year<br>This is a reimbursable Line Item<br>Amount: $███████(Option Line Item)<br>12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES | | | | 0.00 |
| 8010 | OPTION PERIOD EIGHT - Emergency Maintenance<br>Services IAW PWS dated July 2017 and Quote dated<br>October 5, 2017<br><br>This is a reimbursable Line Item. COR/CO approval<br>shall be obtained PRIOR to commencing work.<br>Amount: $███████(Option Line Item)<br>12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF<br>GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D<br>FACILITIES<br><br><br>Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00185

OPTIONAL FORM 336 (4-86)
Exhibit 17-A

| **CONTINUATION SHEET** | REFERENCE NO OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | GS06Q16BQDS105/70CMSW18FR0000002 | 26 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 8011 | OPTION PERIOD EIGHT - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work.<br>Amount: $███████(Option Line Item)<br>12/11/2025<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 9001 | OPTION PERIOD NINE - Preventative Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████ | |
| 9002 | OPTION PERIOD NINE - General Maintenance IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ███████ | |
| 9003 | OPTION PERIOD NINE - Janitorial/Custodial Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $███████(Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES<br><br>Continued ... | 12 | MO | ███████ | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00186

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

**CONTINUATION SHEET**

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 9004 | OPTION PERIOD NINE - Groundskeeping/Landscaping Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $▮▮▮▮ (Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 9005 | OPTION PERIOD NINE - Trash Hauling IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $▮▮▮▮ (Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 9006 | OPTION PERIOD NINE - Pest Control Services IAW PWS dated July 2017 and Quote dated October 5, 2017<br>Amount: $▮▮▮▮ (Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 9007 | OPTION PERIOD NINE - Contract Access Fee<br>Amount: $▮▮▮▮ (Option Line Item)<br>12/11/2026<br>Product/Service Code:  Z1HB<br>Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | 12 | MO | ▮▮▮▮▮ | |
| 9008 | OPTION PERIOD NINE - Parts and Material IAW PWS dated July 2017 and Quote dated October 5, 2017<br><br>This is a reimbursable Line Item.<br>Amount: $▮▮▮▮ (Option Line Item)<br>12/11/2026<br>Continued ... | | | | 0.00 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00187

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED GS06Q16BQDS105/70CMSW18FR0000002 | PAGE OF 28 | 40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | |
| 9009 | OPTION PERIOD NINE - Snow Maintenance/Removal Services IAW PWS dated July 2017 and Quote dated October 5, 2017 NTE 100" per calendar year This is a reimbursable Line Item Amount: $▮▮▮▮▮(Option Line Item) 12/11/2026 Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 9010 | OPTION PERIOD NINE - Emergency Maintenance Services IAW PWS dated July 2017 and Quote dated October 5, 2017 This is a reimbursable Line Item. COR/CO approval shall be obtained PRIOR to commencing work. Amount: $▮▮▮▮▮Option Line Item) 12/11/2026 Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES | | | | 0.00 |
| 9011 | OPTION PERIOD NINE - Over and Above Services IAW PWS dated July 2017 and Quote dated October 5, 2017 This is a reimbursable Line Item. The O&A form must be provided to the COR/CO for approval PRIOR to commencing work. Amount: $▮▮▮▮▮(Option Line Item) 12/11/2026 Product/Service Code:  Z1HB Product/Service Description: MAINTENANCE OF GOVERNMENT-OWNED GOVERNMENT-OPERATED (GOGO) R&D FACILITIES Continued ... | | | | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00188

Exhibit 17-A

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>GS06Q16BQDS105/70CMSW18FR0000002 | PAGE | OF |
|---|---|---|---|
| | | 29 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Invoice Instructions:<br><br>Service Providers/Contractors shall follow these procedures when submitting invoices.<br><br>1. Invoice Submission:  Invoices shall be submitted in a ".pdf" format in accordance with the contract terms and conditions [Contract Specialist and Contracting Officer to disclose if on a monthly basis or other agreed to terms"] via email, United States Postal Service (USPS) or facsimile as follows:<br><br>a.   Email:<br><br>•    Invoice.Consolidation@ice.dhs.gov<br>•    Contracting Officer Representative (COR) or Government Point of Contact (GPOC)<br>•    Contract Specialist/Contracting Officer<br><br>Each email shall contain only (1) invoice and the invoice number shall be indicated on the subject line of the email.<br><br>b. USPS:<br><br>DHS, ICE<br>Financial Operations - Burlington<br>P.O. Box 1620<br>Williston, VT  05495-1620<br><br>ATTN: ICE/OFA<br><br>The Contractors Data Universal Numbering System (DUNS) Number must be registered and active in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.<br><br>c. Facsimile:<br><br>Alternative Invoices shall be submitted<br>Continued ... | | | | |

