# Deposition Transcript

Case Number: 1:20-cv-01281-TJM-CFH
Date: July 13, 2023

In the matter of:

# YEEND, et al. v AKIMA GLOBAL SERVICES, LLC

## Lieutenant Troy Ireland

Reported by:

Sanite Conserve
Notary Public



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

EXHIBIT 18

```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF NEW YORK
 2  ---------------------------------------X
    DALILA YEEND, BOUNNAM PHIMASONE, ELVIN
 3  MINAYA RODRIGUEZ, LISA LAPOINTE, and
    SHANTADEWIE RAHMEE,
 4
    Individually, and on behalf of all others
 5  similarly situated on Class
    Representatives,
 6
                              PLAINTIFFS,
 7
              -against-     Case No.:
 8
    1:20-cv-01281-TJM-CFH
 9
    AKIMA GLOBAL SERVICES, LLC,
10
                              DEFENDANT.
11  ---------------------------------------X

12                DATE: July 13, 2023

13                TIME: 9:42 A.M.

14

15

16        EXAMINATION BEFORE TRIAL of a

17  Nonparty Witness, LIEUTENANT TROY IRELAND,

18  taken by the Plaintiff, pursuant to an

19  Order, held via videoconference, before

20  Sanite Conserve, a Notary Public of the

21  State of New York.

22

23

24

25
```

Page 2

```
 1   A P P E A R A N C E S :
 2
 3   KAUFMAN LIEB LEBOWITZ & FRICK, LLP
       Attorneys for the Plaintiffs
 4     18 East 48th Street, Suite 802
       New York, New York 10017
 5   BY:  ALISON FRICK, ESQ.
 6
     AKIMA GLOBAL SERVICES, LLC
 7     In-house Counsel for Akim Global Service
       2553 Dulles View Drive, Suite 700
 8     Herndon, Virginia 20171
 9   BY:  ANNE M. DONOHUE, ESQ.
          IAN BOLDEN, ESQ.
10
11
     KULLMAN LAW FIRM
12     Attorney for Lieutenant Troy Ireland
       1100 Poydras Street, Suite 1600
13     New Orleans, Louisiana 70163
     BY:  AMIEL PROVOSTY, ESQ.
14
15
     ALSO PRESENT:
16     CHRISTINA BRITO
17          *       *       *
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2
 3
 4
 5
        F E D E R A L   S T I P U L A T I O N S
 6
            IT IS HEREBY STIPULATED AND
 7   AGREED by and between (among) counsel for
     the respective parties herein, that filing
 8   and sealing be and the same are hereby
     waived.
 9
            IT IS FURTHER STIPULATED AND AGREED
10   that all objections, except as to the form
     of the question, shall be reserved to the
11   time of the trial.
12          IT IS FURTHER STIPULATED AND AGREED
     that the within deposition may be sworn to
13   and signed before any officer authorized to
     administer an oath, with the same force and
14   effect as if signed and sworn to before the
     Court.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   LIEUTENANT TROY IRELAND, called as a
 2   witness, having been first duly sworn by a
 3   Notary Public of the State of New York, was
 4   examined and testified as follows:
 5   EXAMINATION BY
 6   MS. FRICK:
 7       Q.   Please state your name for the
 8   record.
 9       A.   Troy Ireland.
10       Q.   What is your address?
11       A.   4250 Federal Drive, Batavia,
12   New York 14020.
13            COURT REPORTER:  The attorneys
14       appearing in this deposition
15       acknowledge that I am not physically
16       present in the deposition room, that
17       I will be reporting on this
18       deposition remotely, and that I will
19       administer The oath to the witness
20       remotely.
21            The parties and their counsel
22       further agree that I am a Court
23       Reporter and notary in the State of
24       New York and that the witness may be
25       in a state where I am not a notary
```

