

JESSICA L. MARRERO
**Attorney**
1100 Poydras St., Suite 1600
New Orleans, LA 70163
MAIN  504.524.4162
DIRECT  504.596.4137
FAX  504 596 4114
EMAIL  JLM@kullmanlaw.com

March 26, 2024

<u>**Via ECF**</u>
Hon. Christian F. Hummel, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      **RE:**    *Yeend et al v. Akima Global Services LLC*, 1:20-cv-01281-TJM-CFH

Dear Judge Hummel:

    On behalf of Defendant, Akima Global Services LLC, I write to respectfully request a one-week extension to Defendant's deadline to file its reply memorandum in support of Defendant's Motion to Dismiss and Motion for Summary Judgment [the "Motion," ECF No. 117].

    On February 20, 2024, the Court issued a briefing schedule for Defendant's Motion, setting Defendant's reply deadline on March 28, 2024.  On March 14, 2024, Plaintiffs filed a 28-page opposition to Defendant's Motion, along with 95 paragraphs of "additional facts" which require a response.  Due to the voluminous nature of Plaintiffs' opposition, and due to time-sensitive issues that arose in other matters which have required its counsel's attention, Defendant requests that the reply deadline be extended by one week to April 4, 2024.

    The requested extension will have no effect on any other case deadlines, and Plaintiffs' counsel has consented to the extension.

                                                  Respectfully submitted,

                                                  Jessica L. Marrero

                                                  *Counsel for Defendant,*
                                                  *Akima Global Services LLC*

THE KULLMAN FIRM • A Professional Law Corporation | kullmanlaw.com

Baton Rouge, LA • Birmingham, AL • Columbus, MS • Denver, CO • Los Angeles, CA • Memphis, TN
Mobile, AL • Nashville, TN • New Orleans, LA • San Francisco, CA • Tallahassee, FL