

April 23, 2024

**Via ECF**

Hon. Christian F. Hummel
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207

    Re: <u>Yeend et al. v. Akima Global Services, LLC</u>, 1:20-cv-01281-TJM-CFH

Your Honor,

    On behalf of Plaintiffs, we write to request that the Court permit Plaintiffs to file a brief up to 35 pages long in support of their Motion to Certify Rule 23 Classes and Appoint Class Counsel. Defendant has consented to this request.

                                   Respectfully submitted,

                                   */s/ Cristina Brito*

                                   Cristina Brito

 1187 Culver Rd
Rochester, NY
14609
(585) 325 3050

 9 Main Street
Kingston, NY
12401
(845) 331 6615

 245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532

www.wjcny.org