

JESSICA L. MARRERO
Attorney
1100 Poydras St., Suite 1600
New Orleans, LA 70163
MAIN  504.524.4162
DIRECT  504.596.4137
FAX  504 596 4114
EMAIL JLM@kullmanlaw.com

June 13, 2024

*<u>Via ECF</u>*
Hon. Christian F. Hummel, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      **RE:**    *Yeend et al v. Akima Global Services LLC, 1:20-cv-01281-AMN-CFH*

Dear Judge Hummel:

      On behalf of Defendant, Akima Global Services LLC ("AGS"), I write to request that the Court permit AGS to file an opposition brief up to 35 pages in length in response to Plaintiffs' Motion for Class Certification (ECF 144).

      On April 22, 2024, Plaintiffs sought AGS's consent to file a 35-page brief in support of its Motion for Class Certification, and noted their consent to AGS filing an oversized brief as well. The Court granted Plaintiffs' request on April 29, 2024 (ECF 142).  AGS seeks leave for the same.

      In addition, AGS seeks clarification of the deadline to file its Opposition to Plaintiff's Motion for Class Certification (ECF No. 144).  On March 13, 2024, the Court set a briefing schedule for Plaintiffs' Motion for Class Certification.  It provided, "Response due 6/15/2024." (ECF 127).  However, June 15, 2024 falls on a Saturday.  As such, AGS understands that its Opposition is due no later than the first business day following the Court-ordered deadline (Monday, June 17, 2024), in accordance with Fed. R. Civ. P. 6(a).  Plaintiffs, however, have taken the position that AGS's Opposition is due by Friday, June 14, 2024.  AGS requests that the Court clarify the filing deadline so as to avoid any confusion or undue prejudice.

THE KULLMAN FIRM • A Professional Law Corporation | kullmanlaw.com

Baton Rouge, LA • Birmingham, AL • Columbus, MS • Denver, CO • Los Angeles, CA • Memphis, TN
Mobile, AL • Nashville, TN • New Orleans, LA • San Francisco, CA • Tallahassee, FL

Respectfully submitted,

Jessica L. Marrero

*Counsel for Defendant,*
*Akima Global Services LLC*