NSN 7540-01-152-8067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00189

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS06Q16BQDS105/70CMSW18FR0000002 | | | 30 | 40 |

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | to:  (802)-288-7658<br><br>Submissions by facsimile shall include a cover sheet, point of contact and the number of total pages.<br>Submissions by facsimile shall include a cover sheet, point of contact and the number of total pages.<br>Note: the Service Providers or Contractors Dunn and Bradstreet (D&B) DUNS Number must be registered in the System for Award Management (SAM) at https://www.sam.gov prior to award and shall be notated on every invoice submitted to ensure prompt payment provisions are met. The ICE program office identified in the task order/contract shall also be notated on every invoice.<br><br>2. Content of Invoices:  Each invoice shall contain the following information in accordance with 52.212-4 (g), as applicable:<br><br>(i) Name and address of the Contractor.  The name, address and DUNS number on the invoice MUST match the information in both the Contract/Agreement and the information in the SAM;<br><br>(ii) Dunn and Bradstreet (D&B) DUNS number;<br><br>(iii) Invoice date and unique invoice number;<br><br>(iv) Agreement/Contract number, , if applicable, the order number;<br><br>(v) Contract Line Item Number(s) (CLIN); Description; quantity; unit of measure; unit price and extended price of the items delivered, period of performance (each CLIN shall be identified separately on the invoice);<br><br>(vi) If applicable, shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;<br><br>(vii) Terms of any discount for prompt payment<br>Continued ... | | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER<br>Yeend v. Akima   ICE  00190

OPTIONAL FORM 336 (4-86)

Exhibit 17-A

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | offered; | | | | |

offered;

(viii) Remit to Address;

(ix) Name, title, and phone number of person to notify in event of an improper invoice;

(x) ICE program office designated on order/contract/agreement and

(xi) Mark invoice as "Interim" (Ongoing performance and additional billing expected) and "Final" (performance complete and no additional billing)

(xii) Electronic Funds Transfer (EFT) banking information in accordance with 52.232-33 Payment by Electronic Funds Transfer – System for Award Management or 52-232-34, Payment by Electronic Funds Transfer – Other than System for Award Management.

3. Other than Firm Fixed Price (FFP) Type Line Items:

Time and Material Items

Materials on T&M Orders must comply with FAR 52.232-7 Payments Under Time-and-Materials and Labor Hour Contracts (Aug 2012).

Cost Reimbursable CLIN (Other Direct Costs)

The contractor may invoice on a monthly on the basis of cost incurred for the Other Direct Cost (ODC) CLINs. The invoice shall include the period of performance covered by the invoice and the CLIN number and name. In addition, the contractor shall provide the following detailed information for each invoice submitted, as applicable in spreadsheet form:

•    Item purchased
•    Cost
•    Date expensed
•    Documentation of prior COR approval

Continued ...

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00191

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS06Q16BQDS105/70CMSW18FR0000002 | | PAGE OF 32 40 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

CHENEGA FACILITIES MANAGEMENT LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | All cost presentations provided by the Contractor shall also include applicable indirect cost.<br><br>In order to ensure that an accurate invoice is submitted, the Contractor shall coordinate the invoice with the COR before sending the invoice to Financial Operations Burlington.<br><br>4.   Invoice Inquiries: Questions regarding invoice submission or payment, please contact ICE Financial Operations at ███████████1 or by e-mail at ████████████████████<br><br>The total amount of award: $██████████. The obligation for this award is shown in box 26. | | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00192
OPTIONAL FORM 336 (4-86)

Exhibit 17-A

70CMSW18FR0000002

**CLAUSES**

In accordance with BMO/BMO SB contract Part II, Section I, all Applicable and Required clauses set forth in FAR 52.301 automatically flow down to all BMO/BMO SB task orders, statement of work, competition requirements, and dollar value as of the date the task order solicitation is issued.