Page 5

```
 1       and stipulate, pursuant to Federal
 2       Rule of Civil Procedure 29, that this
 3       deposition may be taken before me.
 4            If any party does have an
 5       objection to this manner of reporting
 6       or anything stated above, please
 7       state so now.
 8            MS. FRICK:  No objections.
 9            COURT REPORTER:  Okay.  So we
10       can proceed.
11            MR. PROVOSTY:  Portions of
12       Lieutenant Ireland's testimony may be
13       protected under the confidentiality
14       order in this matter.
15       Q.   Good morning, Lieutenant
16   Ireland.  My name is Alison Frick.  I
17   introduced myself off the record.  I'm one
18   of the attorneys representing the
19   plaintiffs in this case.  Thank you very
20   much for taking your time to talk with me
21   today.
22            Have you ever sat for a
23   deposition before?
24       A.   No.
25       Q.   Okay.  So let me go over some
```

Page 6

1  ground rules on how this will work.  As you
2  can see, we're here, the court reporter is
3  here and her job is to write down
4  everything that I say and everything that
5  you say and everything that your lawyer
6  says.  In order to make her job easy and
7  make the transcript readable, it's really
8  important that we not speak over each
9  other.  So I'll ask you to please let me
10 finish my entire question, even if you know
11 exactly where I'm going with the question
12 before you start your answer.  And I will
13 do my best to let you finish your entire
14 answer before I move on to my next
15 question.
16         There are going to be some trip
17 ups, especially because we're on Zoom and
18 sometimes, you know, we speak over each
19 other inadvertently.  And I just ask that,
20 you know, you do your best to keep that to
21 a minimum; okay?
22      A.   Yes.
23      Q.   If at any point you can't hear
24 me or there's some issue with your Internet
25 or somebody else comes into the room,

Page 7

1  please let me know; okay?
2      A.   Okay.
3      Q.   And let me just confirm; are
4  you alone in the room where you are right
5  now?
6      A.   I am.
7      Q.   Do you have any notes or
8  documents in front of you?
9      A.   I do not.
10     Q.   Okay.  You're already doing a
11 great job of using verbal answers as
12 opposed to nodding your head or shaking
13 your head.  We need to use verbal answers
14 so that it can be written down by the court
15 reporter; okay?
16     A.   Okay.
17     Q.   If you answer my question, I'm
18 going to assume that you understood it.
19 But of course, if you don't understand my
20 question, please let me and I'll do my best
21 to ask it a different way; okay?
22     A.   All right.
23     Q.   If you need to take a break for
24 any reason, that's totally fine.  You can
25 take breaks whenever you need.  If there's

Page 8

1  a question pending, I ask that you answer
2  the question, and then we'll take a break;
3  okay?
4      A.   Okay.
5      Q.   Are you taking any medications
6  or any other substances that can impair
7  your ability to testify truthfully today?
8      A.   No.
9      Q.   What did you do prepare for
10 today's deposition?
11     A.   I had three meetings with my
12 counsel.
13     Q.   When was the most recent
14 meeting?
15     A.   Tuesday.
16     Q.   And when you say with your
17 counsel, is that with Mr. Provosty?
18     A.   Yes.
19     Q.   And was anyone else present in
20 those meetings?
21     A.   Heather Crow was in the first
22 of the three.
23     Q.   I'm sorry.  Heather Crow was
24 present for the first of the three
25 meetings?

Page 9

1      A.   Yes.
2      Q.   Understood.
3           Did you review any documents
4  during any of those meetings?
5      A.   Yes.
6      Q.   What did you review?
7      A.   Layout of the facility, a floor
8  plan, and an old copy of a detainee's
9  payroll for the volunteer work program.
10     Q.   Have you read the complaint in
11 this case?
12     A.   No.
13     Q.   Did you speak with any other
14 AGS employees about your deposition today?
15     A.   No.
16     Q.   Now, you are employed by AGS;
17 correct?
18     A.   Yes.
19     Q.   And you're employed as a
20 lieutenant; is that right?
21     A.   Yes.
22     Q.   Sorry.  Let me just backtrack.
23          Can you give me your full name
24 for the record.
25     A.   Troy Ireland.