**52.208-9 -- Contractor Use of Mandatory Sources of Supply or Services. (May 2014)**

(a) Certain supplies or services to be provided under this contract for use by the Government are required by law to be obtained from nonprofit agencies participating in the program operated by the Committee for Purchase from People Who Are Blind or Severely Disabled (the Committee) under 41 U.S.C. 8504. Additionally, certain of these supplies are available from the Defense Logistics Agency (DLA), the General Services Administration (GSA), or the Department of Veterans Affairs (VA). The Contractor shall obtain mandatory supplies or services to be provided for Government use under this contract from the specific sources indicated in the contract schedule.

(b) The Contractor shall immediately notify the Contracting Officer if a mandatory source is unable to provide the supplies or services by the time required, or if the quality of supplies or services provided by the mandatory source is unsatisfactory. The Contractor shall not purchase the supplies or services from other sources until the Contracting Officer has notified the Contractor that the Committee or an Ability One central nonprofit agency has authorized purchase from other sources.

(c) Price and delivery information for the mandatory supplies is available from the Contracting Officer for the supplies obtained through the DLA/GSA/VA distribution facilities. For mandatory supplies or services that are not available from DLA/GSA/VA, price and delivery information is available from the appropriate central nonprofit agency. Payments shall be made directly to the source making delivery. Points of contact for Ability One central nonprofit agencies are:

(1) National Industries for the Blind (NIB)
1310 Braddock Place
Alexandria, VA 22314-1691
(703) 310-0500; and
(2) NISH
8401 Old Courthouse Road
Vienna, VA 22182
(571) 226-4660.

(End of Clause)

**52.209-9 – Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013)**

(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management database via https://www.acquisition.gov.

(b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available. FAPIIS consist of two segments—

(1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by—

(i) Government personnel and authorized users performing business on behalf of the Government; or

(ii) The Contractor, when viewing data on itself; and

(2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for-

(i) Past performance reviews required by subpart 42.15;

(ii) Information that was entered prior to April 15, 2011; or

(iii) Information that is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

(c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information. The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.

(2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

33

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00193

Exhibit 17-A

70CMSW18FR0000002

(3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.
(d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(End of clause)

**52.217-5 – Evaluation of Options (July 1990)**
Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of Clause)

**52.217-8 -- Option to Extend Services (Nov 1999)**
The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor within **14 days**.

(End of Clause)

**52.217-9 -- Option to Extend the Term of the Contract (Mar 2000)**
(a) The Government may extend the term of this contract by written notice to the Contractor within **7 days**; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least **14 days** before the contract expires.  The preliminary notice does not commit the Government to an extension.
(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.
(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed **10 years, 6 months (if Clause 52.217-8 is used)**.

(End of Clause)

**52.224-3 -- Privacy Training (Jan 2017)**
 (a) *Definition*. As used in this clause, "personally identifiable information means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular A-130, Managing Federal Information as a Strategic Resource).
(b) The Contractor shall ensure that initial privacy training, and annual privacy training thereafter, is completed by contractor employees who--
(1) Have access to a system of records;
(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information on behalf of an agency; or
(3) Design, develop, maintain, or operate a system of records (see also FAR subpart 24.1 and 39.105).
(c)
(1) Privacy training shall address the key elements necessary for ensuring the safeguarding of personally identifiable information or a system of records. The training shall be role-based, provide foundational as well as more advanced levels of training, and have measures in place to test the knowledge level of users. At a minimum, the privacy training shall cover--
(i) The provisions of the Privacy Act of 1974 (5 U.S.C. 552a), including penalties for violations of the Act;
(ii) The appropriate handling and safeguarding of personally identifiable information;
(iii) The authorized and official use of a system of records or any other personally identifiable information;
(iv) The restriction on the use of unauthorized equipment to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise access personally identifiable information;
(v) The prohibition against the unauthorized use of a system of records or unauthorized disclosure, access, handling, or use of personally identifiable information; and
(vi) The procedures to be followed in the event of a suspected or confirmed breach of a system of records or the unauthorized disclosure, access, handling, or use of personally identifiable information (see OMB guidance for Preparing for and Responding to a Breach of Personally Identifiable Information).
(2) Completion of an agency-developed or agency-conducted training course shall be deemed to satisfy these elements.
(d) The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.
(e) The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle personally identifiable information, or to design, develop, maintain, or operate a system of records unless the employee has completed privacy training, as required by this clause.