Page 106

1  you can think of?
2      A.   No.  To be honest, I don't
3  really work in there much at all.
4      Q.   Now, this list was circulated
5  in 2019.  Is there anything that detainees
6  do today that is different than what they
7  were doing in 2019, based on this list?
8      A.   Not that I know of, no.
9      Q.   During the pandemic, were there
10 still detainees performing these tasks in
11 the kitchen?
12     A.   That, I don't recall, if there
13 were detainees working in the kitchen
14 during the pandemic or not, no.
15     Q.   Are you familiar, at all, with
16 the training that detainee workers in the
17 kitchen received?
18     A.   No, I have nothing to do with
19 that.
20     Q.   When you were an officer in the
21 unit, did you train detainee workers about
22 how to do their unit jobs?
23     A.   No.
24     Q.   Who handled that training?
25     A.   That, I do not know.

Page 107

1      Q.   To your knowledge, were
2  detainees required to be trained for their
3  unit jobs?
4      A.   To my knowledge, I don't know.
5      Q.   Thinking back to the paint
6  crew, were there certain areas of the
7  facility that the paint crew was
8  responsible for painting?
9      A.   I think they would usually
10 paint inside different housing units.  The
11 cell doors and -- I'm not even sure exactly
12 what.  But I believe there was areas
13 throughout the facility that they painted,
14 yes.
15     Q.   Did you ever see any
16 non-detainees engaged in painting any part
17 of the facility?
18     A.   Yes.
19     Q.   And who are those painters?
20     A.   That's maintenance.
21     Q.   So is there a maintenance crew
22 at the facility?
23     A.   Yes.
24     Q.   Are they AGS employees?
25     A.   I don't believe so, no, but I'm

Page 108

1  not sure.
2      Q.   From your observations, what
3  kind of jobs do the maintenance people do?
4      A.   You know, anything that breaks
5  down.  Even if the light bulbs go out in
6  units, our juice bar, as far as ice maker,
7  the sinks, the microwaves, things like
8  that, plumbing; they take care of all of
9  that.
10     Q.   Did they do any cleaning?
11     A.   Yes.
12     Q.   What areas do they clean?
13     A.   They are responsible for the
14 dusting of all the vents, cleaning the
15 ceilings in the units, changing filters,
16 stuff like that.
17     Q.   And you said you're not sure if
18 they work for AGS or somebody else?
19     A.   Yeah.  I don't know if they are
20 AGS employees or if they're hired through
21 someone else.  I don't deal with that.
22     Q.   Okay.  Who cleans areas of the
23 facility where detainees are not permitted
24 to go, like, offices?
25     A.   There's cleaning staff.

Page 109

1      Q.   Is the cleaning staff part of
2  the same maintenance crew that you're
3  describing?
4      A.   No, I don't believe so.
5      Q.   Who does the cleaning staff
6  work for?
7      A.   I'm not sure.  I believe it's
8  another outside company.
9      Q.   And what areas are they
10 responsible for cleaning?
11     A.   Offices, everything of range.
12     Q.   Everything in what?
13     A.   Of range; down range, up range.
14     Q.   What are some of the things
15 that are up range?
16     A.   Offices, employee's restroom,
17 things like that.
18     Q.   Anything else that they are
19 responsible for cleaning?
20     A.   Not that I can think of, no.
21     Q.   Do they wear uniforms?
22     A.   Yes.
23     Q.   And do their uniforms have a
24 company name on them?
25     A.   I believe so, yes, but I can't

Page 142

1  exists in all of the celled units?
2      A.   Yes.
3      Q.   Okay. So the first job is low
4  mop sweep?
5      A.   Yes.
6      Q.   What is involved in that job?
7      A.   The lower tier, you are
8  responsible for mopping and sweeping that
9  lower tier of the unit.
10     Q.   And earlier you testified that
11 those workers would typically sweep after
12 every meal; correct?
13     A.   That is correct.
14     Q.   So all together, how long did
15 that job, in your observation, did that job
16 typically take?
17     A.   I don't recall, but as -- so
18 they would mop and sweep the whole unit
19 maybe once, and then after the meals, they
20 would just sweep the common area. So maybe
21 five to ten minutes to sweep the common
22 areas after a meal.
23     Q.   What about sweeping and mopping
24 the whole unit?
25     A.   That, I don't recall.