34

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00194

Exhibit 17-A

70CMSW18FR0000002

(f) The substance of this clause, including this paragraph (f), shall be included in all subcontracts under this contract, when subcontractor employees will--
(1) Have access to a system of records;
(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information; or
(3) Design, develop, maintain, or operate a system of records.

(End of clause)

**Agency specific provisions and clauses:** The following provisions and clauses apply to this task order:

### HSAR 3052.209-70 Prohibition on Contracts with Corporate Expatriates (JUN 2 006)

(a) Prohibitions.
Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.
(b) Definitions. As used in this clause:
*Expanded Affiliated Group* means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.
*Foreign Incorporated Entity* means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.
*Inverted Domestic Corporation.* A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—
(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;
(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—
(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or
(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and
(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.
*Person, domestic, and foreign* have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.
(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.
(1) *Certain stock disregarded.* For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:
(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or
(ii) Stock of such entity which is sold in a public offering related to an acquisition described in section 835(b)(1) of the Homeland Security Act, 6 U.S.C. 395(b)(1).
(2) *Plan deemed in certain cases.* If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.
(3) *Certain transfers disregarded.* The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.
(d) *Special rule for related partnerships.* For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.
(e) Treatment of Certain Rights.
(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:
(i) warrants;
(ii) options;
(iii) contracts to acquire stock;

35

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima  ICE  00195

Exhibit 17-A

(iv) convertible debt instruments; and
(v) others similar interests.
(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.
(f) *Disclosure.* The offeror under this solicitation represents that [Check one]:
__ it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003;

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it has submitted a request for waiver pursuant to 3009.108-7004, which has not been denied; or

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it plans to submit a request for waiver pursuant to 3009.108-7004.
(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

(End of clause)

### 3052.215-70 Key Personnel Or Facilities. (Dec 2003)
(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.
(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.
The Key Personnel or Facilities under this Contract:
Project Manager
Assistant Project Manager

(End of clause)

### 3052.223-70 Removal Or Disposal Of Hazardous Substances - Applicable Licenses And Permits (Jun 2006)
The Contractor shall have all licenses and permits required by Federal, state, and local laws to perform hazardous substance(s) removal or disposal services. If the Contractor does not currently possess these documents, it shall obtain all requisite licenses and permits within 30 days after date of award. The Contractor shall provide evidence of said documents to the Contracting Officer or designated Government representative prior to commencement of work under the contract.

(End of clause)

### 3052.228-70 Insurance (Dec 2003)
In accordance with the clause entitled "Insurance - Work on a Government Installation" *[or Insurance - Liability to Third Persons]* in Section I, insurance of the following kinds and minimum amounts shall be provided and maintained during the period of performance of this contract:
(a) Worker's compensation and employer's liability. The contractor shall, as a minimum, meet the requirements specified at (FAR) 48 CFR 28.307-2(a).
(b) General liability. The contractor shall, as a minimum, meet the requirements specified at (FAR) 48 CFR 28.307-2(b).
(c) Automobile liability. The contractor shall, as a minimum, meet the requirements specified at (FAR) 48 CFR 28.307-2(c).

(End of clause)

### 3052.242-72 Contracting Officer's Technical Representative (Dec 2003)
(a) The Contracting Officer may designate Government personnel to act as the Contracting Officer's Technical Representative (COTR) to perform functions under the contract such as review or inspection and acceptance of supplies, services, including construction, and other functions of a technical nature. The Contracting Officer will provide a written notice of such designation to the Contractor within five working days after contract award or for construction, not less than five working days prior to giving the contractor the notice to proceed. The designation letter will set forth the authorities and limitations of the COTR under the contract.
(b) The Contracting Officer cannot authorize the COTR or any other representative to sign documents, such as contracts, contract modifications, etc., that require the signature of the Contracting Officer.

(End of clause)

36

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00196

Exhibit 17-A

70CMSW18FR0000002

**ICE Information Governance and Privacy Requirements Clause (JUL 2017)**
**A.  Limiting Access to Privacy Act and Other Sensitive Information**

(1) Privacy Act Information
In accordance with FAR 52.224-1 Privacy Act Notification (APR 1984), and FAR 52.224-2 Privacy Act (APR 1984), if this contract requires contractor personnel to have access to information protected by the Privacy Act of 1974 the contractor is advised that the relevant DHS system of records notices (SORNs) applicable to this Privacy Act information may be found at www.dhs.gov/privacy. Applicable SORNS of other agencies may be accessed through the agencies' websites or by searching FDsys, the Federal Digital System, available at http://www.gpo.gov/fdsys/. SORNs may be updated at any time.