Page 143

1      Q.   Is there anything that you
2  could look at that would refresh your
3  recollection about how long that took?
4      A.   I mean, I can guess for you.
5  Under 30 minutes to mop and sweep the unit.
6      Q.   Well, I don't want you to
7  guess.
8      A.   There's no way for me to really
9  recall, no.
10     Q.   Okay. What about the food, the
11 person who's assigned to food; what was
12 that job?
13     A.   They would hand out the -- they
14 would hand out the meal trays to the
15 detainees, you know, breakfast, lunch and
16 dinner for the day.
17     Q.   How long did that job take?
18     A.   I can't recall.
19     Q.   The next job is trash/juice
20 bar/chairs, what was that job?
21     A.   They took out the trash. They
22 cleaned the -- wiped the juice bar down and
23 wipe the chairs down.
24     Q.   Do you know how long that job
25 took?

Page 144

1      A.   I don't.
2      Q.   Lower --
3      A.   When I was an officer -- sorry.
4      Q.   No. No. I didn't mean to cut
5  you off. Go ahead.
6      A.   No. I was just saying, like I
7  told you before, when I was an officer,
8  this isn't something I followed the
9  detainee around and observed. I would just
10 make sure the job was completed when I did
11 the rounds, that was all.
12     Q.   Is it fair to say that you
13 don't know how long any of the jobs on this
14 list took?
15          MR. PROVOSTY: Objection to
16      form.
17     A.   That is correct. Unless I give
18 you an estimate, but that's not really a
19 fair answer, so I don't know.
20     Q.   Okay. Earlier I had asked you
21 about what happens if detainees refused to
22 do their work assignment jobs. And I'm now
23 wondering, is there any written or other
24 protocol that you are aware of what to do
25 in that situation?

Page 145

1      A.   No. It's a volunteer work
2  program. Like I said earlier in this
3  testimony, approach the detainee and ask
4  them why they're not doing their job and
5  they might tell you they don't want the job
6  anymore. So you remove them from the
7  volunteer work list and the next detainee
8  would take that.
9      Q.   When you say "the next
10 detainee," do you mean like from a wait
11 list?
12     A.   Correct.
13     Q.   Was there also a wait list for
14 the detainee jobs?
15          MR. PROVOSTY: Objection to
16      form.
17     A.   Correct.
18     Q.   Where are those wait lists
19 maintained?
20     A.   It was a sheet in the binder at
21 the officer's desk with the payroll. That
22 is just an off-record copy that an officer
23 would keep at the desk. And detainees,
24 just like the payroll, were able to look at
25 that sheet in the binder whenever they

Page 146

1  wanted to see where they were on the list.
2     Q.   Now, what about when you talked
3  to the detainee and they say -- not that
4  they don't want to have the job anymore,
5  they just don't want to do it that day;
6  what's the protocol for how to handle that
7  situation?
8          MR. PROVOSTY:  Objection.
9      Asked and answered.  You can answer.
10    A.   That, I can't give you an
11 answer on.  I've never had that happen to
12 me.  When I work in the celled units, you
13 would have 80, 90 detainees at that time
14 when I worked before COVID in there and
15 there's always a detainee wanting a job so
16 they could be out.  I never came across
17 that.  They always wanted to make sure they
18 did their job to keep it.
19    Q.   And for the detainees living in
20 celled units, is it about a third of their
21 time is spent locked in their cell, half
22 the time, some other amount of time?
23    A.   That, I'm not exactly sure.
24    Q.   But the detainees are permitted
25 out of their cell all day; is that what