(2) Prohibition on Performing Work Outside a Government Facility/Network/Equipment
The Contractor shall perform all tasks on authorized Government networks, using Government-furnished IT and other equipment and/or Workplace as a Service (WaaS) if WaaS is authorized by the statement of work.  Government information shall remain within the confines of authorized Government networks at all times.  Except where telework is specifically authorized within this contract, the Contractor shall perform all tasks described in this document at authorized Government facilities; the Contractor is prohibited from performing these tasks at or removing Government-furnished information to any other facility; and Government information shall remain within the confines of authorized Government facilities at all times. Contractors may only access classified materials on government furnished equipment in authorized government owned facilities regardless of telework authorizations.

(3) Prior Approval Required to Hire Subcontractors
The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (Subcontractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under or relating to this contract. The Contractor (and any Subcontractor) is required to abide by Government and Agency guidance for protecting sensitive and proprietary information.

(4) Separation Checklist for Contractor Employees
Contractor shall complete a separation checklist before any employee or Subcontractor employee terminates working on the contract. The separation checklist must verify: (1) return of any Government-furnished equipment; (2) return or proper disposal of sensitive personally identifiable information (PII), in paper or electronic form, in the custody of the employee or Subcontractor employee including the sanitization of data on any computer systems or media as appropriate; and (3) termination of any technological access to the Contractor's facilities or systems that would permit the terminated employee's access to sensitive PII.

In the event of adverse job actions resulting in the dismissal of an employee or Subcontractor employee, the Contractor shall notify the Contracting Officer's Representative (COR) within 24 hours. For normal separations, the Contractor shall submit the checklist on the last day of employment or work on the contract.

As requested, contractors shall assist the ICE Point of Contact (ICE/POC), Contracting Officer, or COR with completing ICE Form 50-005/Contractor Employee Separation Clearance Checklist by returning all Government-furnished property including but not limited to computer equipment, media, credentials and passports, smart cards, mobile devices, PIV cards, calling cards, and keys and terminating access to all user accounts and systems.

**B. Privacy Training, Safeguarding, and Remediation**
If the Safeguarding of Sensitive Information (MAR 2015) and Information Technology Security and Privacy Training (MAR 2015) clauses are included in this contract, section B of this clause is deemed self- deleting.

(1) Required Security and Privacy Training for Contractors
Contractor shall provide training for all employees, including Subcontractors and independent contractors who have access to sensitive personally identifiable information (PII) as well as the creation, use, dissemination and/or destruction of sensitive PII at the outset of the employee's work on the contract and every year thereafter. Training must include procedures on how to properly handle sensitive PII, including security requirements for the transporting or transmission of sensitive PII, and reporting requirements for a suspected breach or loss of sensitive PII. All Contractor employees are required to take the Privacy at DHS:  Protecting Personal Information training course. This course, along with more information about DHS security and training requirements for Contractors, is available at www.dhs.gov/dhs-security-and-training-requirements-contractors. The Federal Information Security Management Act (FISMA) requires all individuals accessing ICE information to take the annual Information Assurance Awareness Training course. These courses are available through the ICE intranet site or the Agency may also make the training available through hypertext links or CD.  The Contractor shall maintain copies of employees' certificates of completion as a record of compliance and must submit an annual e-mail notification to the ICE Contracting Officer's Representative that the required training has been completed for all the Contractor's employees.

37

Exhibit 17-A

70CMSW18FR0000002

(2) Safeguarding Sensitive PII Requirement
Contractor employees shall comply with the Handbook for Safeguarding sensitive PII at DHS at all times when handling sensitive PII, including the encryption of sensitive PII as required in the Handbook.  This requirement will be flowed down to all subcontracts and lower tiered subcontracts as well.

(3) Non-Disclosure Agreement Requirement
All Contractor personnel that may have access to PII or other sensitive information shall be required to sign a Non-Disclosure Agreement (DHS Form 11000-6) prior to commencing work. The Contractor shall maintain signed copies of the NDA for all employees as a record of compliance. The Contractor shall provide copies of the signed NDA to the Contracting Officer's Representative (COR) no later than two (2) days after execution of the form.