Page 147

1  you're saying?
2     A.   Besides locked in times, that
3  is correct.  When their tier is locked in,
4  they're able to be out because they hold a
5  job, yes.
6     Q.   Do you know a lieutenant named
7  Lieutenant Leo?
8     A.   No, there's no Lieutenant Leo.
9     Q.   There's no Lieutenant Leo.
10         Is there a kitchen lieutenant?
11    A.   No, there's no kitchen
12 lieutenant.
13    Q.   So there's an officer as
14 opposed to a lieutenant who oversees the
15 detainees in the kitchen?
16    A.   There is somebody -- there is a
17 person that works in the kitchen that is
18 hired from kitchen staff outside company
19 that is Leo, yes.  But he is not a
20 lieutenant or whatever.  He is hired from
21 the outside that works -- he's a kitchen
22 staff that is hired from the outside.
23    Q.   Okay.  When you say "hired from
24 the outside," he's an AGS employee; right?
25    A.   That, I'm not sure.  He wears a

Page 148

1  uniform that has a company on there that I
2  don't know what the company is, just like
3  the cleaning staff that I told you earlier.
4     Q.   Do you know what color the
5  uniform is?
6     A.   I want to say a blue shirt.
7     Q.   Okay.  Is there an officer, an
8  AGS officer, whose job it is to patrol the
9  kitchen when there are detainees in there?
10    A.   Yes.  There is a post assigned
11 to kitchen and there's an officer in there,
12 correct.
13    Q.   Do you know -- I'm asking
14 because I'm trying to find out who we would
15 want to talk to if we're asking about
16 people who work in the kitchen.
17         Do you know the names of any
18 officers who work that kitchen post on a
19 regular basis?
20    A.   Yes.
21    Q.   Can you give me some names?
22    A.   Officer Sheffield.
23    Q.   Okay.  Anyone else?
24    A.   And I could tell you Officer
25 Post, those are kind of regulars in there.

Page 149

1     Q.   Thank you.
2          Okay.  I want to move on to
3  talk about your training.  So you said that
4  you received four weeks of training when
5  you started the job; correct?
6     A.   Correct.
7     Q.   Who provided that training to
8  you?
9     A.   As I mentioned earlier, we have
10 a training lieutenant that does it.
11    Q.   And the training lieutenant is
12 an AGS employee?
13    A.   Correct.
14    Q.   Was ICE involved in the
15 training during those first four weeks?
16    A.   I believe -- yes.  They are for
17 a day, yes.
18    Q.   And what does that day, during
19 that day that ICE is involved, what are
20 they training you on?
21    A.   That, I can't recall.  It's
22 been over five years since I went through
23 that training, the onboard training.
24         MS. FRICK:  Okay.  Let's look
25    at this -- will be marked Exhibit 12.

Page 190

```
 1      INFORMATION AND/OR DOCUMENTS REQUESTED
 2   INFORMATION AND/OR DOCUMENTS          PAGE
 3   (None)
 4
 5        QUESTIONS MARKED FOR RULINGS
 6   PAGE  LINE  QUESTION
 7   (None)
```

Page 191

```
 1              C E R T I F I C A T E
 2
 3   STATE OF NEW YORK        )
                              : SS.:
 4   COUNTY OF QUEENS         )
 5
 6        I, SANITE CONSERVE, a Notary Public
 7   for and within the State of New York, do
 8   hereby certify:
 9        That the witness whose examination is
10   hereinbefore set forth was duly sworn and
11   that such examination is a true record of
12   the testimony given by that witness.
13        I further certify that I am not
14   related to any of the parties to this
15   action by blood or by marriage and that I
16   am in no way interested in the outcome of
17   this matter.
18        IN WITNESS WHEREOF, I have hereunto
19   set my hand this 13th day of July 2023.
20
21
22            _____Sanite Conserve_____
                    SANITE CONSERVE
23
```

Page 192

```
     ERRATA SHEET
     CHANGES IN TESTIMONY
     YEEND, et al. v AKIMA GLOBAL SERVICES, LLC
     Lieutenant Troy Ireland
     July 13, 2023
     Page   Line   From                     To
 1   _____
 2   _____
 3   _____
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23
24   SIGNATURE:_____DATE:_____
25          Lieutenant Troy Ireland
```