(4) Prohibition on Use of PII in Vendor Billing and Administrative Records
The Contractor's invoicing, billing, and other financial/administrative records/databases may not store or include any sensitive Government information, such as PII that is created, obtained, or provided during the performance of the contract.  It is acceptable to list the names, titles and contact information for the Contracting Officer, Contracting Officer's Representative, or other ICE personnel associated with the administration of the contract in the invoices as needed.

(5) Reporting Suspected Loss of Sensitive PII
Contractors must report the suspected loss or compromise of sensitive PII to ICE in a timely manner and cooperate with ICE's inquiry into the incident and efforts to remediate any harm to potential victims.

1. The Contractor must develop and include in its security plan (which is submitted to ICE) an internal system by which its employees and Subcontractors are trained to identify and report the potential loss or compromise of sensitive PII.

2. The Contractor must report the suspected loss or compromise of sensitive PII by its employees or Subcontractors to the ICE Security Operations Center (480-496-6627), the Contracting Officer's Representative (COR), and the Contracting Officer within one (1) hour of the initial discovery.

3. The Contractor must provide a written report to ICE within 24 hours of the suspected loss or compromise of sensitive PII by its employees or Subcontractors.  The report must contain the following information:

a. Narrative or detailed description of the events surrounding the suspected loss or compromise of information.
b. Date, time, and location of the incident.
c. Type of information lost or compromised.
d. Contractor's assessment of the likelihood that the information was compromised or lost and the reasons behind the assessment.
e. Names of person(s) involved, including victim, Contractor employee/Subcontractor and any witnesses.
f. Cause of the incident and whether the company's security plan was followed and, if not, which specific provisions were not followed.
g. Actions that have been or will be taken to minimize damage and/or mitigate further compromise.
h. Recommendations to prevent similar situations in the future, including whether the security plan needs to be modified in any way and whether additional training may be required.

4. The Contractor shall provide full access and cooperation for all activities determined by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of sensitive information incidents.

5. At the Government's discretion, Contractor employees or Subcontractor employees may be identified as no longer eligible to access sensitive PII or to work on that contract based on their actions related to the loss or compromise of sensitive PII.

(6) Victim Remediation
The Contractor is responsible for notifying victims and providing victim remediation services in the event of a loss or compromise of sensitive PII held by the Contractor, its agents, or its Subcontractors, under this contract.  Victim remediation services shall include at least 18 months of credit monitoring and, for serious or large incidents as determined by the Government, call center help desk services for the individuals whose sensitive PII was lost or compromised. The Contractor and ICE will collaborate and agree on the method and content of any notification that may be required to be sent to individuals whose sensitive PII was lost or compromised.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00198

Exhibit 17-A

**C. Government Records Training, Ownership, and Management**

(1) Records Management Training and Compliance

(a) The Contractor shall provide DHS basic records management training for all employees and Subcontractors that have access to sensitive PII as well as to those involved in the creation, use, dissemination and/or destruction of sensitive PII. This training will be provided at the outset of the Subcontractor's/employee's work on the contract and every year thereafter. This training can be obtained via links on the ICE intranet site or it may be made available through other means (e.g., CD or online). The Contractor shall maintain copies of certificates as a record of compliance and must submit an e-mail notification annually to the Contracting Officer's Representative verifying that all employees working under this contract have completed the required records management training.

(b) The Contractor agrees to comply with Federal and Agency records management policies, including those policies associated with the safeguarding of records covered by the Privacy Act of 1974. These policies include the preservation of all records created or received regardless of format, mode of transmission, or state of completion.

(2) Records Creation, Ownership, and Disposition

(a) The Contractor shall not create or maintain any records not specifically tied to or authorized by the contract using Government IT equipment and/or Government records or that contain Government Agency data.  The Contractor shall certify in writing the destruction or return of all Government data at the conclusion of the contract or at a time otherwise specified in the contract.

(b) Except as stated in the Performance Work Statement and, where applicable, the Contractor's Commercial License Agreement, the Government Agency owns the rights to all electronic information (electronic data, electronic information systems or electronic databases) and all supporting documentation and associated metadata created as part of this contract. All deliverables (including all data and records) under the contract are the property of the U.S. Government and are considered federal records, for which the Agency shall have unlimited rights to use, dispose of, or disclose such data contained therein. The Contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.

(c) The Contractor shall not retain, use, sell, disseminate, or dispose of any government data/records or deliverables without the express written permission of the Contracting Officer or Contracting Officer's Representative. The Agency and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Willful and unlawful destruction, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. § 2701. Records may not be removed from the legal custody of the Agency or destroyed without regard to the provisions of the Agency records schedules.

D. Data Privacy and Oversight

Section D applies to information technology (IT) contracts. If this is not an IT contract, section D may read as self-deleting.

(1) Restrictions on Testing or Training Using Real Data Containing PII

The use of real data containing sensitive PII from any source for testing or training purposes is generally prohibited. The Contractor shall use synthetic or de-identified real data for testing or training whenever feasible. ICE policy requires that any proposal to use of real data or de-identified data for IT system testing or training be approved by the ICE Privacy Officer and Chief Information Security Officer (CISO) in advance. In the event performance of the contract requires or necessitates the use of real data for system-testing or training purposes, the Contractor in coordination with the Contracting Officer or Contracting Officer's Representative and Government program manager shall obtain approval from the ICE Privacy Office and CISO and complete any required documentation.

 If this IT contract contains the Safeguarding of Sensitive Information (MAR 2015) and Information Technology Security and Privacy Training (MAR 2015) clauses, section D(2) of this clause is deemed self-deleting.

(2) Requirements for Contractor IT Systems Hosting Government Data

The Contractor is required to obtain a Certification and Accreditation for any IT environment owned or controlled by the Contractor or any Subcontractor on which Government data shall reside for the purposes of IT system development, design, data migration, testing, training, maintenance, use, or disposal.

(3) Requirement to Support Privacy Compliance

(a) The Contractor shall support the completion of the Privacy Threshold Analysis (PTA) document when it is required. PTAs are triggered by the creation, modification, upgrade, or disposition of an IT system, and must be renewed at least every three years. Upon review of the PTA, the DHS Privacy Office determines whether a Privacy Impact Assessment (PIA) and/or Privacy Act System of Records Notice (SORN), or modifications thereto, are required. The Contractor shall provide adequate support to complete the PIA in a timely manner, and shall ensure that project management plans and schedules include the PTA, PIA, and SORN (to the extent required) as milestones.  Additional information on the

39

Exhibit 17-A

70CMSW18FR0000002

privacy compliance process at DHS, including PTAs, PIAs, and SORNs, is located on the DHS Privacy Office website (www.dhs.gov/privacy) under "Compliance." DHS Privacy Policy Guidance Memorandum 2008-02 sets forth when a PIA will be required at DHS, and the Privacy Impact Assessment Guidance and Template outline the requirements and format for the PIA.

(b) If the contract involves an IT system build or substantial development or changes to an IT system that may require privacy documentation, the Contractor shall assign or procure a Privacy Lead, to be listed under "Key Personnel." The Privacy Lead shall be responsible for providing adequate support to DHS to ensure DHS can complete any required PTA, PIA, SORN, or other supporting documentation to support privacy compliance. The Privacy Lead shall work with personnel from the program office, the ICE Privacy Office, the Office of the Chief Information Officer, and the Records Management Branch to ensure that the privacy documentation is kept on schedule, that the answers to questions in the PIA are thorough and complete, and that questions asked by the ICE Privacy Office and other offices are answered in a timely fashion. The Privacy Lead:

- Must have excellent writing skills, the ability to explain technology clearly for a non-technical audience, and the ability to synthesize information from a variety of sources.
- Must have excellent verbal communication and organizational skills.
- Must have experience writing PIAs. Ideally the candidate would have experience writing PIAs for DHS.
- Must be knowledgeable about the Privacy Act of 1974 and the E-Government Act of 2002.
- Must be able to work well with others.

(c) If a Privacy Lead is already in place with the program office and the contract involves IT system builds or substantial changes that may require privacy documentation, the requirement for a separate Private Lead specifically assigned under this contract may be waived provided the Contractor agrees to have the existing Privacy Lead coordinate with and support the ICE Privacy POC to ensure privacy concerns are proactively reviewed and so ICE can complete any required PTA, PIA, SORN, or other supporting documentation to support privacy compliance if required. The Contractor shall work with personnel from the program office, the ICE Office of Information Governance and Privacy, and the Office of the Chief Information Officer to ensure that the privacy documentation is kept on schedule, that the answers to questions in any privacy documents are thorough and complete, that all records management requirements are met, and that questions asked by the ICE Privacy Office and other offices are answered in a timely fashion.

(End of Clause)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
Yeend v. Akima   ICE  00200

Exhibit 17-A